UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on
behalf of themselves and a class of persons
similarly situated,

      Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

      Defendants.

Hon. Patrick J. Duggan

Case No. 02-CV-75164

**CLASS ACTION**

---

## EXHIBIT 12
## TO

### PLAINTIFFS' RESPONSE BRIEF IN OPPOSITION TO EL PASO'S MOTION FOR SUMMARY JUDGMENT REGARDING LIABILITY AS TO THE FAS 106 LETTER

J.I. CASE COMPANY/UAW EXTENSION AGREEMENT
ENCLOSURE LETTER – MATKOV TO CRIST
NOVEMBER 8, 1993

**FILED UNDER SEAL PURSUANT TO JUNE 23, 2003 (YOLTON) OR
MAY 9, 2005 (REESE) PROTECTIVE ORDERS**

July 27, 2007