UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on
behalf of themselves and a class of persons
similarly situated,

        Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

        Defendants.

Hon. Patrick J. Duggan

Case No. 02-CV-75164

**CLASS ACTION**

### EXHIBIT 4

### PLAINTIFFS' REPLY TO EL PASO'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

AGENDA CNH GLOBAL N.V. CHICAGO MEETINGS
JANUARY 7-8, 2003

# FILED UNDER SEAL

September 18, 2007



FILED
SEP 2 0 2007
CLERK'S OFFICE
DETROIT