UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

                      Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

                      Defendants.
_____/

Case No. 02-CV-75164
Hon. Patrick J. Duggan

**EL PASO TENNESSEE PIPELINE CO.'S SUPPLEMENTAL BRIEF IN SUPPORT OF
ITS SUMMARY JUDGMENT MOTIONS BASED ON RECENT
<u>COURT-ORDERED DISCOVERY FROM THE UAW</u>**

**FILED UNDER SEAL
SUBMITTED PURSUANT TO STIPULATED PROTECTIVE ORDER DATED
NOVEMBER 5, 2007**

**EXHIBIT 5 - 12/11/90 IEB MINUTES**