UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

              Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

              Defendants.

_____/

Case No. 02-CV-75164

Hon. Patrick J. Duggan
Magistrate Judge Donald Scheer

**SUPPLEMENTAL EXHIBIT IN SUPPORT OF EL PASO TENNESSEE PIPELINE
CO.'S SUMMARY JUDGMENT MOTIONS**

**CONTAINS SEALED DOCUMENT
SUBMITTED PURSUANT TO STIPULATED PROTECTIVE ORDER DATED
NOVEMBER 5, 2007**

KIENBAUM OPPERWALL
  HARDY & PELTON, P.L.C.
By:  Thomas G. Kienbaum (P15945)
      William B. Forrest III (P60311)
      Sonja L. Lengnick (P67101)
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
(248) 645-0000
Attorneys for Defendant El Paso
  Tennessee Pipeline Co.