UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf of
themselves and a similarly situated class,

                    Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

                    Defendants.
_____/

Case No. 02-CV-75164
Judge Patrick J. Duggan
Magistrate Judge Donald Scheer

## INTERNATIONAL UNION, UAW'S RESPONSE TO EL PASO TENNESSEE PIPELINE'S MOTION TO ENFORCE COURT'S DISCOVERY ORDER DATED SEPTEMBER 17, 2007

### FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

FILED
DEC 2 6 2007
CLERK'S OFFICE, DETROIT-PSB
U.S. DISTRICT COURT

Michael Nicholson (P33421)
214 South Main Street
Suite 210
Ann Arbor, Michigan 48104
Phone: 734.294.9874
Fax:    734.794.9876
Email: mn@mnlw.net

Counsel for International Union, UAW

December 26, 2007