UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

                              Case No. 02-CV-75164
              Plaintiffs,        Judge Patrick J. Duggan
v.                                  Magistrate Judge Donald Scheer

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

             Defendants.
_____/

**REPLY BRIEF IN SUPPORT OF DEFENDANT EL PASO TENNESSEE PIPELINE
COMPANY'S MOTION TO ENFORCE THE COURT'S DISCOVERY ORDER
DATED SEPTEMBER 17, 2007**

**CONTAINS SEALED DOCUMENT
SUBMITTED PURSUANT TO STIPULATED PROTECTIVE ORDER DATED
NOVEMBER 5, 2007**