UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

                         Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

                         Defendants.
_____/

Case No. 02-CV-75164
Judge Patrick J. Duggan
Magistrate Judge Donald Scheer

**REPLY BRIEF IN SUPPORT OF DEFENDANT EL PASO TENNESSEE PIPELINE
COMPANY'S MOTION TO ENFORCE THE COURT'S DISCOVERY ORDER
DATED SEPTEMBER 17, 2007**

**FILED**

JAN 1 0 2007

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

**CONTAINS SEALED DOCUMENT
SUBMITTED PURSUANT TO STIPULATED PROTECTIVE ORDER DATED
NOVEMBER 5, 2007**