UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on                    Hon. Patrick J. Duggan
behalf of themselves and a class of persons
similarly situated,                              Case No. 02-CV-75164
     Plaintiffs,                             **CLASS ACTION**
v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,
     Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR EXPEDITED APPROVAL OF
DAMAGE CLAIM PROCEDURE AND FORMS**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 28, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Plaintiffs and Defendant El Paso Tennessee Pipeline Co. ("El Paso") having filed a joint

motion for expedited approval of damage claim procedure and forms;

**IT IS HEREBY ORDERED** that Plaintiffs' and El Paso's joint motion is granted and the

damage claim procedure and forms attached to the motion are approved.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge
Dated: September 28, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on
September 28, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager