UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on behalf
of themselves and a similarly situated class,

       Plaintiffs,

       Case No. 02-CV-75164

v

       Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA LLC,

       **Class Action**

       Defendants.

_____/

**EXHIBIT 2**

**TO**

**PLAINTIFFS' MOTION FOR ATTORNEY FEES AND EXPENSES**

*UAW v. GENERAL MOTORS CORP.*
C.A. No. 07-14074 (E.D. Mich., July 31, 2008)(Cleland, J.)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA and EARL L. HENRY, BONNIE J.
LAURIA, RAYMOND B. BAILEY, THEODORE
J. GENCO, MARVIN C. MARLOW, CHARLES
R. MILLER, LAVERNE M. SORIANO and JOHN
HUBER, on behalf of themselves and all other
persons similarly situated,

      Plaintiffs,

v.                                                                  Case No. 07-CV-14074-DT

GENERAL MOTORS CORPORATION,

      Defendant.
      _____/

## OPINION AND ORDER GRANTING "CLASS REPRESENTATIVES' MOTION FOR ATTORNEYS' FEES AND EXPENSES"

Having considered "Class Representatives' Motion for Attorneys' Fees and Expenses," and notice of that motion having been directed through the Class Notice to the class members in a reasonable manner, the court makes the following findings of fact and conclusions of law (to be supplemented after counsel supplement their motion 14 days after judgment pursuant to Rule 54(d)(2)):

    1.     Class Counsel are entitled to fees and nontaxable costs pursuant to ERISA.

    2.     The hourly rates they seek are reasonable – $475/hr. for William T. Payne and other senior Stember Feinstein Doyle & Payne ("SFDP"), LLC partners; $425/hr for junior SFDP partners Pamina Ewing and Stephen M. Pincus; $390/hr. for SFDP senior

associate Jonathan K. Cohn; $375/hr. for SFDP senior associate Joel R. Hurt; $230/hour for first-year attorneys Maureen Davidson-Welling and Rachel Kassner Davis; and $125/hr. for SFDP law clerks and paralegals.

3. Given the size and complexity of the case, counsel's estimated award of approximately $664,672 in attorneys' fees, $234,500 for expert costs and $11,000 in other costs would be reasonable and proper.

4. Further proceedings concerning fees and costs may be held after counsel supplement their motion 14 days after judgment.

IT IS ORDERED that "Class Representatives' Motion for Attorneys' Fees and Expenses" [Dkt. # 42] is GRANTED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2008, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522