UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on behalf
of themselves and a similarly situated class,

       Plaintiffs,

       Case No. 02-CV-75164

v

       Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA LLC,

       **Class Action**

       Defendants.

_____/

**EXHIBIT 3**

**TO**

**PLAINTIFFS' MOTION FOR ATTORNEY FEES AND EXPENSES**

*UAW v. Chrysler Corp.*
C.A. No. 07-14310 (E.D. Mich., May 16, 2008)(Cleland, J.)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and WILLIAM ENGLISH, GERALD M. SYKES, LARRY J. SCOTT, and BEVERLY JENNINGS, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER, LLC,<br><br>Defendant. | Case No. 2:07-cv-14310-RHC-SDP<br><br>District Judge Robert H. Cleland<br><br>Magistrate Judge Steven D. Pepe<br><br>**FILED**<br>MAY 1 6 2008<br>CLERK'S OFFICE, DETROIT-PSG<br>U.S. DISTRICT COURT |

**ORDER**

Having considered the motion for an award of attorneys' fees and costs, and notice of that motion having been directed through the Class Notice to the class members in a reasonable manner, the Court makes the following findings of fact and conclusions of law (to be supplemented after counsel supplement their motion 14 days after judgment pursuant to Rule 54(d)(2)):

1. Class Counsel are entitled to fees and nontaxable costs pursuant to ERISA.

2. The hourly rates they seek are reasonable – $475/hr. for William T. Payne and other senior partners at Stember Feinstein Doyle & Payne, LLC ("SFDP"); $425/hr. for Stember Feinstein Doyle & Payne ("SFDP"), LLC's junior partners Pamina Ewing and Stephen M.

1

Pincus; $390/hr. for SFDP senior associate Jonathan K. Cohn; $370/hr. for SFDP senior associate Joel R. Hurt; $400/hr. for SFDP of counsel Lawrence Frolik; $230/hr. for SFDP first-year attorney Rachael Kassner Davis; and $125/hr. for SFDP law clerks and paralegals.

3. Given the size and complexity of the case, counsel's estimated award of approximately $323,255 in attorneys' fees, $77,500 for expert costs, and $7,000 in other costs would be reasonable and proper.

4. Further proceedings concerning fees and costs may be held after counsel supplement their motion 14 days after judgment.

So Ordered,

Date: _____

_____
Robert H. Cleland
United States District Judge

cc:   All parties of record.