UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gladys Yolton, et al.,

                         Plaintiff(s),

v.                                                    Case No. 2:02–cv–75164–PJD–DAS
                                                      Hon. Patrick J. Duggan

El Paso Tennessee Pipeline
Company, et al.,

                         Defendant(s),

_____

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 861.  The following motion(s) are scheduled for hearing:

Motion for Miscellaneous Relief – #439

- MOTION HEARING:  August 18, 2011 at 03:30 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/M. Orem_____
                              Case Manager

Dated:  August 15, 2011