UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gladys Yolton, et al.,

                    Plaintiff(s),

v.                                              Case No. 2:02−cv−75164−PJD−DAS
                                                    Hon. Patrick J. Duggan

El Paso Tennessee Pipeline
Company, et al.,

                    Defendant(s).

_____/

**NOTICE TO APPEAR**

    You are hereby notified to appear before the Honorable Patrick J. Duggan, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  November 17, 2011 at 02:00 PM

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                           By: s/ M. Orem_____
                                                                 Case Manager

Dated:  August 19, 2011