UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

          Plaintiffs,

                                           Case No. 02-CV-75164

v

                                           Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,                           **Class Action**

          Defendants.

_____/

**EXHIBIT 1**

**TO**

**AFFIDAVIT OF MAILING NOTICE OF PROPOSED
SETTLEMENT AGREEMENT PACKETS**

**DECEASED CLASS MEMBERS**

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Abbott | Luenett | | DSS | 7/23/2007 | Neal |
| Abrahamsen | Robert | T. | DRNS | 6/19/2004 | |
| Abromaitis | Stella | | DSS | 2/14/2005 | Eugene |
| Adams | Benham | F. | DRNS | 1/27/2008 | |
| Ahles | Barbara | A. | DSS | 6/14/2003 | James C. |
| Aiken | Catherine | R. | DSS | 2/13/2003 | Joseph D. |
| Albeck | Kathryn | O. | DSS | 9/25/2005 | Carl O. |
| Allen | Mary | S. | DSS | 10/1/2004 | Ronald T. |
| Allen | Geraldine | E. | DSS | 3/28/2009 | Rodney S. |
| Allison | Milo | | DRNS | 5/9/2009 | |
| Allison | Evelyn | M. | DSS | 1/13/2008 | James T. |
| Allison | Mary Ann | | DSS | 1/9/2005 | Harry  L. |
| Ambrose | Louis | L. | DRNS | 2/19/2006 | |
| Andersen | Marie | D. | DSS | 10/14/2005 | Henning P. |
| Anderson | Carl | R. | DRNS | 9/10/2008 | |
| Anderson | Opal | M. | DSS | 9/11/2004 | Alfred |
| Anderson | Betty | L. | DSS | 12/6/2008 | Roger M. |
| Andrews | Helen | L. | DRNS | 12/26/2007 | |
| Anliker | Luella | M. | DSS | 11/15/2006 | Richard E. |
| Anstead | Charlotte | | DSS | 10/7/2010 | William W. |
| Anthony | Raymond | E. | DRNS | 4/20/2008 | |
| Archer | Dorothy | M. | DSS | 3/27/2005 | Paul |
| Aringdale | June | B. | DRNS | 12/7/2007 | |
| Armstrong | Alma | R. | DSS | 9/18/2009 | Raymond E. |
| Arnold | Donna | F. | DSS | 7/10/2007 | James V. |
| Arreguin | Rita | C. | DSS | 6/23/2003 | Salud |
| Arroyo | Higinio | | DRNS | 11/11/2002 | |
| Avery | Frank | R. | DRNS | 4/24/2003 | |
| Avila | Margarito | | DRNS | 5/17/2008 | |
| Azarian | Lucy | E. | DSS | 11/15/2007 | Anthony |
| Baker | Alice | J. | DSS | 3/22/2007 | Earnest A. |
| Baldukas | Gladys | M. | DSS | 2/1/2006 | Peter |
| Ball | Elmer | L. | DRNS | 3/7/2010 | |
| Barker | Jerolene | | DRNS | 12/9/2010 | |
| Barker, Sr. | Hubert | | DRNS | 7/23/2009 | |
| Barta | Helen | M. | DSS | 3/18/2011 | Henry J. |
| Bartels | Laverne | L. | DRNS | 6/21/2009 | |
| Barth | Josephine | A. | DSS | 10/30/2005 | George H. |
| Bassett | Mary | K. | DSS | 7/11/2006 | James E. |
| Bauer | Lauren | A. | DRNS | 12/29/2006 | |
| Baumeister | Patricia | A. | DSS | 6/2/2003 | Alvin |
| Baxter | John | W. | DRNS | 12/22/2007 | |

