UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

                Plaintiffs,

                                      Case No. 02-CV-75164

v

                                      Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,                         **Class Action**

                Defendants.

_____/

# EXHIBIT 2

## TO

### AFFIDAVIT OF MAILING NOTICE OF PROPOSED SETTLEMENT AGREEMENT PACKETS

**BURR RIDGE (HINSDALE) CLASS MEMBERS**

| SS# | Last | First | MI | Status | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | Knack | John | R. | R | Downers Grove | IL | 60516 |
| | Kondraschow | Dolores | L. | SS | Downers Grove | IL | 60515 |
| | Korona | Leo | | RNS | North Port | FL | 34286- |
| | Kosmos | Stuart | W. | R | Justice | IL | 60458 |
| | Kristof | Alex | | R | Oak Lawn | IL | 60453 |
| | Kummerow | Donald | G. | RNS | Forest Park | IL | 60130- |
| | Kunic | Milos | | R | Chicago | IL | 60618 |
| | Kuspa | Evelyn | | SS | Oak Forest | IL | 60452 |
| | Kuzur | Donna | J. | SS | Finley Park | IL | 60487 |
| | LaPenda | James | M. | R | New Lenox | IL | 60451 |
| | Laszczewski | Rita | M. | SS | Spring Valley | IL | 61362- |
| | Lisnich | George | | R | Darien | IL | 60561 |
| | Lupac | Frank | | RNS | Darien | IL | 60561 |
| | Macnaught | Gary | G. | R | Lombard | IL | 60148 |
| | Martin | Douglas | E. | R | Orion | IL | 61273 |
| | Martinovich | Dorothy | A. | SS | Oaklawn | IL | 60453 |
| | Menet | Edward | F. | RNS | Darien | IL | 60561 |
| | Mlotek | Edward | | R | Stuart | FL | 34997- |
| | Musch | Ronald | E. | R | Downers Grove | IL | 60516 |
| | Nerada | Sidney | | R | Berwyn | IL | 60402 |
| | Nickell | Raymond | | R | Davenport | IA | 52804 |
| | Novorolsky | Daniel | J. | RNS | Burbank | IL | 60459 |
| | Olenski | Victoria | A. | RNS | Chicago | IL | 60638- |
| | Oliva | Christopher | J. | R | Algonquin | IL | 60102- |
| | O'Neill | Thomas | F. | RNS | Calumet City | IL | 60409 |
| | Padilla | Maria | C. | RNS | Downers Grove | IL | 60515 |
| | Panoch | Frank | J. | R | Oswego | IL | 60543 |
| | Paustian | Dallas | R. | R | Riverdale | IA | 52722 |
| | Plambeck | Donald | D. | R | Davenport | IA | 52804 |
| | Polak | Joseph | J. | RNS | Forest Park | IL | 60130- |
| | Prock | Gerald | D. | RNS | Romeoville | IL | 60446 |
| | Rutkowski | Edwin | J. | RNS | Downers Grove | IL | 60515 |
| | Santovi | George | A. | R | Downers Grove | IL | 60516 |
| | Schild | Elmer | P. | R | Burr Ridge | IL | 60527 |
| | Sims | William | J. | R | Venice | FL | 34292 |
| | Smarz | Dorothy | L. | SS | Palos Hills | IL | 60463 |
| | Somerfield | Shirley | L. | SS | West Frankfort | IL | 62896- |
| | Thacker | Roy | G. | R | Corrinth | MS | 38834 |
| | Thede | Ronald | R. | R | Eldridge | IA | 52748 |
| | Ulaszek | Donald | H. | R | Tinley Park | IL | 60487- |
| | Vimtrup | Marion | A. | SS | Downers Grove | IL | 60516 |
| | Whitney | George | A. | R | Orland Park | IL | 60467- |

| SS# | Last | First | MI | Status | City | State | Zip |
|---|---|---|---|---|---|---|---|
|  | Adamek | Josef |  | RNS | Krenovice 68352 | Czech |  |
|  | Antonacci | James | L. | RNS | Lemont | IL | 60439 |
|  | Arvigo | James | S. | R | Oregon | IL | 61061- |
|  | Baulac | Dale | C. | R | Lockport | IL | 60441 |
|  | Blazek | Janet | F. | SS | The Villages | FL | 32162- |
|  | Bozynski | Norbert | S. | R | Springhill | FL | 34608- |
|  | Bumber | Dorothy | L. | SS | Lockport | IL | 60441- |
|  | Buresch | Thomas | W. | R | Westmont | IL | 60559 |
|  | Carlson | Guy | L. | RNS | La Grange | IL | 60525 |
|  | Cerovski | Joseph |  | R | Homer Glen | IL | 60491 |
|  | Christensen | Larry | R. | R | Morris | IL | 60450 |
|  | Costello | Louis | R. | R | Hot Springs Village | AR | 71909 |
|  | Crosno | Charles | T. | R | Gilbertsville | KY | 42044- |
|  | Cwikla | Halina |  | SS | Chicago | IL | 60634 |
|  | Cychosz | Roger | E. | R | Burr Ridge | IL | 60521- |
|  | Dahlgren | Stephen | J. | R | Darien | IL | 60561- |
|  | Demer | Dorothy | A. | SS | Chicago | IL | 60638 |
|  | Dieschbourg | Robert | J. | R | Franklin Park | IL | 60131 |
|  | Dispensa | Nicholas | J. | R | Sullivan | NH | 03445 |
|  | DiVita | Clara |  | SS | Chicago | IL | 60608 |
|  | Drohomirecki | Stanley |  | R | Glen Ellyn | IL | 60137- |
|  | Duesdieker | Donald | G. | R | Ottawa | IL | 61350 |
|  | Filipas | Karin |  | SS | Lexington | KY | 40511- |
|  | Flores | Grace | H. | RNS | Romeoville | IL | 60441 |
|  | Fornek | Roy | C. | R | Tinley Park | IL | 60477- |
|  | Gajic | Zoran |  | RNS | Beverly Hills | FL | 34464- |
|  | Galloway | Dennis |  | R | North Port | FL | 34287- |
|  | Gidlund | Ronald | J. | R | Lemont | IL | 60439 |
|  | Gillham | Freda | G. | SS | Reagan | TN | 38368 |
|  | Giltner | Lawrence | M. | R | Tonica | IL | 61370 |
|  | Giovannini | Blanche |  | SS | Chicago | IL | 60608- |
|  | Godlewski | Leonarda | J. | SS | Berwyn | IL | 60402 |
|  | Goff | John | W. | R | Taylor Ridge | IL | 61284 |
|  | Gombash | Robert | P. | R | Hickory Hills | IL | 60457 |
|  | Hackenson | Richard | D. | R | Woodridge | IL | 60517 |
|  | Hanson | David | W. | R | Burbank | IL | 60459 |
|  | Hazel | Michael | J. | R | Chicago | IL | 60655 |
|  | Howell | Bobby | F. | R | Des Plaines | IL | 60018 |
|  | Jacklin | Emmett | E. | R | Downers Grove | IL | 60516 |
|  | Janes | Charles | E. | R | New Castle | IN | 47362 |
|  | Jatczak | Robert | B. | RNS | Las Vegas | NV | 89123 |
|  | Jeras | Charles |  | R | Frankfort | IL | 60423 |

| SS# | Last | First | MI | Status | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | Willerth | Donald | J. | R | Northlake | IL | 60164 |
| | Wodarski | Wanda | L. | SS | Fort Myers | FL | 33908 |
| | Woods | William | J. | R | Cape Coral | FL | 33904 |