UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

        Plaintiffs,

v

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

        Defendants.

_____/

Case No. 02-CV-75164

Patrick J. Duggan

**Class Action**

# EXHIBIT 3

## TO

### AFFIDAVIT OF MAILING NOTICE OF PROPOSED SETTLEMENT AGREEMENT PACKETS

**MASSACHUSETTS CLASS MEMBER**

Living Class Members - Medicare Eligible - Massachusetts                9/12/2011

| SS# | Last | First | MI | Status | DOB | Spouse |
|---|---|---|---|---|---|---|
| ███ | Burgos | Isidiro | | RNS | ███ | |