UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

                Plaintiffs,

                                          Case No. 02-CV-75164

v

                                          Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,                          **Class Action**

                Defendants.

_____/

# EXHIBIT 4

## TO

### AFFIDAVIT OF MAILING NOTICE OF PROPOSED SETTLEMENT AGREEMENT PACKETS

**MINNESOTA CLASS MEMBERS**

| SS# | Last | First | MI | Status | DOB | Spouse |
|---|---|---|---|---|---|---|
| | Austing | Albert | B. | R | 6/__/____ | Mary Jane |
| | Bartolerio | Donald | J. | RNS | | |
| | Bratager | Elda | C. | SS | | |
| | Charais | John | N. | R | | Sveindis |
| | Ethier | Donald | D. | R | | Jeannette L. |
| | Fazendin | Jeanette | L. | SS | | |
| | Goldermann | Phyllis | | SS | | |
| | Gruett | Cynthia | R. | SS | | |
| | Heir | Geraldine | A. | SS | | |
| | Hulsman | Edward | B. | R | | Harriet |
| | Johnson | Joan | M. | SS | | |
| | Lehman | Harold | L. | RNS | | |
| | Loehr | Duane | J. | R | | June M. |
| | Loiya | Stanley | J. | RNS | | |
| | McCullen | Gerald | R. | R | | Phyllis |
| | McGowan | Leann | C. | SS | | |
| | Morrison | Joe | W. | R | | Eva M. |
| | Pregler | Carol | J. | SS | | |
| | Sadergaski | Richard | E. | RNS | | DC |
| | Sass | James | R. | R | | Cheryl |
| | Sawczuk | Lucille | M. | SS | | |
| | Solberg | Betty | L. | SS | | |
| | Turcotte | Thomas | J. | R | | Margaret |
| | VanWey | Shirley | M. | SS | | |
| | Walstad | Joann | M. | SS | | |
| | Weium | Owen | J. | R | | Angeline L. |
| | Yanke | Diane | S. | SS | | |