UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

        Plaintiffs,

                                              Case No. 02-CV-75164

v

                                              Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

                                              **Class Action**

        Defendants.

_____/

## EXHIBIT 5

### TO

### AFFIDAVIT OF MAILING NOTICE OF PROPOSED SETTLEMENT AGREEMENT PACKETS

### WISCONSIN CLASS MEMBERS

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Abel | Robert | A. | RNS | | DV | |
| Acklam | Roger | A. | R | | Marilyn L. | |
| Adamski, Jr. | Joseph | J. | RNS | | DC | |
| Adi | Georgia | A. | SS | | | |
| Ahmad | James | A. | R | | Deloris | |
| Alecos | Ann | | R | | Anton | |
| Alexander | James | L. | RNS | | | |
| Allan | Walter | J. | RNS | | | |
| Allen | Levi | | R | | Clara | |
| Alvarez | Mary | | SS | | | |
| Amaya | Juan | G. | RNS | | DC | |
| Amaya | Pablo | | R | | Eva | |
| Ammendola | Antonio | | R | | Jean | |
| Anastasovski | Ilija | A. | R | | Danka | |
| Andersen | Marian | J. | SS | | | |
| Andersen | Elaine | M. | SS | | | |
| Anderson | Gary | W. | R | | Marlene J. | |
| Anderson | George | A. | RNS | | | |
| Anderson | Allan | E. | R | | Darlene C. | |
| Anderson | Lucille | E. | SS | | | |
| Anderson, Sr. | Thomas | L. | R | | Mary | |
| Andress | Victor | R. | R | | Irene | |
| Angelini | Domenico | | R | | Nicolina | |
| Antinucci | Joseph | L. | R | | Dorothy | |
| Apfelbeck | Raymond | M. | R | | Marlene | |
| Appenzeller | Karen | H. | RNS | | DV | |
| Archie | Ada | M. | RNS | | DV | |
| Arndt | Ethel | M. | RNS | | DC | |
| Ayala | Mary | S. | SS | | | |
| Babcock | William | L. | RNS | | DC | |
| Babl | Stuart | L. | R | | Lorelei | |
| Baca | Jesus | H. | R | | Andrea | |
| Bacon | Merlin | J. | R | | Deloris | |
| Balke | Karen | J. | SS | | | |
| Barke | Walter | E. | RNS | | DC | |
| Barrientes | Ramon | B. | R | | Yolanda P. | |
| Barron | Daniel | L. | R | | Gertrude J. | |
| Barry | Alonzo | | R | | Euathazene | |
| Barry | John | W. | R | | Lillie B. | |
| Bartelt | John | L. | R | | Lorraine B. | |
| Barth | Judith | A. | SS | | | |
| Barton | Gilbert | R. | R | | Charlotte | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|-----|
| Barwick, Jr. | Robert | F. | R | | Mary | |
| Basina, Sr. | Varlin | F. | R | | Delia R. | |
| Basten | Albert | W. | R | | Hazel N. | |
| Baumeister | Lucille | C. | SS | | | |
| Baumstark | Lou Ann | | SS | | | |
| Baxter | Edith | R. | SS | | | |
| Bearden | Florine | L. | SS | | | |
| Behringer | Guenther | K. | R | | Mary M. | |
| Bellovary | Flora | A. | SS | | | |
| Belo | Samuel | | R | | Ottilie | |
| Beltoya | Betty | | SS | | | |
| Beranek | William | J. | R | | Jocelyn J. | |
| Berg | Wayne | E. | R | | Phyllis | |
| Bernal | Candelario | | R | | Beatrice | |
| Bertelsen | Adella | A. | SS | | | |
| Bester | Kizzie | | SS | | | |
| Betchkal | Thomas | J. | R | | Ann M. | |
| Bezotte | Carol | M. | SS | | | |
| Birr | Ervin | H. | R | | Joann | |
| Black | Josephine | | SS | | | |
| Bland | James | E. | R | | Ora | |
| Boetcher | George | B. | R | | Donna | |
| Bogen | Ellen | M. | SS | | | |
| Bohn | Donald | L. | R | | Shelby | |
| Boldus | Clayton | E. | RNS | | DC | |
| Bolton | Olivia | M. | RNS | | DC | |
| Booker | John | D. | RNS | | DC | |
| Booker | Josephine | | SS | | | |
| Booth | Kenneth | | RNS | | DC | |
| Born, Jr. | Earl | H. | R | | Judy | |
| Bosco | Aldo | | R | | Concetta | |
| Boutwell | Euwauna | | R | | Jean | |
| Bowen | James | J. | R | | Judith D. | |
| Bower | Patricia | | SS | | | |
| Bowman | Lloyd | E. | R | | Marjorie | |
| Bradfish | Florian | L. | R | | Lana | |
| Brandl | William | J. | R | | D. Marie | |
| Brandt | Clifford | J. | R | | Joyce E. | |
| Brannon | Robert | W. | R | | Margaret M. | |
| Brehm | Ann | M. | SS | | | |
| Brinkmann | Gerald | W. | R | | Shirley | |
| Brouwers | Joanne | O. | RNS | | DC | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse |
|------|-------|-----|--------|-----|--------|
| Brown | Darlene | | SS | | |
| Brown | Geraldine | J. | SS | | |
| Brown-Tucker | Shirley | | SS | | |
| Bruckert | Fred | R. | R | | Karen |
| Brye | Geraldine | | RNS | | |
| Brye | Denory | | R | | Gwendolyn M. |
| Brzezinski | Lawrence | | R | | Winifred |
| Brzezinski | Gordon | E. | R | | Constance A. |
| Buchberger | David | J. | R | | Rosemary |
| Budnick | Sam | B. | R | | Maryann |
| Buisse | Phillip | | RNS | | DC |
| Burdick | Donald | R. | R | | Mary Ann |
| Burnett | Joseph | | R | | Christella |
| Burnett | Arthur | G. | RNS | | |
| Burns | Dan | | RNS | | |
| Burton | Hal | | SS | | |
| Buscemi | Joseph | J. | R | | Betty L. |
| Busch | Shirley | E. | RNS | | |
| Butler | Claude | C. | R | | Gloria |
| Buttke | Charles | H. | R | | Diane |
| Call | Martha | M. | SS | | |
| Canales, Jr. | Santiago | | R | | Felia |
| Carbajal | Crescencio | E. | R | | Maria |
| Carbajal | Juan | E. | R | | Elodia |
| Carew | Penelope | C. | SS | | |
| Carlson | Eunice | H. | SS | | |
| Carnevale | Eselia | | SS | | |
| Castaneda, Jr. | Paul | | R | | Guadalupe F. |
| Castellion | William | C. | RNS | | DC |
| Castillo | Paula | C. | SS | | |
| Castro | Teresa | P. | SS | | |
| Catrine | Tom | | RNS | | |
| Cetrano | Mary | A. | SS | | |
| Chambers | James | G. | RNS | | DC |
| Charo | Jose | A. | R | | Alicia |
| Charos, Sr. | Samuel | B. | RNS | | DC |
| Chavez | Elida | A. | SS | | |
| Cherek | Sharon | R. | R | | Terenia |
| Chernohorsky | Mary Jane | | SS | | |
| Christensen | Donald | D. | RNS | | DC |
| Cichanofsky | Stanley | R. | R | | Dolores |
| Clark | Ruth | | SS | | |

