UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

           Plaintiffs,

Case No. 02-CV-75164

v

Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

**Class Action**

           Defendants.

_____/

# EXHIBIT 7

## TO

## AFFIDAVIT OF MAILING NOTICE OF PROPOSED SETTLEMENT AGREEMENT PACKETS

### CLASS MEMBERS - UNDER AGE 65

Living Class Members - Not Medicare Eligible

| Last | First | MI | Status | DOB | Spouse |
|---|---|---|---|---|---|
| Anderson | Jennifer | M. | SS | | |
| Barker | Wanda | O. | SS | | |
| Bell | Lendon | D. | SS | | |
| Belongia | Marie | L. | SS | | |
| Berkhalter | Barbara | | SS | | |
| Boschee | Kathleen | G. | SS | | |
| Brower | Deborah | L. | SS | | |
| Budzynski | Christine | | SS | | |
| Chambliss | Brenda | L. | SS | | |
| Charles | Hattie | | SS | | |
| Coleman | Darlene | M. | SS | | |
| Cudmore | Myrna | M. | SS | | |
| Dahl | Virginia | | SS | | |
| Denahey | Myong | C. | SS | | |
| Eppler | Beverly | | SS | | |
| Filipas | Karin | | SS | | |
| Friend | Lynette | J. | SS | | |
| Fry | Debra | E. | SS | | |
| Fuentes | Karen | E. | SS | | |
| Gardner | Lorraine | J. | SS | | |
| Guinn | Patricia | A. | SS | | |
| Gureski | Maragaret | A. | SS | | |
| Guthrie | Bonnie | S. | SS | | |
| Hansen | Laverne | Y. | SS | | |
| Hernandez (Anguiano) | Elena | S. | SS | | |
| Jackson | Dorothy | L. | SS | | |
| Jacobs | Deloris | | SS | | |
| Jones | Hilda | D. | SS | | |
| Mager | Veronica | | SS | | |
| Martens | Kathleen | R. | SS | | |
| Martin | Julia | | SS | | |
| McLain | Vernedia | | SS | | |
| McMillian | Ardella | | SS | | |
| Miller | Cheryl | | SS | | |
| Mullikin (Schmittler) | Susan | A. | SS | | |
| Presta | Gloria | A. | SS | | |
| Randolph | Paula | M. | SS | | |
| Riendeau | Georgia | | SS | | |
| Roushia | Jennifer | A. | SS | | |
| Rylander | Martha | H. | SS | | |
| Shannon | Tegwin | J. | SS | | |
| Spencer | Mae I. | C. | SS | | |

Living Class Members - Not Medicare Eligible

| Last | First | MI | Status | DOB | Spouse | |
|---|---|---|---|---|---|---|
| Sykes | Roosevelt | | R | | Cornette | 1 |
| Tarwid | Susan | | SS | | | |
| Thele | Diana | L. | SS | | | |
| Wedeikes | Kate | | SS | | | |
| Willis | Linda | | SS | | | |
| Wilson | Gracie | M. | SS | | | |
| Zampogna | Erna | M. | SS | | | |