Deceased Class Members - All States

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| ays | Bessie | M. | DSS | 6/11/2006 | Francis M. |
| eamer | Arloene | K. | DSS | 5/17/2009 | William F. |
| Beard | Anna | B. | DSS | 2/8/2008 | Byron L. |
| Beasley | Ruth | M. | DRNS | 6/26/2009 | |
| Bednar | Ethel | E. | DSS | 11/18/2009 | John A. |
| Beert | Ronald | E. | DRNS | 12/3/2007 | |
| Bennett | Mary Alice | | DSS | 9/12/2006 | Dail E. |
| Berger | Joyce | | DSS | 4/29/2009 | John |
| Berggren | Pearl | F. | DSS | 3/16/2007 | Kenneth E. |
| Bergseth | Ruth | A. | DSS | 8/31/2003 | Jennings C. |
| Beyer | Betty | M. | SSNE | | Edmund, Jr. |
| Bielefeldt | Viola | B. | DSS | 9/16/2004 | William |
| Bissell | George | R. | DRNS | 12/18/2008 | |
| Bixby | Oliver | D. | DRNS | 1/9/2003 | |
| Bjerregaard | Jens | P. | DRNS | 6/11/2003 | |
| Black | Charles | E. | DRNS | 8/22/2007 | |
| Bleashka | John | G. | DRNS | 7/2/2009 | |
| Blowers | Barbara | | DSS | 6/17/2005 | Junior F. |
| Bock | Eleanor | M. | DSS | 1/11/2003 | Roy Carl |
| Bogosian | Avak | | DRNS | 9/28/2005 | |
| Bolinger | Helen | Iren | DSS | 1/17/2010 | Roy Jr. |
| Borel | Rose | M. | DSS | 2/9/2011 | Fred J. |
| Bower | Frank | P. | DRNS | 9/1/2006 | |
| Boyer | Lester | H. | DRNS | 1/6/2006 | |
| Boyle | Richard | J. | DRNS | 1/12/2004 | |
| Bozman | Mildred | L. | DSS | 6/14/2004 | Robert D. |
| Breedlove | Loretta | F. | DSS | 4/30/2008 | Gene B. |
| Bretl | Elsie | | DSS | 8/16/2004 | Henry E. |
| Bretschneider | Henry | A. | DRNS | 3/25/2005 | |
| Brewster | Lane | R. | DRNS | 4/13/2011 | |
| Bridges | Frank | J. | DSS | 1/14/2011 | Dillie |
| Briesch | Frederick | W. | DRNS | 2/1/2009 | |
| Brinkmann | Irene | M. | DSS | 7/8/2006 | Martin L. |
| Brockway | Carl | W. | DRNS | 10/13/2008 | |
| Brodzinski | Margaret | G. | DSS | 12/13/2007 | Kazimierz B. |
| Brooke | Grace | E. | DSS | 1/25/2011 | Joseph E. |
| Brown | Anna | | DSS | 10/28/2004 | Neil B. |
| Brown | Willie | D. | DRNS | 6/4/2010 | |
| Brunelle | Stella | | DSS | 2/23/2004 | Joseph L. |
| Bryant | Edith | P. | DSS | 8/23/2010 | Harold |
| Buchaklian | Grace | M. | DRNS | 1/5/2006 | |
| Buchanan | Mary | A. | DSS | 2/2/2011 | Miles |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Bundy | Mary | E. | DSS | 10/9/2006 | Harry D. |
| Bundy | James | R. | DRNS | 7/15/2010 | |
| Burrows | John | G. | DRNS | 4/6/2008 | |
| Butler | Louella | R. | DSS | 11/18/2002 | William L. |
| Caffery | Dolorez | E. | DSS | 12/3/2003 | Orville E. |
| Cahill | Leslie | A. | DRNS | 10/14/2006 | |
| Cain | Leo | | DRNS | 4/30/2009 | |
| Calderon | George | | DRNS | 1/10/2005 | |
| Campbell | Faye | E. | DSS | 9/21/2003 | Theodore W. |
| Cantara | Calvin | J. | DRNS | 3/19/2011 | |
| Capps | Dorothy | M. | DRNS | 2/19/2008 | |
| Carbajal | Fernando | E. | DRNS | 5/4/2003 | |
| Carman | Helen | | DSS | 6/3/2006 | Manuel |
| Carpenter | Richard | J. | DRNS | 1/8/2011 | |
| Carr | Ellen | M. | DSS | 3/3/2010 | Alfred E. |
| Carr | Angelina | | DSS | 1/9/2011 | Ocram M. |
| Carroll | Carol | D. | DSS | 4/29/2009 | Charles J. |
| Carter | Maryann | | DSS | 4/2/2005 | Freddie |
| Carter, Sr. | Cleo | J. | DRNS | 1/19/2004 | |
| Cary | Beverly | J. | DSS | 7/9/2010 | Kenneth M. |
| Casteel | Clifford | L. | DRNS | 1/8/2005 | |
| Catrine | Angeline | | DSS | 4/27/2008 | Calogero |
| Cervantes | Jesusa | | DSS | 12/10/2006 | Joe G. |
| Cervantes | Manuel | | DRNS | 10/23/2005 | |
| Cetrano, Sr. | Frank | J. | DRNS | 10/18/2007 | |
| Chambers | Mary | R. | DSS | 5/11/2010 | William J. |
| Chavours | Joseph | A. | DRNS | 1/22/2006 | |
| Childers | Jake | A. | DRNS | 12/10/2005 | |
| Chmielewski | Carl | F. | DRNS | 10/22/2009 | |
| Chones | Cara | L. | DSS | 8/17/2008 | Samuel B. |
| Churchija | Ruth | | DSS | 9/2/2006 | Donald |
| Cichon | Edward | T. | DRNS | 10/19/2002 | |
| Claeys | Helen | M. | DSS | 4/4/2007 | Lawrence |
| Claeys | Julius | | DRNS | 10/23/2006 | |
| Clark | Virginia | L. | DSS | 1/13/2006 | Merlin H. |
| Clark | Edna | M. | DSS | 2/4/2004 | Gardner J. |
| Clark | Margaret | A. | DSS | 7/31/2007 | Joseph R. |
| Clark, Sr. | George | A. | DRNS | 3/17/2008 | |
| Coghill | Pauline | R. | DSS | 4/28/2010 | Richard P. |
| Coleman | Mary | V. | DSS | 9/4/2009 | Fred R. |
| Collin | Myrl | S. | DSS | 6/8/2004 | Harold S. |
| Collins | Carol | | DSS | 6/15/2008 | John E. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Colwell | Donald | A. | DRNS | 1/13/2008 | |
| Coney | Margaret | M. | DSS | 11/16/2002 | Robert L. |
| Cook | Audrey | | DSS | 10/16/2010 | Hershell R. |
| Coover | Helen | M. | DSS | 5/29/2009 | Junior C. |
| Cottingham, II | George | W. | DRNS | 6/18/2006 | |
| Coulter | Merle | P. | DRNS | 1/26/2004 | |
| Cox | Nile | L. | DRNS | 9/28/2004 | |
| Crabb | Claude | Q. | DRNS | 3/23/2010 | |
| Craig | Marjorie | I. | DSS | 7/29/2005 | Austin W. |
| Cranmer (Roushi | Cheryl | L. | DSS | 8/4/2007 | Eugene Roushi |
| Crimmins | Larry | D. | DRNS | 5/25/2011 | |
| Crittenden | Eula | M. | DSS | 7/15/2003 | Nelson |
| Crocker | Edward | B. | DRNS | 1/17/2007 | |
| Crumbley | Albert | | DRNS | 7/12/2004 | |
| Cruz | Sara | | DSS | 11/22/2010 | Reyes |
| Cudd | Thomas | R. | DRNS | 6/6/2006 | |
| Currington | Ruth | A. | DSS | 9/29/2004 | Henry D. |
| Curry, Sr. | Leonard | | DRNS | 1/9/2008 | |
| Daum | Gladys | M. | DSS | 8/31/2010 | Theodore F. |
| Davenport | Charles | V. | DRNS | 11/11/2006 | |
| Davis | Oleta | F. | DSS | 3/23/2010 | Freddie F. |
| Davis | Richard | L. | DRNS | 9/22/2010 | |
| Davis | Emma | P. | DSS | 1/23/2010 | Quinton R. |
| Davis | Doris | A. | DSS | 9/9/2005 | Robert E. |
| Daye | Betty | J. | DSS | 9/28/2007 | Jerry H. |
| Decker | Mary | C. | DSS | 3/26/2011 | Harold E. |
| Deheer | Anna | M. | DSS | 11/10/2003 | Glenn L. |
| Dehne | Frances | A. | DSS | 1/6/2010 | William E. |
| DeLuna | Joseph | A. | DRNS | 1/29/2005 | |
| Deno | Mildred | | DSS | 2/13/2010 | Ernest |
| DePeaux | Clement | J. | DRNS | 12/1/2007 | |
| DeRango, Jr. | Albert | D. | DRNS | 9/4/2008 | |
| Dibble | Pauline | | DSS | 2/9/2010 | George |
| Diehl | Elmer | W. | DRNS | 10/6/2004 | |
| Diener | Ruth | M. | DSS | 5/4/2006 | Henry |
| Dimeo (Perman) | Beverly | J. | DSS | 11/11/2009 | Gottlieb Perma |
| DiPasquale | Esther | | DSS | 5/30/2005 | Tony J. |
| Doak | Mary | E. | DSS | 9/12/2007 | John |
| Doan | Frances | E. | DSS | 2/8/2011 | Max E. |
| Dominick | Richard | D. | DRNS | 7/20/2005 | |
| Dones | Joseph | W. | DRNS | 2/5/2005 | |
| Doperalski | Louis | P. | DRNS | 11/30/2004 | |