Living Class Members - Medicare Eligible - Wisconsin

*illard, Richard*

| Last | First | MI | Status | DOB | Spouse | Sp. |
|------|-------|-----|--------|-----|--------|-----|
| Claybrook | Ronald | L. | R | | Bessie I. | |
| Clifford | James | M. | R | | Gail | |
| Coates | Leroy | | R | | Barbara | |
| Coates | Ruth | E. | SS | | | |
| Coca, Jr. | Emilio | S. | R | | Celia | |
| Coleman | David | L. | R | | Lula | |
| Coleman | Lillian | R. | SS | | | |
| Conner | Ora | L. | SS | | | |
| Conner | Henry | W. | RNS | | DV | |
| Consiglero | Patricia | A. | SS | | | |
| Conwell | Donald | B. | R | | Ann Claire | |
| Cook | Ozell | | RNS | | | |
| Cook | Willie | | R | | Carol J. | |
| Cornell | Betty | | SS | | | |
| Cotton | Ellis | W. | R | | Dorothy | |
| Cranley | Dennis | A. | R | | Janet L. | |
| Crawford | Robert | R. | R | | Kathleen | |
| Crawley | John | E. | R | | Joanne | |
| Creek | David | R. | R | | Connie L. | |
| Creuziger | Emery | L. | RNS | | DC | |
| Cribbs, Jr. | Ira | | R | | Matilda M. | |
| Crogan | Berniece | I. | SS | | | |
| Cronk | Beverly | A. | SS | | | |
| Cruz | Argentina | | SS | | | |
| Cruz, Sr. | Frank | | R | | Joan | |
| Curtis | Willie | C. | R | | Lucy M. | |
| Czeszynski | David | L. | R | | Annette | |
| Czuper | Adella | L. | SS | | | |
| Dahl | Kermit | L. | RNS | | DC | |
| D'Alie | Minnie | M. | RNS | | DC | |
| Dallman | John | C. | R | | Pat | |
| Dallman | Rosemary | A. | SS | | | |
| Dallmann | Elwood | W. | RNS | | | |
| Dam | Frances | R. | SS | | | |
| Daniels, Jr. | Tommy | J. | RNS | | | |
| Darracott | Eloise | | SS | | | |
| Davis | Janice | L. | SS | | | |
| Davis | Dale | D. | R | | Janet | |
| Davis | Minnie | L. | SS | | | |
| DeBack | James | M. | R | | Mary | |
| Dederich | James | R. | R | | Bevery J. | |
| DeJong | Donald | | R | | Gertrude | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| DeKeyser | Daniel | J. | R | | Carol J. | |
| DelNegro | Mae | | SS | | | |
| Demetriou | James | | RNS | | DC | |
| DePaoli | Joseph | E. | R | | Barbara J. | |
| DePelecyn | Ann | | SS | | | |
| DeRosier | Doris | M. | SS | | | |
| Devore | Ronald | J. | R | | Ruth D. | |
| Dexter | Marian K. | | SS | | | |
| Dickenson | Dennison | L. | R | | Irene | |
| Dietel | Virginia | | SS | | | |
| Dietz | David | E. | RNS | | | |
| Diggins | Clara | L. | SS | | | |
| Dittmann | Roger | R. | R | | Diane M. | |
| Djordjevic | Tomislav | | RNS | | | |
| Dobbs | Meredith | J. | SS | | | |
| Dolata | Evelyn | | SS | | | |
| Dombrowski | Ronald | J. | R | | Joan V. | |
| Douglas | Malcolm | F. | R | | Virginia J. | |
| Duberstein | William | C. | R | | Carol A. | |
| Duerkop | Howard | A. | R | | Mary E. | |
| Duff | Leland | | RNS | | DV | |
| Dugas | Ruth | P. | SS | | | |
| Dyess | Gaynell | | RNS | | DV | |
| Dyhan | Emilie | | SS | | | |
| Earl | Catherine | | SS | | | |
| Edelburg | David | R. | R | | Marlene | |
| Edwards | Yolanda | E. | SS | | | |
| Egmose | Mabel | M. | SS | | | |
| Eisenman | Maureen | M. | SS | | | |
| Eliades | Olympia | | R | | Bob | |
| Ellis | Ezell | | SS | | | |
| Englund | Madge | L. | SS | | | |
| Enright | Shelby | G. | R | | Lucille | |
| Eppler | Robert | W. | R | | Carol | |
| Erickson | Duane | G. | R | | Nancy | |
| Espinoza | Joe | | R | | Amelia | |
| Esser (Dexter) | Julie | A. | R | | Eberhard | |
| Evans | Larry | M. | R | | Betty M. | |
| Eyman | Jack | L. | R | | Barbara A. | |
| Fandrey | Harold | | R | | Judith | |
| Fell | Francis | M. | R | | Sherry Rae | |
| Filipiak | Geraldine | I. | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|-----|
| Fioravanti | Maria | A. | SS | | | |
| Fischer | Roland | S. | RNS | | | |
| Flanigan | Diane | M. | SS | | | |
| Flick | Colleen | | SS | | | |
| Fondren | Leon | | R | | Arverne | |
| Foss | Donald | O. | R | | Kathy D. | |
| Fralin | William | E. | R | | Melba L. | |
| Franks | Billy | W. | R | | Ruby L. | |
| Frederickson | Joyce | L. | SS | | | |
| Freimund | Betty | J. | SS | | | |
| Fromm | Irene | | SS | | | |
| Fuentes | Roberto | | R | | Lorenza L. | |
| Fuentes | Lorenza | L. | R | | Roberto R. | |
| Fuller (Bauer) | Mardell | M. | SS | | | |
| Funk | Georgian | E. | SS | | | |
| Gagnon | Charles | J. | R | | Penelope | |
| Garcia | Nicolas | G. | R | | Maria | |