Deceased Class Members - All States

9/13/2011

| ✎ Last | First | MI | Status | DOD | Dec'd Retiree |
|---|---|---|---|---|---|
| Doran | Benjamin | F. | DRNS | 11/26/2002 | |
| Dorris | Velma | E. | DSS | 3/28/2006 | Clarence W. |
| Doss | Mae | F. | DSS | 8/11/2010 | Jervay A. |
| Dufour | Alice | G. | DSS | 10/27/2006 | O'deal C. |
| Dumas | Samuel | | DRNS | 12/29/2002 | |
| Duncan | Betty | J. | DSS | 7/4/2008 | Junior M. |
| Duncan, Jr. | Malcolm | J. | DRNS | 1/22/2004 | |
| Dunn | Dorothy | L. | DSS | 8/20/2008 | Melbern |
| Dygon | Marion | L. | DSS | 9/20/2008 | William K. |
| Dykes | Thomas | J. | DRNS | 11/3/2007 | |
| Eckert | Grace | H. | DSS | 9/4/2004 | Clarence |
| Ehrgott | Paul | A. | DRNS | 1/3/2003 | |
| Eisel, Jr. | Jacob | | DRNS | 12/14/2003 | |
| Eisentrager | Orville | M. | DRNS | 5/16/2003 | |
| Elder | Lorraine | V. | DSS | 11/13/2009 | Joseph D. |
| Ellsworth | Robert | W. | DRNS | 12/20/2002 | |
| Elmer | William | E. | DRNS | 2/27/2006 | |
| Elting | Jeannette | K. | DSS | 9/24/2005 | Ronald E. |
| Entler | Leo | R. | DRNS | 6/3/2004 | |
| Epperson | Genevieve | J. | DSS | 2/28/2004 | William F. |
| Erickson | Joan | M. | DSS | 9/2/2009 | Virgil M. |
| Escamilla | Lydia | | DSS | 6/11/2011 | Alberto |
| Evans | Benwood | J. | DRNS | 11/24/2007 | |
| Evenson | Earl | W. | DRNS | 4/19/2007 | |
| Evrenadis | Tony | E. | DRNS | 5/20/2009 | |
| Evreniadis | Ann | | DRNS | 6/18/2006 | |
| Ewell | Edward | E. | DRNS | 9/17/2003 | |
| Ewoldt | Glenn | M. | DRNS | 4/9/2005 | |
| Fagan | Louise | | DSS | 9/7/2009 | Robert C. |
| Fahrenkrug | Luella | E. | DSS | 2/21/2006 | Donald E., Sr. |
| Farrell | James | D. | DRNS | 12/13/2006 | |
| Feeney | Dan | L. | DRNS | 11/18/2003 | |
| Fell | Hazel | M. | DSS | 12/24/2005 | Delmer D. |
| Fenner | Bruce | R. | DRNS | 6/13/2004 | |
| Ferber | Katharina | | DSS | 5/19/2006 | Konrad |
| Finchum | Thelma | | DSS | 6/23/2007 | Chalmus J. |
| Fink | Roger | D. | DRNS | 10/17/2009 | |
| Firmani | Frances | | DSS | 4/29/2006 | Paris |
| Fischer | Frank | M. | DRNS | 10/14/2005 | |
| Fisher | Mildred | L. | DSS | 7/11/2007 | Clarence |
| Flemming | Roy | L. | DRNS | 10/16/2004 | |
| Flock | Leo | P. | DRNS | 12/29/2007 | |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Flores | Ruth | C. | DSS | 12/5/2008 | John P. |
| Folk | Edna | L. | DSS | 2/13/2003 | James |
| Folsom | Irene | | DSS | 7/1/2004 | Willie B. |
| Fonk | Jacqueline | M. | DSS | 12/11/2005 | Donald N. |
| Ford | Stanley | R. | DRNS | 9/22/2002 | |
| Foster | Lorraine | M. | DSS | 12/26/2009 | James W. |
| Foxcroft | Florence | L. | DSS | 8/20/2010 | James |
| Foxx | Sarah | B. | DRNS | 4/6/2004 | |
| Frank | Pearl | M. | DSS | 10/21/2003 | Gerald W. |
| Frank | Lucille | T. | DSS | 2/18/2010 | Urban M. |
| Freehling | Kathryn | G. | DSS | 10/5/2007 | Henry |
| Freeman | Barbara | A. | DRNS | 10/1/2010 | |
| Fritch | Alice | C. | DSS | 9/13/2007 | William J. |
| Frommelt | Robert | J. | DRNS | 2/28/2008 | |
| Frye | Marie | R. | DSS | 10/8/2009 | John J. |
| Gaddis | Richard | B. | DRNS | 9/12/2007 | |
| Garcia | Valencia | S. | DSS | 10/11/2006 | Ramon |
| Garcia | Irenia | E. | DSS | 9/1/2004 | Fabian S. |
| Garcia | Hilda | M. | DSS | 7/30/2009 | Manuel F. |
| Gardner | Virginia | | DSS | 3/18/2009 | Willie |
| Gardner | Alma | | DSS | 8/10/2010 | Steven |
| Garland | Margaret | M. | DSS | 9/14/2002 | Rolly E. |
| Garmoe | Harold | W. | DRNS | 10/14/2004 | |
| Garner | Caroline | V. | DSS | 9/14/2004 | George J., Jr. |
| Garza | Gilberto | C. | DRNS | 7/20/2009 | |
| Gentry | Wilma | L. | DSS | 1/13/2004 | Paul E. |
| Gentry | Marcella | A. | DSS | 12/17/2002 | Billie Joe |
| George | Margaret | M. | DSS | 1/7/2003 | Peter M. |
| Gerloff | Barbara | | DSS | 11/24/2005 | Ralph F. |
| Geyer | Charles | H. | DRNS | 1/8/2007 | |
| Gibbons | Lillian | M. | DRNS | 3/15/2007 | John H. |
| Gilhart | Shirley | L. | DSS | 6/6/2009 | Stuart L. |
| Glines | Elmer | L. | DRNS | 7/18/2006 | |
| Goebel, Jr. | Albert | J. | DRNS | 1/8/2011 | |
| Gomez, Jr. | Benito | A. | DRNS | 9/5/2011 | |
| Gonka | Lorraine | E. | DSS | 5/10/2008 | Walter S. |
| Goodale | Frances | M. | DSS | 3/6/2005 | Ernest W. |
| Goodwin-Jones | Mattie | | DSS | 12/26/2010 | Frank |
| Gorman | Frances | R. | DSS | 9/2/2003 | Beryl J. |
| Gotsche | Merle | L. | DRNS | 3/15/2005 | |
| Gottfredsen | John | A. | DRNS | 6/4/2007 | |
| Governatori | Louis | P. | DRNS | 11/16/2005 | |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Graham | Maria | D. | DSS | 5/12/2006 | James H. |
| Gray | Lewis | E. | DRNS | 5/9/2011 | |
| Greco | Susie | | DSS | 10/23/2002 | |
| Greeley | Gladys | C. | DSS | 9/5/2005 | Courtney E. |
| Green | Hattie | C. | DSS | 1/27/2008 | Tannie B. |
| Green | Elizabeth | | DSS | 1/27/2004 | Oscar M. |
| Green | Albert | H. | DRNS | 6/13/2007 | |
| Griffith | James | E. | DRNS | 5/5/2005 | |
| Grimskis | Joseph | J. | DRNS | 11/19/2002 | |
| Grohens | Evelyn | | DSS | 6/12/2007 | Edward |
| Gross | Robert | M. | DRNS | 8/12/2010 | |
| Groth | Virginia | B. | DSS | 11/8/2009 | Martin K. |
| Gryczkowski | Edward | J. | DRNS | 7/8/2007 | |
| Gryczkowski | Casimir | J. | DRNS | 5/26/2007 | |
| Guajardo | Pedro | E. | DRNS | 3/28/2007 | |
| Gundlach | Lucille | M. | DRNS | 10/28/2006 | |
| Gutierrez | Pablo | | DRNS | 10/21/2007 | |
| Haack | Arthur | V. | DRNS | 1/10/2007 | |
| Haas | Dennis | B. | DRNS | 8/22/2011 | |
| Haas | Jeannette | M. | DSS | 11/6/2003 | James E. |
| Haas | Eunice | M. | DSS | 7/2/2005 | Leroy F. |
| Hacker | Mary | A. | DSS | 12/3/2010 | Maurice F. |
| Hall | Roma | J. | DSS | 8/20/2009 | Lonnie J. |
| Hallager | Ellen | M. | DSS | 4/8/2007 | Chester A. |
| Hallam | Earl | G. | DRNS | 7/7/2011 | |
| Hallstrom (Errick | Janet | C. | DSS | 4/1/2011 | Charles W. Hall |
| Hamilton | Raymond | | DRNS | 4/6/2009 | |
| Hancock | Vena | A. | DSS | 2/22/2003 | Harold P. |
| Hanko | Helen | M. | DSS | 8/24/2009 | Robert E. |
| Hansen | Theresa | M. | DSS | 4/17/2007 | Elmer C. |
| Hansen | Vernon | J. | DSS | 10/18/2004 | Mary F. |
| Hansen | Harold | R. | DRNS | 10/20/2002 | |
| Hansen | Elizabeth | T. | DSS | 6/8/2009 | Leroy |
| Hansen | Ruth | M. | DSS | 2/26/2003 | Henning H. |
| Hanson | Harlan | S. | DRNS | 6/23/2007 | |
| Harmon | Rosine | | DSS | 5/27/2006 | James |
| Harne | Lucia | M. | DSS | 2/7/2004 | Harvey M. |
| Harrison | John | W. | DRNS | 8/3/2004 | |
| Hartman | Wilma | M. | DSS | 1/24/2003 | Raymond |
| Harvey | Violet | | DSS | 5/29/2006 | Arthur B. |
| Head | Vallie | M. | DSS | 2/6/2007 | Gilbert R. |