| Garcia | Delfina | | RNS | | | |
| Garcia | Antonio | P. | RNS | | (Carmen)(not | |
| Garth, Jr. | Walter | | R | | Maggie Lee | |
| Gebhardt | Richard | J. | R | | Julia M. | |
| George | Marion | E. | SS | | | |
| Gerardo | Richard | C. | R | | Rose M. | |
| Gholston | Jonathan | | RNS | | DC | |
| Giese | Dennis | M. | R | | Maryann | |
| Gilboy | Donald | F. | R | | Marilyn I. | |
| Gill | Juanita | H. | SS | | | |
| Gilmore | William | E. | R | | Janet M. | |
| Gister | Martin | A. | R | | Florence E. | |
| Goble | Robert | D. | R | | Judith M. | |
| Godina | Diamantina | J. | SS | | | |
| Goldade | Jake | | R | | Alda H. | |
| Golden | Annie | J. | SS | | | |
| Gomez | Joe | V. | R | | Betty | |
| Gonsiorowski | James | O. | R | | Rita Mae | |
| Gonzales, Sr. | Fermin | | R | | Eva | |
| Goodin | John | P. | RNS | | DV | |
| Goodin | Marian | L. | SS | | | |
| Goodland | Cathrine | | SS | | | |
| Goodwin | Rosemary | | SS | | | |
| Grabko | Norbert | J. | R | | Dolores | |
| Graham | Thomas | J. | RNS | | DC | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|-----|
| Grandy | Jessie | J. | RNS | | | |
| Grapentine | Dorothy | | SS | | | |
| Graul | Donna | M. | SS | | | |
| Graykowski | Kenneth | S. | R | | Linda W. | |
| Greening | Ambrose | A. | R | | Jacquelyn | |
| Griffin | Charles | E. | R | | Gracie M. | |
| Griffin | James | H. | RNS | | DC | |
| Griffin | Lynn | E. | R | | Janet | |
| Griffin, Jr. | William | O. | R | | Carrie | |
| Griffith | Craig | L. | RNS | | DC | |
| Grissom | Harold | W. | R | | Judith L. | |
| Gruna | Roman | | R | | Barbara | |
| Guajardo, Jr. | Manuel | | RNS | | | |
| Gunn | Christine | A. | SS | | | |
| Gursky | Jack | J. | R | | Moe | |
| Guzman | Rebecca | J. | SS | | | |
| Haas | Ralph | E. | RNS | | DC | |
| Haas | Helen | M. | SS | | | |
| Hach | James | M. | RNS | | | |
| Hackwith | Michael | J. | RNS | | DV | |
| Hagen | Marlin | R. | R | | Beverly | |
| Hailey | John | H. | RNS | | DC | |
| Half | Waltraud | | SS | | | |
| Halkowitz | Wayne | L. | R | | Diane | |
| Hall | Joann | | SS | | | |
| Hall | Milton | D. | R | | Rosalee | |
| Haluska | Margaret | M. | SS | | | |
| Hamilton | James | C. | R | | Nancy J. | |
| Hammes | Antoinette | | SS | | | |
| Hansen | Terrell | J. | RNS | | | |
| Hansen | Barbara | A. | SS | | | |
| Hansen | Betty | J. | SS | | | |
| Hansen | Harold | A. | R | | Dorothy A. | |
| Hanson | William | L. | R | | Carol L. | |
| Harden | Hubert | L. | R | | Mary E. | |
| Hardie | Marlowe | E. | R | | Wanda | |
| Hardin | Mattie | L. | SS | | | |
| Harmann | Audrey | A. | SS | | | |
| Harmon | Earl | | RNS | | DC | |
| Harris | Nannie Mae | | SS | | | |
| Hartog | June Dorothy | | SS | | | |
| Hattix | Charles | H. | RNS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|-----|
| Haydon | Thomas | A. | RNS | | DV | |
| Heil | Dennis | E. | R | | Theresa Carol | |
| Heisler | Richard | J. | R | | Gladys | |
| Helding | Bernice | | SS | | | |
| Henderson | Lonnie | R. | R | | Leih-Lonne C. | |
| Hendrickson | Linda | | SS | | | |
| Henningfeld | Helen | S. | RNS | | DC | |
| Henry | Waltraud | R. | SS | | | |
| Herman | Katherine | F. | SS | | | |
| Hernandez | Henry | G. | R | | Belia | |
| Hernandez | Gloria | | SS | | | |
| Hernandez | Leticia | | SS | | | |
| Hernandez | Petra | | SS | | | |
| Hernandez | Carlos | R. | RNS | | DC | |
| Herron | Henry | L. | RNS | | | |
| Hicks | Barbara | | SS | 1 | | |
| High | Joseph | F. | R | | Bonnie Jean | |
| High | John | W. | RNS | | DC | |
| Hill, Jr. | Walter | | RNS | | DV | |
| Hilliard | Javail | T. | R | | Sherri L. | |
| Hintz | Mary | A. | SS | | | |
| Hisel | Joan | M. | SS | | | |
| Hlavacek | Joseph | J. | R | | Joan D. | |
| Hoaglund | George | B. | RNS | | DC | |
| Hodges | U. | S. | RNS | | | |
| Hoefs | Rose | A. | SS | | | |
| Hoeper | John | F. | R | | Diane M. | |
| Hoerter | Leon | D. | R | | Barbara | |
| Hoffman | Kenneth | H. | R | | Kathleen | |
| Holler | Lorraine | M. | SS | | | |
| Holub | Robert | J. | R | | Lona D. | |
| Hopkins | Richard | J. | R | | Sandra | |
| Hopkins | Finner | W. | R | | Ruby M. | |
| Hoppe | Nancy | L. | SS | | | |
| Horn | Robert | R. | R | | Patricia | |
| Hort | Thomas | R. | R | | Sondra | |
| Hoskins-Scott | Melvinnie | | R | | Sylvester L. S | |