| Head | Jack | F. | DRNS | 6/28/2004 | |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|---|---|---|---|---|---|
| Heath | George | T. | DRNS | 1/24/2005 | |
| Heather | Junior | L. | DRNS | 5/13/2004 | |
| Heck | Elizabeth | A. | DSS | 7/7/2005 | John R. |
| Helgerson | LaMont | F. | DRNS | 3/3/2006 | |
| Hellwig | Marie | E. | DSS | 3/11/2007 | Chester W. |
| Hensgen | Jennie | K. | DSS | 11/2/2006 | John A. |
| Henthorn | Geneva | | DSS | 1/18/2005 | Leroy G. |
| Herbig | Albert | W. | DRNS | 2/10/2003 | |
| Herbig | Leola | L. | DSS | 1/4/2008 | Leroy |
| Hernandez | Carmen | M. | DRNS | 12/7/2007 | |
| Hess | Jannette | A. | DSS | 1/1/2009 | Roy E. |
| Hill | Mary | K. | DSS | 10/27/2010 | Louis |
| Hilliard | Shirley | L. | DSS | 12/18/2008 | Edwin |
| Hillyer | Kenneth | A. | DRNS | 7/21/2011 | |
| Hinkle (Clouse) | Barbara | L. | DSS | 3/30/2003 | Robert E. |
| Hinrichs | Kenneth | E. | DRNS | 10/4/2007 | |
| Hinson | Clifford | W. | DRNS | 9/29/2006 | |
| Hoffman | Mildred | M. | DSS | 8/8/2006 | Chester F. |
| Hohl | Dale | E. | DRNS | 5/25/2005 | |
| Holmes | Mary | L. | DSS | 5/29/2008 | James P. |
| Holzem | Thomas | J. | DRNS | 11/13/2005 | |
| Hoopengarner | Doris | M. | DSS | 12/1/2008 | Max |
| Hopkins | John | R. | DRNS | 5/1/2007 | |
| Hopson | Ferne | A. | DSS | 11/30/2002 | Argyle M. |
| Hornback | Frances | L. | DSS | 9/8/2010 | Lindell T. |
| Horsley | Barbara | A. | DSS | 4/6/2007 | Hubert D. |
| Horvath | Wayne | R. | DRNS | 12/23/2004 | |
| Horvatin | Georgie | C. | DSS | 8/5/2006 | Joseph N. |
| Houck | Wilton | J. | DRNS | 7/19/2006 | |
| Huffman | Wilma | B. | DSS | 8/13/2005 | Hubert H. |
| Hughes | John | E. | DRNS | 4/29/2007 | |
| Hulsey | Hershel | G. | DRNS | 6/6/2006 | |
| Hunn | Ida | M. | DSS | 4/24/2011 | Charles |
| Hunter | Donnafay | J. | DSS | 9/16/2005 | John W. |
| Hunter | Rosenia | I. | DSS | 4/12/2005 | James R. |
| Hurst | Allen | E. | DRNS | 12/2/2003 | |
| Huston | Laura | L. | DSS | 2/16/2006 | Francis E. |
| Hutschenreuter | James | R. | DRNS | 12/2/2007 | |
| Hutt | Blanche | | DSS | 2/28/2006 | Robert F. |
| Ita | Virginia | | DSS | 6/9/2009 | James C. |
| Jackson | Terrell | J. | DRNS | 2/11/2006 | |
| Jackson | David | E. | DRNS | 4/2/2008 | |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Jacobsen | Anina | C. | DSS | 2/24/2011 | Lawrence P. |
| Jacobson | Lois | A. | DSS | 2/27/2003 | Howard J. |
| Jacoby | Mary | Jan | DSS | 10/24/2009 | Theodore |
| Jaeck | Victoria | | DSS | 5/22/2005 | Harold A. |
| Jager | Joseph | L. | DRNS | 6/22/2008 | |
| Janecke | Helen | M. | DSS | 8/7/2003 | Clair J. |
| Jaros | Emma | | DSS | 8/15/2005 | Joseph |
| Jensen | Leo | A. | DRNS | 2/23/2005 | |
| Jensen | Helen | M. | DSS | 12/15/2010 | Walter C. |
| Jodis | M. Juanita | | DSS | 4/27/2004 | James E. |
| Johnson | Mary | | DSS | 5/16/2005 | Charles |
| Johnson | Beatrice | L. | DSS | 3/1/2004 | Edwin O. |
| Johnson | Werna | M. | DSS | 12/8/2010 | Casper A. |
| Johnson | Dennis | E. | DRNS | 5/30/2009 | |
| Johnson | Grace | M. | DSS | 9/17/2003 | Ingvald |
| Johnson | Aldamar | | DSS | 12/7/2010 | Williard |
| Johnson | Maxine | E. | DSS | 4/26/2006 | Earl L. |
| Johnson | Geraldine | | DSS | 9/16/2006 | Henry A. |
| Johnson | Laurella | L. | DSS | 5/25/2006 | Martin W. |
| Johnson | Allen | J. | DRNS | 9/15/2008 | |
| Johnson | Dean | A. | DRNS | 1/20/2011 | |
| Johnson | Phyllis | M. | DSS | 2/22/2009 | Lenard R. |
| Johnson | Jeannette | E. | DSS | 6/19/2006 | Oliver W. |
| Jones | Beryl | F. | DRNS | 6/14/2011 | |
| Jones | Marie | A. | DSS | 1/26/2008 | Harry R. |
| Juneau | Amelia | C. | DSS | 4/6/2007 | Raymond |
| Kaisler | Joe | F. | DRNS | 11/4/2003 | |
| Kauzlarich | Ellen | S. | DSS | 7/25/2009 | Joseph J. |
| Kelleher | Thomas | | DRNS | 1/26/2009 | |
| Keller | Hilma | G. | SSNE | | Kenneth |
| Keller | Marilyn | J. | DRNS | 7/26/2006 | |
| Kelsey | Jeanette | H. | DRNS | 9/18/2004 | |
| Kennedy | Margaret | A. | DSS | 11/2/2004 | George W. |
| Kieliszewski | James | D. | DRNS | 11/23/2002 | |
| King | Annie | M. | DSS | 7/12/2010 | Samuel |
| King | William | H. | DRNS | 12/25/2010 | |
| King | Elbert | W. | DRNS | 6/6/2006 | |
| King | David | L. | DRNS | 9/12/2010 | |
| Kinyon | Nellie | M. | SSNE | | Denver C. |
| Klinkhammer | Bernice | | DSS | 12/28/2008 | Karl J. |
| Klinski | Paulene | | DSS | 10/9/2004 | Alex P. |
| Klopfer | Norma | A. | DSS | 3/5/2010 | Harold F. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Kniess | Helen | P. | DSS | 1/26/2007 | Ray |
| Knoeferl | Helen | L. | DSS | 10/8/2010 | Robert |
| Knustrom | Louise | | DSS | 10/23/2002 | William D. |
| Kocol | Robert | S. | DRNS | 3/30/2003 | |
| Kompirovic | Milorad | | DRNS | 10/2/2002 | |
| Konieczny | Adele | | DSS | 6/8/2006 | Marion |
| Konrad | Lester | F. | DRNS | 12/6/2002 | |
| Kopecky | Ruth | M. | DSS | 10/20/2003 | Jerry |
| Kopf | Walter | F. | DRNS | 1/1/2011 | |
| Krekling | Harry | M. | DRNS | 10/2/2004 | |
| Kressig | Dolores | E. | DSS | 4/4/2008 | William L. |
| Krupp | Mary | L. | DSS | 1/30/2011 | Leslie H. |
| Kubatska | Marie | | DSS | 1/28/2003 | John L. |
| Kunkle | Leona | M. | DSS | 3/3/2005 | Richard |
| Kuster | Richard | R. | DRNS | 1/28/2006 | |
| Lake | Lottie | M. | DSS | 12/7/2002 | Ralph L. |
| Lambert | Martha | H. | DRNS | 1/20/2008 | |
| Land | Florence | L. | DSS | 3/4/2010 | Leonard |
| Larsen | Lillian | A. | DSS | 11/9/2006 | Leroy E. |
| Larsen | Phyllis | M. | DSS | 10/22/2009 | Robert A. |
| Larson | Donald | R. | DRNS | 7/7/2009 | |
| Lasch | Emma | L. | DSS | 10/4/2009 | Russell F. |
| Latta | Florence | J. | DSS | 4/8/2006 | Paul E. |
| Laue | Mildred | I. | DSS | 9/22/2008 | Gilbert A. |
| Laws | Ruth | | DRNS | 8/15/2007 | |
| Lawson | Johnson | L. | DRNS | 3/8/2007 | |
| Ledbetter | Charles | A. | DR | 2/5/2009 | |
| Lee | Rose | M | DSS | 6/22/2011 | Harry |
| Leedom | Alice | M. | DSS | 10/14/2008 | Laurence B. |
| Leibli | Lillian | R. | DSS | 3/5/2009 | Albert |
| Lemmons | Maxine | | DSS | 8/11/2005 | Raymond |
| Leneair | Bernice | | DSS | 5/26/2005 | Emmit |
| Leonard | Jayne | A. | DSS | 11/11/2003 | Lawerence M. |
| Leonhardt | Calvin | W. | DRNS | 3/2/2006 | |
| Lewis | Coyne | C. | DRNS | 11/15/2003 | |
| Liegler | Victor | G. | DRNS | 9/30/2007 | |
| Lievens | Donna | J. | DSS | 9/25/2004 | Robert F. |
| Linders | Ethel | G. | DSS | 10/21/2002 | John M. |
| Lindsey | Roy | H. | DRNS | 6/24/2008 | |
| Linville | Harry | E. | DRNS | 9/6/2004 | |
| Lock | Beatrice | C. | DSS | 1/31/2003 | William T. |
| Long | John | E. | DRNS | 6/8/2003 | |