| Howell | Annie | R. | SS | | | |
| Hoyt | Craig | W. | R | | Benita A. | |
| Huebner | Agnes | I. | SS | | | |
| Ivy | Annie | G. | SS | | | |
| Jacoby | Richard | F. | R | | Maryann | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Janikowski | Myron | A. | R | | Georgean | |
| Janikowski | Norbert | F. | R | | Grace | |
| Jarvis | Marvin | W. | R | | Betty J. | |
| Jaskulske | Marie | | SS | | | |
| Jaskulske (Peden) | Mary Lou | C. | SS | | | |
| Javoroski | Velma | M. | SS | | | |
| Jenkins | Thelma | | SS | | | |
| Jensen | Leslie | L. | RNS | | DC | |
| Johnson | Bessie | L. | SS | | | |
| Johnson | David | A. | R | | Marie | |
| Johnson | Mary Lou | | SS | | | |
| Johnson | Gerald | L. | R | | Carol | |
| Johnson | Robert | J. | R | | Mattie L. | |
| Johnson | Annie | B. | SS | | | |
| Johnson | Betty | L. | SS | | | |
| Johnson | Ramona | | SS | | | |
| Johnson | Ruth | A. | RNS | | DC | |
| Johnson | Richard | P. | R | | Annette K. | |
| Johnson | Ruth | M. | SS | | | |
| Johnson | Christ | N. | RNS | | DC | |
| Johnson, Jr. | Johnny | | R | | Elaine | |
| Jones | William | T. | R | | Pearlene | |
| Jones, Jr. | William | | R | | Cora Marie | |
| Jorgensen | Julia | J. | SS | | | |
| Jorgenson | Dolores | | SS | | | |
| Josiger | Kenneth | J. | R | | Constance | |
| Kannenberg | John | M. | R | | Janet G. | |
| Kannenberg | Edward | L. | R | | Barbara J. | |
| Kargenian | Martha | | SS | | | |
| Kasprak | John | J. | R | | Rita | |
| Kell | Derald | L. | R | | Darlene | |
| Kentcy | Calvin | L. | R | | Ethel | |
| Kenyon | Henry | W. | RNS | | DV | |
| Kieliszewski | Jerry | | RNS | | DV | |
| Kimbrough, Jr. | William | | R | | Mary Ann | |
| King | Archie | D. | R | | Jean | |
| King | Freddie | M. | SS | | | |
| Kirschbaum | Gary | W. | R | | Suzanne | |
| Kirt | Elizabeth | A. | SS | | | |
| Kitsembel | Mary Ann | | SS | | | |
| Klaus | Karen | M. | SS | | | |
| Kleimola | Waino | E. | R | | Betty | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Kleman | Daniel | | RNS | | | |
| Kluck | Franklin | G. | R | | Annette C. | |
| Knotek | Linda | L. | SS | | | |
| Kolesar | Diane | A. | SS | | | |
| Kolonick (Revai) | Patricia | J. | SS | | | |
| Kopecky | Vivian | | SS | | | |
| Kopplin | Terrance | O. | R | | Nancy | |
| Koskey | Elroy | P. | R | | Betty M. | |
| Kraege | Albert | E. | R | | Ardyth U. | |
| Kristan | Mary | H. | SS | | | |
| Krizan | Catherine | A. | SS | | | |
| Kroening | Clifford | L. | RNS | | | |
| Kroll | Ronald | G. | RNS | | DC | |
| Krueger | Dale | E. | RNS | | DC | |
| Krueger | Lily | E. | SS | *twice* | | |
| Krupp | Earl | W. | R | | Charlene L. | |
| Krzanowski | Edward | F. | R | | Nancy | |
| Kuehl | Stuart | L. | R | | Caroline | |
| Kuppermann | Maria | G. | SS | | | |
| Kurszewski | Charles | J. | R | | Arlene | |
| Kyriazis | Maria | | SS | | | |
| Labrasca | Rose | C. | SS | | | |
| Ladwig | Conrad | E. | RNS | | DC | |
| Lago | Sophie | R. | SS | | | |
| Lamarr | Bernice | | SS | | | |
| Lambert | Carol | J. | SS | | | |
| LaMere | Donald | L. | R | | Betty L. | |
| LaPoint | Kenneth | H. | R | | Nancy C. | |
| Larrabee | Raymond | L. | R | | Esta | |
| Larry | Earlene | W. | SS | | | |
| Larson | Audrey | A. | SS | | | |
| Larson | Louisa | M. | SS | | | |
| Lattish | Anna | L. | SS | | | |
| Lau | Charles | D. | RNS | | DV | |
| Lee | Irene | A. | SS | | | |
| Leech | Shirley | E. | SS | | | |
| Leichty | Carol | R. | SS | | | |
| Leiter | Priscilla | A. | SS | | | |
| Lekas | Lorraine | | SS | | | |
| Lessnau | Margaret | | SS | | | |
| Leszczynski | Victoria | | SS | 1 | | |
| Levengood | Mildred | K. | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Lewis | Richard | J. | R | | Julia Rosemar | |
| Liston | Nelson | B. | R | | Bettie | |
| Little | Lula | G. | SS | | | |
| Litton | Hillard | | R | | Frances | |
| Loesch | Clayton | W. | R | | Marcia | |
| Lovesee | Charles | F. | R | | Charlotte A. | |
| Ludwig | Lisa | | SS | | | |
| Lueckfeld | Dennis | R. | R | | Patricia | |
| Lutz | Lucille | J. | SS | | | |
| Lutz, Jr. | Barbara | J. | SS | | | |
| Lutze | William | J. | R | | Joann | |
| Luxem | James | T. | R | | Susan | |
| Maerzke | Lydia | D. | SS | | | |
| Magrecke | Neil | L. | R | | Patricia A. | |
| Maheras | James | J. | R | | Georgia A. | |