Deceased Class Members - All States                                          9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Long, Jr. | Charles | E. | DRNS | 4/26/2006 | |
| Loomis | Robert | R. | DRNS | 1/10/2010 | |
| Lord | Shirley | J. | DSS | 5/6/2006 | James E. |
| Lott | Dorothy | E. | DSS | 12/15/2010 | John F. |
| Ludwig | Chester | F. | DRNS | 12/30/2003 | |
| Luka | Mitchell | F. | DRNS | 7/15/2006 | |
| Luks | Margarete | | DSS | 6/30/2005 | Jacob |
| Lynaugh | Rose | L. | DSS | 4/28/2003 | Henry L. |
| Lynch | Beecher | J. | DRNS | 3/14/2006 | |
| Lynch | Mary | L. | DSS | 7/3/2006 | Robert |
| Mackey | Lotte | G | DSS | 3/5/2010 | Reginald J. |
| Macklin | Orville | L. | DRNS | 9/23/2009 | |
| Maesch | Betty | | DSS | 4/14/2008 | Charles M. |
| Maier | Eleanor | R. | DSS | 10/10/2006 | Clarence |
| Maines | George | E. | DRNS | 8/21/2006 | |
| Mainland | Hilda | | DSS | 12/17/2002 | Robert S. |
| Majcen | Robert | F. | DRNS | 11/23/2006 | |
| Maluchnick | Sylvia | A. | DSS | 12/21/2010 | Walter |
| Malzahn | Arden | E. | DRNS | 6/30/2005 | |
| Manarino | Charles | | DRNS | 6/18/2009 | |
| Manuel | Vera | M. | DSS | 3/12/2009 | George A. |
| Margan | Lloyd | | DRNS | 2/3/2006 | |
| Martin | Charles | | DRNS | 12/19/2005 | |
| Martin | William | T. | DRNS | 4/18/2009 | |
| Mathes | Almeta | V. | DSS | 9/24/2005 | Henry L. |
| May | Betty | J. | DRNS | 6/15/2006 | |
| Mayer | Loretta | A. | DSS | 11/22/2002 | Anton |
| Mayes | Patricia | S. | DSS | 9/9/2005 | William J. |
| McBroom | Brenda | | DSS | 2/5/2005 | Floyd |
| McClain | Robert | L. | DRNS | 10/9/2007 | |
| McClure | Mary | A. | DSS | 11/17/2006 | Raymond M. |
| McCollam | Genevieve | I. | DSS | 3/7/2008 | Arthur C. |
| McCormick | Lillian | L. | DSS | 2/16/2009 | James R. |
| McCoy | Joyce | E. | DSS | 9/2/2002 | Douglas M. |
| McCoy | Clark | H. | DRNS | 5/15/2009 | |
| McDonnell | Mary | L. | DSS | 8/15/2011 | John F. |
| McDougal | Furman | A. | DRNS | 7/6/2007 | |
| McFarland | Duane | H. | DRNS | 10/9/2008 | |
| McKee | Virginia | M. | DSS | 9/27/2004 | James R. |
| McKinney | Dorothy | H. | DSS | 11/15/2009 | Edgar |
| McKinney | Maryann | L. | DSS | 6/24/2005 | Harold A. |
| McManus | Delores | M. | DSS | 10/22/2003 | Robert J. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| McPike | Rosella | A. | DSS | 9/16/2007 | Donald (D.W.) |
| McReynolds | Elizabeth | I. | DRNS | 2/7/2004 | |
| McVey | Mary | S. | DSS | 2/23/2009 | Paul W. |
| McVey | Josephine | M. | DSS | 6/12/2004 | Roy E. |
| Meeks | Vantress | H. | DSS | 5/21/2007 | Orval H. |
| Menke | Eugene | J. | DRNS | 2/15/2010 | |
| Merrick | Norma | E. | DSS | 4/30/2004 | Mervin |
| Mertens | Rosemarie | C. | DSS | 2/7/2009 | Robert J. |
| Miles | Leonard | L. | DRNS | 1/9/2004 | |
| Milkie | Mary | V. | DSS | 2/2/2003 | Louis L. |
| Miller | Dorothy | E. | DSS | 4/16/2007 | William B. |
| Miller | Edwin | E. | DRNS | 12/3/2007 | |
| Miller | Marguerite | A. | DRNS | 8/21/2004 | |
| Miller | Betty | L. | DSS | 2/9/2006 | John F. |
| Miller | Sharon | E. | DSS | 9/24/2009 | Leon M. |
| Missurelli | Jennie | G. | DRNS | 6/13/2005 | |
| Misurelli | Angeline | M. | DSS | 4/20/2011 | Frank |
| Mock | Frederick | L. | DR | 12/24/2008 | |
| Moeller | Ruth | M. | DSS | 12/19/2010 | Carl H. |
| Monday | Della | | DSS | 12/27/2010 | George B. |
| Montgomery | Barbara | L. | DRNS | 1/3/2006 | |
| Montgomery | Mary | L. | DSS | 4/3/2009 | Earl |
| Montsko | Maria | A. | DSS | 4/24/2007 | Stefan |
| Moody | Mary | K. | DSS | 8/20/2004 | Wayne G. |
| Moore | Willie | D. | DRNS | 7/13/2003 | |
| Moore | Woodrow | W. | DRNS | 2/9/2008 | |
| Moredock | Thelma | E. | DSS | 12/11/2005 | Howard |
| Morgenson | Carl | J. | DRNS | 1/31/2006 | |
| Morse | Blair | D. | DRNS | 11/6/2002 | |
| Morton | Marian | L. | DSS | 3/29/2009 | Nelson J. |
| Moticsko | Delores | M. | DSS | 11/8/2007 | Laurence R., Sr |
| Mueller | Blanche | A. | DSS | 1/24/2010 | Robert A. |
| Mueller | Elizabeth | M. | DSS | 11/3/2008 | Carl J. |
| Mueller | Theresa | | DSS | 7/3/2008 | |
| Mueller | Frederick | P. | DRNS | 4/1/2008 | |
| Muller | Russell | W. | DRNS | 11/29/2008 | |
| Munch | Ruth | M. | DSS | 3/7/2009 | Carl W. |
| Munday | Lula | M. | DRNS | 7/19/2004 | |
| Munoz | Rosalio | M. | DRNS | 11/20/2004 | |
| Murphy | Barbara | J. | DSS | 4/29/2009 | Donald J. |
| Murray | Robert | M. | DR | 7/14/2005 | |
| Mutchie | Doris | M. | DSS | 3/12/2011 | Lawrence F. |