| Maier | Leonard | W. | R | | Barbara | |
| Malacara | Henry | P. | R | | Victoria | |
| Maldonado | Azucena | J. | SS | | | |
| Malnar | Edward | C. | RNS | | DC | |
| Maluchnick | Gertrude | L. | SS | | | |
| Mandujano | Alicia | O. | SS | | | |
| Marita | Edward | J. | R | | Lucy M. | |
| Marquardt | Mary | J. | SS | | | |
| Marroquin | Beatriz | | SS | | | |
| Marten | Nancy | L. | SS | | | |
| Marten | Frank | H. | R | | Shirley | |
| Martin | Apollos | | R | | Imogene | |
| Martin | Curtis | J. | R | | Patricia | |
| Martinez | Antonio | G. | R | | Amelia | |
| Martinez | Louis | | R | | Teresa | |
| Martinez | Mario | R. | R | | Juanita | |
| Martinez | Maria | R. | SS | | | |
| Mathieus | Robert | A. | R | | Edna M. | |
| Mathieus | Elaine | W. | SS | | | |
| Matolek | Margaret | D. | SS | | | |
| Matt | Susie | | SS | | | |
| Matt | Erma | T. | SS | | | |
| Matzke | Phyllis | E. | SS | | | |
| Mayfield | John | H. | RNS | | DC | |
| Mayhew | Josephine | O. | SS | | | |
| McCarty | Robert | R. | R | | Carol S. | |
| McClose | Mack | H. | RNS | | DC | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| McDonald | Willie | W. | RNS | | DV | |
| McElvain | Larry | R. | R | | Kathleen | |
| McKinley | Wilbert | L. | R | | Alma J. | |
| McLain | Lula Mae | | SS | | | |
| McMillan | Grace | M. | RNS | | | |
| Mendez | Samuel | | R | | Rosa A. | |
| Merow, Jr. | Wayne | F. | R | | Sharon M. | |
| Merriman | James | C. | R | | Darlene A. | |
| Mertins | Nancy | L. | SS | | | |
| Mertins | Laurissa | R. | SS | | | |
| Meyers | Phillip | L. | RNS | | | |
| Mikus | Waltraud | | SS | | | |
| Milanowski | David | M. | R | | Eileen A. | |
| Miller | Patricia | A. | SS | | | |
| Miller | Lois | | SS | | | |
| Miller | Doris | A. | SS | | | |
| Miller | Alice | V. | SS | | | |
| Miller | Betty | J. | SS | | | |
| Milosevic | Milutin | | RNS | | DV | |
| Milsap | Memphis | | R | | Curley B. | |
| Minneti | Dominic | A. | R | | Gail | |
| Minorik | Joseph | S. | R | | Kathleen J. | |
| Modrow | Judith | A. | SS | | | |
| Moeller | Mae | L. | SS | | | |
| Molinaro | Michael | | RNS | | DC | |
| Moore | James | A. | R | | Lela E. | |
| Moore | William | E. | R | | Bobbie | |
| Morales | Jesse | H. | R | | Sofia A. | |
| Moran | Kenneth | L. | RNS | | DC | |
| Moreno | Anna | M. | SS | | | |
| Moreno | Maria | E. | SS | | | |
| Moreno | John | R. | R | | Dolores | |
| Morones | Evangelina | V. | SS | | | |
| Morones | Mary | | SS | | | |
| Mosley | Patricia | A. | SS | | | |
| Mourad | Morfia | H. | SS | | | |
| Muller | Martha | | SS | | | |
| Munoz | John | M. | R | | Melida | |
| Murdock | Guy | B. | R | | Karen Sue | |
| Murillo | Pedro | L. | RNS | | DC | |
| Musolf | Erwin | E. | R | | Vera | |
| Mussell | Paul | F. | R | | Phyllis | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|-----|
| Muto | Cesira | L. | SS | | | |
| Nagler | Steve | J. | R | | Joan | |
| Nagy | George | | R | | Bernice L. | |
| Navarro | Armando | C. | RNS | | DC | |
| Nechuta | Marilyn | M. | SS | | | |
| Neeley | Kenneth | R. | R | | Nancy L. | |
| Nelson | Larry | W. | R | | Judith L. | |
| Nelson | Nancy | J. | SS | | | |
| Nelson | Donah | | SS | | | |
| Nemath | Diana | M. | SS | | | |
| Neuendorf | Willi | K. | R | | Diane L. | |
| Nichols | Roger | A. | R | | Veronia | |
| Nichols | Dale | L. | R | | Karen | |
| Nichols | Harvey | G. | RNS | | DC | |
| Nicikowski | Stanley | A. | RNS | | DC | |
| Nielsen | Erik | | R | | Anita | |
| Nitz | Gerald | R. | R | | Cynthia M. | |
| Nonevich | Kiril | | R | | Slavka | |
| Nyara | Frederic | J. | R | | Barbara | |
| Nyberg | Eugenia | D. | SS | | | |
| Oates | Bernice | M. | SS | | | |
| Oates | Steve | | RNS | | DC | |
| O'Brien | Thomas | A. | R | | Madeline J. | |
| O'Brien | Paul | B. | RNS | | DC | |
| O'Connor | Samuel | H. | R | | Barbara J. | |
| Oesau | Orvin | J. | R | | Betty | |
| Oliver | Robert | L. | RNS | | | |
| Oliver | Joseph | L. | R | | Shirley | |
| Oliver | James | O. | R | | Marie A. | |
| Oliver | Ophilia | E. | SS | | | |
| Olsen | Wallace | | R | | Ruth B. | |
| Omernik | William | E. | R | | Carol J. | |
| Ortscheid | Ralph | W. | RNS | | DV | |
| Osborne | Judith | M. | SS | | | |
| Osborne | Robert | D. | R | | JoAnn | |
| Ostrowski | Jerome | W. | R | | Rose Ann | |