Deceased Class Members - All States                                      9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Nash | Warleen | | DRNS | 8/17/2003 | |
| Nash | Nellie | | DSS | 11/6/2007 | Rochester |
| Nault | Mary | E. | DSS | 6/25/2004 | Dolphus J. |
| Nees | George | C. | DRNS | 5/31/2007 | |
| Nelson | Wayne | C. | DRNS | 1/4/2006 | |
| Nelson | Bernard | J. | DRNS | 1/1/2003 | |
| Nelson | Raymond | J. | DRNS | 4/7/2007 | |
| Nelson | Michael | M. | DRNS | 2/27/2010 | |
| Nelson | Elaine | E. | DRNS | 7/10/2007 | |
| Nesbitt | Geneva | | SSNE | | James H. |
| Ness | Edward | J. | DRNS | 3/18/2003 | |
| Newberry | Duane | E. | DRNS | 7/31/2010 | |
| Nichols | Daniel | W. | DRNS | 3/16/2008 | |
| Nielsen | Katie | L. | DSS | 7/29/2010 | Carlo A. |
| Nims | Kenneth | E. | DRNS | 7/16/2003 | |
| Nissila | Luella | M. | DSS | 12/21/2010 | Matt A. |
| Nitz | Joyce | L. | DSS | 2/23/2009 | Marcus E. |
| Noppe | Goldie | | DSS | 8/7/2004 | Rene J. |
| Noppe | Marie | | DSS | 7/27/2004 | Arthur |
| Nor | Frederick | T. | DRNS | 4/9/2004 | |
| Nowak | Laverne | | DSS | 2/14/2009 | Steve F. |
| Obuchowski | Margaret | V. | DSS | 12/12/2004 | John B. |
| Odle | Donald | L. | DRNS | 5/28/2004 | |
| Oesau | Delores | M. | DSS | 2/23/2011 | Herman H. |
| Olewinski | Alex | A. | DRNS | 11/28/2007 | |
| Olomon | Mary | M. | DSS | 2/11/2009 | Max L. |
| Olson | Evangeline | | DSS | 6/20/2004 | Arnold H. |
| Olson | Edith | E. | DSS | 8/21/2007 | Roland E. |
| O'Neill | James | M. | DRNS | 2/6/2010 | |
| Orsi | Ralph | A. | DRNS | 7/20/2011 | |
| Osborne | Wilma | D. | DRNS | 9/28/2003 | |
| Osgood | Flora | E. | DSS | 2/22/2009 | Ross L. |
| Osilius | Tony | | DRNS | 10/18/2010 | |
| Ottmann | Effie | M. | DSS | 4/21/2005 | Aloysius J. |
| Owen | Daniel | P. | DRNS | 4/7/2009 | |
| Parcus | Marion | E. | DRNS | 3/31/2010 | |
| Parsons | Twila | M. | DSS | 9/4/2008 | Wayne V. |
| Passehl | Gene | A. | DRNS | 1/28/2006 | |
| Patt | Jean | L. | DSS | 4/28/2007 | Edward A. |
| Paul | George | | DRNS | 2/21/2009 | |
| Payne | Horace | | DRNS | 9/19/2005 | |
| Payne | Florence | | DSS | 1/20/2006 | James A. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Pearson | Christine | A. | DSS | 11/4/2010 | Jessie |
| Pearson | Phyllis | M. | DRNS | 5/13/2008 | |
| Peel | William | | DRNS | 1/20/2011 | |
| Peil | Janice | M. | DSS | 3/2/2004 | Edward J. |
| Penrod | James | C. | DRNS | 1/12/2009 | |
| Penzkowski | Mary | B. | DSS | 1/16/2007 | Edward J. |
| Peters | Rosanne | | DSS | 9/24/2002 | Ronald |
| Petersen | Clarence | R. | DRNS | 6/11/2011 | |
| Petersen | Dorothy | B. | DSS | 7/21/2003 | Gordon |
| Peterson | Shirley | M. | DSS | 3/2/2011 | Marvin L. |
| Peterson | Earl | W. | DRNS | 4/11/2007 | |
| Peterson | Selma | | DSS | 10/21/2004 | Jerome E. |
| Peterson | Beatrice | F. | DSS | 8/22/2010 | Kenneth L. |
| Peterson | Lloyd | L. | DRNS | 12/19/2004 | |
| Peterson | James | P. | DRNS | 10/25/2002 | |
| Peterson | Wilma | G. | DSS | 8/4/2003 | Franklin R. |
| Pettifer | Merlyn | M. | DSS | 5/27/2010 | Vernon C. |
| Pfaff | Peggy | A. | DSS | 11/12/2006 | Victor |
| Pfeilstifter | Catherine | M. | DSS | 8/1/2003 | Joseph J. |
| Phillips | Lydia | | DSS | 2/27/2004 | Virgil |
| Phillips | Charles | A. | DRNS | 10/12/2005 | |
| Phipps | Robert | A. | DRNS | 11/24/2004 | |
| Pickerign | Darrell | G. | DRNS | 10/25/2008 | |
| Pischke | Edna | M. | DSS | 5/18/2007 | Frank A. |
| Pittsley | Edward | H. | DRNS | 8/4/2011 | |
| Plummer | LaDona | | SSNE | | Jerry W. |
| Plunkett | James | M. | DRNS | 4/4/2007 | |
| Pofahl | Isabella | | DSS | 4/1/2003 | Allan W. |
| Point | Lynwood | R. | DRNS | 7/5/2011 | |
| Porter | Nelda | A. | DSS | 6/18/2004 | Robert J. |
| Powell | Rose | | DSS | 3/19/2008 | Theophlius |
| Praninsky | John | C | DRNS | 1/17/2003 | |
| Prusa | Helen | V. | DSS | 4/1/2004 | Joseph |
| Quiroz | Patricia | | DSS | 10/5/2005 | Alex E. |
| Radke | Rita | D. | DSS | 9/15/2009 | Earl C. |
| Ragoschke | David | L. | DRNS | 12/26/2009 | |
| Ramirez | Frank | | DSS | 3/11/2003 | Juanita P. |
| Ramseier | James | F. | DRNS | 1/4/2006 | |
| Raper | Nolan | C. | DRNS | 9/18/2008 | |
| Rasmussen | Bernice | | DSS | 9/18/2006 | Henry C. |
| Rathman | Frederich | W. | DRNS | 12/19/2002 | |
| Rawls | Harold | H. | DRNS | 3/27/2007 | |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Raymer | Kathryn | J. | DSS | 2/7/2008 | Darrel D. |
| Reed | Oscar | L. | DRNS | 2/9/2007 | |
| Reeser | Charles | A. | DRNS | 4/22/2011 | |
| Reeves | Mary | K. | DSS | 5/19/2003 | Vernon C. |
| Rehmel | Orvan | L. | DRNS | 12/25/2010 | |
| Reichel | John | | DRNS | 7/23/2003 | |
| Rettig | George | H. | DRNS | 1/7/2008 | |
| Revels | Philip | E. | DRNS | 5/8/2011 | |
| Rice | Theodore | | DRNS | 5/16/2006 | |
| Rickard | Lorraine | | DSS | 7/12/2010 | John P. |
| Rieser | William | R. | SSNE | | Ruth E. |
| Rieth | Laura | A. | DSS | 11/9/2005 | Richard W. |
| Riley | Dorothy | M. | DSS | 4/15/2006 | Edward V. |
| Riley | Frances | Y. | DSS | 3/31/2009 | Ellsworth W. |
| Rinaldi | Emiddio | G. | DRNS | 3/25/2011 | |
| Riordan | Ruth | A. | DSS | 12/25/2005 | Joseph L. |
| Ristow | Mildred | L. | DSS | 3/13/2009 | Lamont L. |
| Robb | Esther | I. | DSS | 5/4/2007 | Wardell Mike |
| Robb | Mary | A. | DSS | 7/23/2004 | Thomas M. |
| Robbins | John | H. | DRNS | 8/16/2011 | |
| Roberts | Laura | Mar | DSS | 5/28/2011 | Floyd E. |
| Robinson | James | | DRNS | 10/14/2003 | |
| Rodriguez | Carolina | | DSS | 12/11/2005 | Jesus |
| Rodriguez | Santos | R. | DRNS | 4/24/2008 | |
| Rodriguez | Joseph | P. | DRNS | 3/6/2010 | |
| Rodriguez | Virginia | | DSS | 11/14/2010 | Hilario M. |
| Rodriguez, Sr. | Jesus | | DRNS | 9/22/2004 | |
| Rogers | Edith | J. | DSS | 5/19/2007 | Lawrence E. |
| Root | Jesse | L. | DRNS | 4/12/2010 | |
| Rose | Victor | M. | DRNS | 3/1/2006 | |
| Roth | Lucille | E. | DSS | 1/20/2007 | Robert C. |
| Rotkis | John | C. | DRNS | 8/30/2009 | |
| Rounds | Chester | M. | DRNS | 5/29/2004 | |
| Rounds | Adeline | | DSS | 1/27/2008 | Sam L. |
| Rudat | Helen | M. | DSS | 9/16/2007 | Raymond |
| Ruggeberg | Laura | M. | DSS | 2/9/2008 | Dean A. |
| Rundle | Milda | M. | DRNS | 5/3/2011 | |
| Rusk | Robert | | DRNS | 4/13/2011 | |
| Ruskey | Lynn | M. | DSS | 1/5/2009 | Bernard R. |
| Russell | Wanda | L. | DSS | 4/4/2008 | Harold |
| Rutkowski | Lillian | F. | DSS | 4/12/2011 | Steve A. |
| Rygasewicz | Irene | | DSS | 8/2/2009 | Richard F. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Sabol | Joseph | E. | DRNS | 3/23/2006 | |
| Sachleben | Pauline | | DSS | 5/25/2010 | Edward L. |
| Sackmaster | Myrtle | V. | DSS | 1/24/2008 | Lloyd H. |
| Salas | Manuel | G. | DRNS | 10/10/2006 | |
| Salin | Mary | L. | DSS | 4/10/2011 | Archie |
| Salin | Stanley | C. | DRNS | 6/28/2006 | |
| Sandback | Louise | M. | DSS | 5/14/2004 | John L. |
| Sandberg | Dale | E. | DRNS | 10/28/2006 | |
| Sander | Emily | L. | DSS | 11/3/2009 | Raymond F. |
| Sandleback | Todd | E. | DRNS | 6/28/2007 | |
| Sarnes | Frances | W. | DSS | 11/1/2010 | Clyde R. |
| Saveljev | Jaan | | DRNS | 10/11/2008 | |
| Sawicki | Stanley | K. | DRNS | 10/6/2008 | |
| Scanlan, Jr. | William | | DRNS | 12/11/2005 | |
| Schaefer | Helen | M. | DSS | 12/30/2008 | Paul G. |
| Schaefer, Jr. | Michael | | DRNS | 4/15/2003 | |
| Schaeffer | Viola | M. | DRNS | 6/4/2007 | |
| Schafer | Eva | J. | DSS | 12/29/2008 | Raymond N. |
| Schatzley | Inez | | DSS | 1/12/2009 | Arthur |
| Schillinger | Floyd | R. | DRNS | 5/30/2003 | |
| Schlue | Frank | W. | DRNS | 5/18/2009 | |
| Schmidt | Joe | P. | DRNS | 3/3/2003 | |