| Ostrowski | Conrad | G. | R | | Maxine | |
| Otwaska | Kenneth | L. | R | | Carol J. | |
| Ours | Roy | F. | R | | Judith I. | |
| Overstreet | Johnnie | R. | RNS | | | |
| Owen | Bernice | E. | SS | | | |
| Owen | Catherine | L. | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|-----|
| Palacios | Jose | | R | | Belia | 3/1 |
| Panis | Melichar | | R | | Gladys | 12/1 |
| Pape | Gerald | L. | R | | Anna M. | 3/1 |
| Parker | Ursula | A. | SS | | | |
| Paros | Mellani | | SS | | | |
| Patefield | Keith | G. | RNS | | DC | 3/2 |
| Patterson | John | E. | RNS | | | |
| Patton | Merlean | | SS | | | |
| Patzke | Norman | F. | RNS | | | |
| Paulson | Barbara | A. | SS | | | |
| Payne | Geraldine | R. | SS | | | |
| Pearson | Robert | L. | RNS | | | |
| Pease | Mary | A. | SS | | | |
| Pederson | Doris | C. | SS | | | |
| Pelatzke | Robert | A. | R | | JoAnne | 6/1 |
| Pelican | Walter | A. | R | | Ruth | 2/2 |
| Peller | Lawrence | C. | R | | Rosemary | 12/3 |
| Pelt | Lorraine | | SS | | | |
| Penzkowski | Jessie | A. | SS | | | |
| Penzkowski | Leon | P. | R | | Frances J. | 6/ |
| Penzkowski-Jense | Audrey | | SS | | | |
| Perez | Gilbert | C. | RNS | | DC | |
| Perez | Emma | | SS | | | |
| Perry | Johnnie | | RNS | | | |
| Person | Thomas | | RNS | | DV | |
| Pester | Fred | J. | R | | Carol G. | 12/2 |
| Pete | Sandra | L. | SS | | | |
| Peters | Marion | H. | SS | | | |
| Petersen | Marian | A. | SS | | | |
| Petersen | Esther | A. | RNS | | | |
| Petersen | Alice | | SS | | | |
| Peterson | James | F. | RNS | | | |
| Peterson | Richard | A. | R | | Ann K. | 1/1 |
| Peterson | Dale | M. | RNS | | DC | |
| Peterson | Laurence | O. | R | | Delores | 12/ |
| Peterson | Erik | W. | R | | Pat | 3/1 |
| Peterson | Lucille | A. | SS | | | |
| Petrick | Frances | N. | RNS | | DC | 3/1 |
| Pietluck | Bonita | | SS | | | |
| Pietrowski | James | J. | R | | Sharon | 7/3 |
| Pike | Lawrence | M. | R | | Janice S. | 3/1 |
| Pingel | Willis | A. | R | | Karen | 10/1 |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|---|---|---|---|---|---|---|
| Pinson | Louise | | RNS | | DC | |
| Pischke | Esther | | SS | | | |
| Pivoriunas | Juzefa | | SS | | | |
| Pollock | John | G. | RNS | | | |
| Polzin | Marvin | E. | RNS | | DC | |
| Porcaro | Irene | | SS | | | |
| Porter | Carolyn | J. | RNS | | DV | |
| Pouncy | Berniece | | SS | | | |
| Prewitt | Milton | | R | | Roberta | |
| Price | Katherine | | SS | | | |
| Price | Wandella | E. | SS | | | |
| Prince (Halcsik) | Nancy | J. | SS | | | |
| Principe | Alfred | A. | R | | Nancy | |
| Prochaska | Dorothy | E. | SS | | | |
| Prudhomme | Wallace | E. | R | | Lynne | |
| Pulice | Arthur | J. | RNS | | | |
| Quella | Sandra | J. | SS | | | |
| Quinn | JoAnn | A. | RNS | | DC | |
| Radovanovic | Milorad | | R | | Draginja R. | |
| Raechal | Mariel | L. | SS | | | |
| Raguse | Gertrude | L. | SS | | | |
| Ramig | Margaret | | SS | | | |
| Ramos | Abigail | | SS | | | |
| Ratliff | Ernest | | RNS | | | |
| Redmond | Roberta | | SS | | | |
| Reed | Milo | M. | R | | Rose M. | |
| Reed | Patsy | | SS | | | |
| Reed | Clifton | | RNS | | | |
| Reesman | Helen | P. | SS | | | |
| Rehbein | Lee | R. | R | | Janice | |
| Reske | Ewald | | RNS | | DC | |
| Reyes | Frank | Y. | RNS | | DC | |
| Ricchio | Delores | B. | SS | | | |
| Richards | Judith | A. | SS | | | |
| Richardson | Charles | N. | R | | Patricia L. | |
| Rick | Donald | R. | RNS | | | |
| Riojas | Roberto | C. | R | | Lorenza | |
| Riphenberg | Jeanette | | SS | | | |
| Rizzitano | Fillippo | | R | | Letizia | |
| Robinson | Joy | B. | SS | | | |
| Robles | Elida | M. | SS | | | |
| Rodriguez | Esperanza | | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Rogers | Classye | V. | SS | | | |
| Roiger | James | F. | R | | Jeannine | |
| Rommelfanger | Phyllis | Y. | SS | | | |
| Roscizewski | Robert | P. | R | | Doris | |
| Rose | Joan | F. | SS | | | |
| Rosenbaum | Frederick | H. | RNS | | DC | |
| Rosenow | Duane | E. | R | | Karen | |
| Rossi | Eva | | SS | | | |
| Rowley | Betty | J. | SS | | | |
| Royse | Esther | | SS | | | |
| Rule | Judith | V. | SS | | | |
| Rule | Donald | L. | R | | Frances M. | |
| Rutkowski | Jon | J. | R | | Murlyn | |
| Saaf | Marvin | O. | R | | Rita | |