| Schneider | Juanita | L. | DRNS | 12/28/2005 | |
| Schneider | Florence | E. | DSS | 10/20/2006 | Phillip Carl |
| Schoedl | Ronald | L. | DRNS | 12/31/2005 | |
| Schram | Lucille | M. | DSS | 6/9/2008 | Harold T. |
| Schroeder | Marie | M. | DSS | 5/6/2006 | Arnold H. |
| Schroer | Audrey | M. | DSS | 2/7/2007 | Charles C. |
| Schultz | Joyce | M. | DSS | 5/29/2008 | William A. |
| Schwabe | Bernice | A. | DRNS | 4/30/2005 | |
| Schwaiger | Richard | G. | DRNS | 3/1/2006 | |
| Schwartz (Miller) | Donna | J. | DRNS | 8/6/2008 | |
| Schwert | Wilma | J. | DSS | 7/3/2005 | Walter H. |
| Scott | Alton | L. | DRNS | 10/23/2002 | |
| Searl | Dorothy | L. | DSS | 4/8/2004 | Carroll D. |
| Sederberg | Carl | O. | DRNS | 10/22/2009 | |
| Seibel | Barbara | R. | DSS | 3/21/2011 | Ralph E. |
| Seiler | Elmer | K. | DRNS | 9/29/2006 | |
| Seliga | Frances | G. | DSS | 9/21/2010 | Joseph L. |
| Sellman | Ralph | G. | DRNS | 9/18/2002 | |
| Seyb | Paul | W. | DRNS | 4/3/2007 | |
| Shannon | Margaret | A. | DSS | 2/15/2005 | Percy A. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Sheppard | James | L. | DRNS | 3/14/2008 | |
| Shumaker | Larry | E. | DRNS | 11/17/2008 | |
| Sievers | Frank | A. | DRNS | 3/2/2006 | |
| Simon | Richard | N. | DRNS | 4/14/2005 | |
| Simonsen | Laverne | M. | DSS | 4/29/2010 | George H. |
| Sindelar | Delores | | DSS | 10/8/2005 | Frank |
| Singstock | Walter | F. | DRNS | 2/3/2008 | |
| Sirna | Lena | E. | DSS | 11/2/2005 | Antonio J. |
| Skelley | Catherine | L. | DSS | 2/17/2011 | James D. |
| Skovronski | Virginia | B. | DSS | 8/18/2004 | Paulicardi M. |
| Slagter | Catherine | C. | DSS | 4/10/2004 | William |
| Slechta | Shirley | M. | DSS | 2/5/2011 | Joseph |
| Sloat | Carol | S. | DSS | 2/10/2010 | Keith C. |
| Sly | Mildred | M. | DSS | 11/8/2006 | Albert E. |
| Slye | Amie | M. | DSS | 4/15/2005 | Dwaine W. |
| Smagala | Adam | J. | DRNS | 5/30/2008 | |
| Smith | Lloyd | L. | DR | 5/26/2004 | |
| Smith | Florence | E. | DSS | 8/14/2006 | Albert J. |
| Smith | Mildred Bates | | SSNE | | Cloyd C. |
| Smith | Charles | H. | DRNS | 8/26/2006 | |
| Smith | Clyde | E. | DRNS | 4/11/2004 | |
| Smith | James | W. | DRNS | 10/15/2007 | |
| Smith | Richard | L. | DRNS | 7/25/2007 | |
| Smith | Raymond | G. | DRNS | 2/18/2011 | |
| Smothers | Billy | Joe | DRNS | 3/8/2005 | |
| Sorenson | Bessie | | DSS | 8/14/2007 | Gilbert |
| Spodick | Ellen | H. | DSS | 2/25/2007 | Rudolph A. |
| Spranger | Irene | M. | DSS | 7/7/2004 | Lloyd N. |
| Springsteen | Ruth | Bell | DSS | 10/16/2005 | Walter W. |
| Srog | Martin | N. | DRNS | 11/11/2009 | |
| St. Ores | Dorothy | M. | DSS | 4/9/2007 | Fred R. |
| Stafford | Mark | M. | DRNS | 12/23/2008 | |
| Stapelman | Rose Mary | | DSS | 3/20/2003 | Edward A. |
| Steadman | Stuart | R. | DRNS | 11/13/2003 | |
| Stearley | William | L. | DRNS | 7/16/2007 | |
| Stedman | Wayne | B. | DRNS | 11/7/2010 | |
| Steffens | Vera | B. | DSS | 10/29/2009 | Donald |
| Stegall | Elaine | A. | DSS | 4/26/2010 | Harry J. |
| Steingraeber, Jr. | Robert | W. | DRNS | 7/5/2003 | |
| Stewart | Betty | J. | DSS | 10/6/2008 | Wesley O. |
| Stewart | Helen | M. | DSS | 5/13/2008 | Raymond W. |
| Stewart | Deloris | | DSS | 10/20/2003 | Duane L. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Stills | Irene | D. | DRNS | 1/25/2003 | |
| Stimpson | Richard | O. | DRNS | 11/15/2005 | |
| Stohl | John | D. | DRNS | 5/24/2005 | |
| Stotmeister | Jacqueline | L. | DSS | 1/3/2009 | Dale W. |
| Stottler | Truman | J. | DRNS | 7/3/2010 | |
| Stouffer | Paula | M. | DSS | 1/3/2005 | Allan C. |
| Strahn | Carl | L. | DRNS | 9/4/2002 | |
| Strahn | Bernie | T. | DRNS | 11/21/2003 | |
| Strand | Irene | L. | DSS | 8/2/2004 | Dean E. |
| Strawhacker | Dora | J. | DSS | 6/11/2004 | Darell E. |
| Studey | Eugene | F. | DRNS | 1/30/2003 | |
| Stull | Martha | W. | DSS | 6/2/2011 | James H. |
| Styberg | Gordon | C. | DRNS | 6/8/2004 | |
| Sugent | Theresa | F. | DSS | 8/2/2006 | Albert J. |
| Sund | Constance | M. | DSS | 9/26/2004 | Derald E. |
| Susmarski | Norbert | | DRNS | 6/27/2003 | |
| Sutcliffe | Ralph | R. | DRNS | 5/1/2009 | |
| Sutter | Walter | R. | DRNS | 9/9/2002 | |
| Sweeney | Virginia | | DSS | 5/26/2006 | William J. |
| Sweet | Lucile | | DSS | 2/26/2011 | Frank J. |
| Swepston | Juanita | | DSS | 5/22/2006 | Dallas H. |
| Switalski | Joseph | S. | DRNS | 5/30/2005 | |
| Switzer | Lorraine | H. | DSS | 1/13/2004 | Johnny B. |
| Syre | Robert | D. | DRNS | 1/29/2009 | |
| Taskonis | Victoria | C. | DSS | 7/18/2010 | Peter T. |
| Taylor | Helen | | DSS | 3/2/2008 | John D. |
| Tellez | Victor | R. | DRNS | 11/18/2009 | |
| Temple | Albert | P. | DRNS | 9/24/2007 | |
| Tennessen | George | L. | DRNS | 12/28/2006 | |
| Tenuta | Geraldo | | DRNS | 4/21/2010 | |
| Tesolowski | Irene | | DSS | 8/14/2005 | George |
| Thigpen | Oral Lee | | DSS | 2/22/2008 | Julius |
| Thomas | Lola | | DSS | 5/10/2011 | Elbert V. |
| Thomas | Lee | C. | DRNS | 9/19/2006 | |
| Thomas | Percy | W. | DSS | 4/4/2003 | Collie T. |
| Thompson | Roberta | G. | DSS | 8/6/2007 | Herbert |
| Thompson | Opal | E. | DSS | 6/13/2004 | Allen T. |
| Thompson, Jr | Russell | E. | DRNS | 7/26/2011 | |
| Thornburg | Evelyn | M. | DRNS | 11/11/2006 | |
| Thoune | Lawrence | J. | DRNS | 2/12/2009 | |
| Tietge | Jean | E. | DSS | 9/29/2005 | Robert H. |
| Timmerman | Doris | H. | DSS | 9/13/2008 | Robert D. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|----|--------|-----|---------------|
| Trepanier | Murella | E. | DSS | 4/22/2003 | Ronald J. |
| Tripp | Mary | | DSS | 8/10/2006 | Robert |
| Trotta | Frank | | DRNS | 1/17/2010 | |
| Tucker | Larry | T. | DRNS | 1/31/2009 | |
| Turner | Mary | | DSS | 4/2/2009 | Ivora |
| Turner | Alfred | T. | DRNS | 5/27/2007 | |
| Tussler | Norma | H. | DSS | 8/28/2006 | Leroy C. |
| Uerlings | Opal | A. | DSS | 2/13/2004 | John A. |
| Uppinghouse | Mary | H. | DSS | 10/12/2007 | David |
| Vaiana | Crystal | K. | DSS | 3/23/2011 | Joseph |
| Valko, Sr. | John | R | DRNS | 3/27/2007 | |
| VanBree | Joseph | G. | DRNS | 10/2/2007 | |
| VanCleave | Norma | J. | DSS | 12/2/2008 | Carson S. |
| Vanderbosch | Kenneth | F. | DRNS | 2/10/2008 | |
| Vanderwielen | Emma | C. | DSS | 8/29/2007 | Earl A. |
| Vandeventer | Ruth | F. | DSS | 3/12/2006 | Russell R. |
| VanMarter | Robert | J. | DRNS | 7/12/2003 | |
| VanOrmer | Glenn | I. | DRNS | 9/19/2008 | |
| VanWatermeule | Ronald | L. | DRNS | 5/10/2011 | |
| Veith | Velda | B. | DRNS | 10/19/2002 | |
| Vermeire | James | E. | DRNS | 4/11/2004 | |
| Vigansky | Ida | | DSS | 2/17/2008 | Otto E. |
| Villareal | Jose | M. | DRNS | 9/22/2010 | |
| Vogelman | Donald | J. | DRNS | 5/27/2011 | |
| Voight | Ruth | M. | DSS | 7/23/2009 | Ray F. |
| Wakefield | Eunice | D. | DSS | 1/28/2010 | Earl B. |
| Walker | Myrtle | D. | DSS | 3/5/2011 | Robert G. |
| Walker | Joseph | L. | DRNS | 2/3/2009 | |
| Wall, Sr. | Galen | E. | DRNS | 10/7/2007 | |
| Walters | Eugene | D. | DRNS | 7/12/2010 | |
| Walton | Gladys | S. | DSS | 9/16/2006 | Louis F. |
| Warren | Mammie | L. | DSS | 3/26/2007 | William A. |
| Washam | Pearl | M. | DSS | 2/20/2003 | Henderson |
| Watkins | Pacita | L. | DSS | 9/21/2004 | Roy P. |
| Weber | Marjorie | I. | DSS | 10/11/2004 | Robert C. |
| Weber | Lottie | J. | DSS | 5/18/2010 | Peter |
| Weber | Ione | L. | DSS | 9/4/2009 | Florian M. |
| Weier | June | I. | DSS | 2/15/2010 | Raymond |
| Weigandt | Ruth | D. | DSS | 7/11/2008 | Harry J. |
| Wemmie | Alberta | V. | DSS | 1/22/2004 | Albert |
| Wensing | Leroy | C. | DRNS | 10/1/2006 | |
| Werderman | Helen | M. | DSS | 11/13/2010 | Rogers H. |