| Saavedra | Mickey | | RNS | | DC | |
| Safarik | Barbara | S. | SS | | | |
| Sakkinen | William | J. | R | | Irmgard | |
| Salinas | Pablo | | RNS | | | |
| Saltys | Shirley | R. | SS | | | |
| Salzer | Duwayne | J. | R | | Judith | |
| Sanchez | Frances | R. | SS | | | |
| Sanford | Carmella | L. | SS | | | |
| Sann | Melvin | K. | R | | Audrey | |
| Sass | Nancy | J. | SS | | | |
| Savaglio | Carmine | | R | | Josephine | |
| Schaefer | Marlyn | L. | SS | | | |
| Schattner | Jean | A. | SS | | | |
| Schatzman | Gene | M. | R | | Suzanne | |
| Scheifel | Donald | A. | RNS | | DV | |
| Schelling | Jerome | J. | RNS | | DV | |
| Scheu | Thomas | G. | R | | Jeanette | |
| Schiefel | Edward | H. | R | | Juanita F. | |
| Schmidt | Andrew | A. | R | | Faye | |
| Schoen, Sr. | Loyd | E. | RNS | | DC | |
| Schram | William | J. | R | | Harriet A. | |
| Schroeder | Jack | H. | R | | Teresa | |
| Schroeder | James | R. | R | | Rosemary E. | |
| Schroers | Marion | L. | SS | | | |
| Schrubbe | Melvin | E. | R | | Marilyn J. | |
| Schuessler | Carolyn | | SS | | | |
| Schuirmann | Ralph | J. | R | | Frances Weig | |
| Schultz | Sharon | | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|----|
| Schultz | Allen | L. | R | | Sandra | |
| Schulz | Loren | | R | | Leah | |
| Schwartz | Wayne | L. | RNS | | DC | |
| Schwartz | Robert | H. | RNS | | DC | |
| Scott | Lula | M. | SS | | | |
| Sertich | Robert | A. | R | | Virginia | |
| Sharkey | William | J. | RNS | | DC | |
| Sheldon, Jr. | Phillip | R. | R | | Lawana | |
| Shields | John | D. | RNS | | DV | |
| Shorey | Robert | J. | R | | Kathleen B. | |
| Siebert | Thomas | J. | RNS | | DC | |
| Siegle | Thomas | R. | R | | Patricia | |
| Simonds | Ambrose | A. | R | | Lois J. | |
| Simonsen | Judith | A. | SS | | | |
| Simonsen | Betty | I. | SS | | | |
| Simpson | Oscar | L. | RNS | | | |
| Simpson | Mary | | SS | | | |
| Simpson | Eddie | L. | R | | Ginnett | |
| Skaggs | Anna | L. | SS | | | |
| Skrzypchak | David | D. | R | | Donna R. | |
| Sloan | William | N. | R | | Pauline | |
| Smerchek | Martha | F. | SS | | | |
| Smith | Ronald | L. | R | | Diane F. | |
| Smith | William | A. | R | | Marilyn R. | |
| Smith | Gerald | R. | R | | Donna E. | |
| Smith | Buster | D. | R | | Judith F. | |
| Smith - Garth | Bobbie | J. | SS | | | |
| Smith, Sr. | Calvin | F. | RNS | | DC | |
| Sohr | Harland | R. | RNS | | DC | |
| Solomon | George | L. | R | | Nora M. | |
| Souter | Hugh | W. | R | | Gladys L. | |
| Spears | Joseph | | R | | Mammil M. | |
| Spencer | Leslie | A. | RNS | | DC | |
| Sprague | Judith | E. | SS | | | |
| Spring | Margaret | M. | SS | | | |
| Stage | Donna | M. | SS | | | |
| Stasiak | Egon | | R | | Suzanne | |
| Steinbach | Dale | H. | R | | Fern | |
| Stinson | Betty | A. | SS | | | |
| Stoker | Frederick | L. | R | | Patricia | |
| Storck | Mildred | J. | SS | | | |
| Story | Della | | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|-----|--------|-----|--------|-----|
| Strak | Thomas | E. | RNS | | DC | |
| Strohm | Rodney | P. | R | | Sharon | |
| Stublaski | Beverly | A. | RNS | | | |
| Stuebe | Edward | L. | R | | Adeline E. | |
| Stulo | Frances | E. | SS | | | |
| Tatzel | Evelyn | | SS | | | |
| Taylor | Mary | A. | SS | | | |
| Taylor | Charles | V. | R | | Dorothy | |
| Taylor | Leonard | O. | RNS | | DC | |
| Tcheordikian | Yester | | R | | Andre | |
| Tenhagen | John | L. | R | | Betty | |
| Tenhagen | Ralph | H. | RNS | | DC | |
| Tenuta | Antonia | | SS | | | |
| Tenuta | Antonio | | R | | Emma | |
| Terrio | Charles | R. | R | | Charlotte R. | |
| Than | Leokadia | | SS | | | |
| Therkelson | Patricia | C. | SS | | | |
| Thielen | Daniel | P. | R | | Jean R. | |
| Thomas | Burnell | | RNS | | DC | |
| Thomas | Anna Mae | | RNS | | DC | |
| Thomas | Grover | C. | R | | Mary Lee | |
| Thompson | Wesley | D. | R | | Mary T. | |
| Thompson | Charles | R. | R | | Beulah | |
| Thornton | Mary | | SS | | | |
| Thorson | Josephine | | RNS | | DC | |
| Tobias | Conception | | SS | | | |
| Tomasino | Felicia | | SS | | | |
| Took | Donald | G. | R | | Gloria M. | |
| Torres | Laurentina | | SS | | | |
| Townsend | James | A. | R | | Darlene | |
| Traeder | Donald | A. | R | | Joyce | |
| Traska | David | A. | R | | Marion J. | |
| Trevino | Isabel | | SS | | | |