Deceased Class Members - All States

9/13/2011

| Last | First | MI | Status | DOD | Dec'd Retiree |
|------|-------|-----|--------|-----|---------------|
| Whisman | Margaret | V. | DSS | 10/20/2005 | Owen W. |
| White | Charles | R. | DRNS | 12/1/2002 | |
| White | George | | DRNS | 3/28/2011 | |
| Whitmer | Jerry | D. | DRNS | 4/18/2011 | |
| Whitt | Pauline | B. | DSS | 11/10/2009 | Gatherns |
| Whitt | Sterling | L. | DRNS | 7/4/2011 | |
| Wickware | Leona | N. | DSS | 1/5/2006 | Jay T. |
| Widmer | Agnes | M. | DSS | 5/28/2005 | Jule A. |
| Wiklund | Bartel | R. | DRNS | 11/14/2007 | |
| Wilkes | Margaret | D. | DRNS | 9/23/2007 | |
| Wilkinson | Betty | L. | DSS | 7/9/2007 | Hillis E. |
| Williams | Stephen | W. | DRNS | 3/29/2005 | |
| Williams | Lucille | C. | DSS | 12/8/2002 | Leamos I. |
| Williams | Lester | L. | DRNS | 9/1/2006 | |
| Willoughby | Roberta | U. | DSS | 12/24/2004 | Levoy |
| Wilson | Ralph | | DRNS | 10/15/2009 | |
| Wilson | Alfonzie, Sr. | | DRNS | 12/13/2007 | |
| Wilt | Leona | M. | DSS | 9/28/2004 | Walter A. |
| Winchester | Diane | B. | DSS | 3/3/2006 | Ernest M. |
| Wisener | Clara | M. | DSS | 9/26/2009 | John A. |
| Witthoft | Wilbur | E. | DRNS | 12/12/2010 | |
| Wolford | Marian | | DSS | 12/3/2007 | Doorn K. |
| Woods | James | D. | DRNS | 3/10/2005 | |
| Woods | Willie | | DRNS | 9/28/2009 | |
| Worden | Lorraine | E. | DSS | 6/5/2006 | Lowell E. |
| Wright | Eva Marie | | DSS | 6/8/2010 | Louis E. |
| Yakos | Maria | M. | DSS | 11/11/2007 | August |
| Yeggy | Georgia | | DSS | 5/9/2007 | Roy A. |
| Yolden | Jimmy | C. | DRNS | 12/5/2007 | |
| Yolton | Gladys | M. | DSS | 6/10/2010 | John D. |
| Young | Darlene | M. | DSS | 1/9/2009 | Clifford G. |
| Zachmeyer | Dale | E. | DRNS | 4/6/2011 | |
| Ziegler | Nancy | L. | DRNS | 1/31/2008 | |
| Zikowski | Ruth | Mae | DSS | 7/19/2007 | John |
| Zuhn | Martha | D. | DSS | 7/17/2010 | Herman P. |