| Troeger | Claude | W. | R | | Dorothy J. | |
| Trowbridge | Jerald | L. | R | | Kay | |
| Tryba | Ernest | L. | R | | Veronica | |
| Tucker | Louise | B. | RNS | | DV | |
| Turcotte | Michael | L. | R | | Lois | |
| Turecek | James | L. | RNS | | | |
| Tutka | Tamara Bunina- | | SS | | | |
| Tyykila | Karen | | SS | | | |
| Umnus | Judith | H. | SS | | | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|----|
| Unertl | John | D. | R | | Karen L. | |
| Unrein | Judith Ann | | SS | | | |
| Urban | Leonard | N. | R | | Carol | |
| Urick | Nancy | A. | SS | | | |
| Usa | John | A. | R | | Carol A. | |
| Utecht | Mary | A. | R | | Wayne F. Sr. | |
| Utecht, Sr. | Wayne | F. | R | | Mary A. | |
| Vallin | Lenora | | SS | | | |
| Vanderleest, Jr. | Richard | | R | | Barbara J. | |
| VanDerZee | William | G. | R | | Laverne A. | |
| VanMarter | Wesley | W. | RNS | | DC | |
| VanRixel | Thomas | E. | R | | Janet G. | |
| VanSlyke | Francis | M. | R | | Mary Ann | |
| Vargas | Edward | R. | R | | Edna E. | |
| Vargas | Natividad | A. | SS | | | |
| Vartanian | Elizabeth | | SS | | | |
| Vega | Jesus | M. | R | | Marcelina | |
| Velasquez | Frank | C. | R | | Consuelo | |
| Vertz | Alfred | A. | R | | Bonnie | |
| Villalpando | Benjamin | M. | RNS | | DC | |
| Vinson | Eddie | C. | R | | Cora | |
| Vitaro | Rosaria | | SS | | | |
| Voetberg | Ralph | | R | | Karen L. | |
| Vogelman | Lillian | M. | SS | | | |
| Voigt | Dennis | L. | R | | Pearl D. | |
| Vollmer | James | A. | R | | Sandra L. | |
| Vrana | Raymond | J. | R | | Carol L. | |
| Vyncke | Wayne | F. | R | | Ruth Ann | |
| Wadzinski | Walter | J. | R | | Joan C. | |
| Wadzinski | Delmar | J. | R | | Constance M. | |
| Wagner | Gary | A. | R | | Ellen | |
| Wagner | Melvin | M. | R | | Mary M. | |
| Wahlen | Mary | | SS | | | |
| Wainwright | Luella | | SS | | | |
| Waldow | Gloria | L. | SS | | | |
| Walkowski | Mary | J. | SS | | | |
| Wallin | Merle | A. | R | | Sharon M. | |
| Wanta | Donna | M. | SS | | | |
| Wanta | Clarence | H. | R | | Adeline | |
| Wanta | John | J. | R | | Agnes L. | |
| Ward, Jr. | Sammie | L. | RNS | | | |
| Wawrzyniak | Otto | L. | R | | Bettie | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|-----|
| Weatherspoon | Mary | V. | RNS | | DC | |
| Webster | Virginia | V. | SS | | | |
| Weidenbenner | Margaret | | SS | | | |
| Wentz | Donna | M. | SS | | | |
| Wesenick | Marvin | G. | R | | Nena | |
| Weso, Sr. | Alvin | C. | R | | Ruth | |
| Wesolowski | Donald | V. | R | | Luella J. | |
| West | Ramon | M. | R | | Dorothy P. | |
| West | Florence | D. | SS | | | |
| West | Leroy | J. | R | | Kathleen A. | |
| Westphal | Robert | C. | R | | Judith | |
| White | Alvin | L. | R | | Mariah A. | |
| White | Sarah | | SS | | | |
| White | Willie | | RNS | | DC | |
| Whiteaker | Marguerite | A. | SS | | | |
| Whitt | Royce | M. | R | | Mary Lou | |
| Wieland | Robert | J. | R | | Melinda S. | |
| Wielock | David | F. | R | | Linda | |
| Wienke | Donald | | RNS | | DC | |
| Wiesman | Donald | C. | R | | Shirley Jean | |
| Willems | Lillian | | SS | | | |
| Williams | Kenneth | A. | R | | Virginia | |
| Williams | Richard | E. | R | | Margaret R. | |
| Williams | Corrine | | SS | | | |
| Willis | Donald | W. | R | | Heidi | |
| Winters | John | W. | RNS | | DV | |
| Wodicka | Catherine | E. | SS | | | |
| Wonsil | Ronald | L. | RNS | | DV | |
| Wooden | Ulysses | | R | | Manerva | |
| Wrenger | Alfred | K. | RNS | | DC | |
| Wright | Leedale | | R | | Willie | |
| Wright | Raleigh | | R | | Lorraine | |
| Yankovich | Ranelle | | SS | | | |
| Yenter | Daniel | H. | R | | Linda | |
| Ynocencio | Seledonia | C. | SS | | | |
| Yunk | Josephine | | SS | | | |
| Zagar | Beverly | | SS | | | |
| Zappa | Domenico | A. | R | | Velia | |
| Zastrow | Betty | | SS | | | |
| Zastrow | Carol | | SS | | | |
| Zavala | Luis | P. | R | | Timotea | |
| Zemke | Leroy | H. | R | | Diane | |

Living Class Members - Medicare Eligible - Wisconsin

| Last | First | MI | Status | DOB | Spouse | Sp |
|------|-------|----|--------|-----|--------|-----|
| Zengota | Kathleen | A. | SS | | | |
| Zickus | Mary Ellen | | SS | | | |
| Zielinski | Dores | M. | SS | | | |
| Zobrak | Ronald | J. | R | | Carol Jean | |
| Zukewich, Sr. | Theodore | J. | RNS | | DC | |