UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

          Plaintiffs,

                                  Case No. 02-CV-75164

v

                                  Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,
                                  **Class Action**

          Defendants.

_____/

**EXHIBIT 8**

**TO**

**AFFIDAVIT OF MAILING NOTICE OF PROPOSED
SETTLEMENT AGREEMENT PACKETS**

**CHART**
**RETURNED NOTICE AND SETTLEMENT AGREEMENT Packets**

**RETURNED NOTICE AND SETTLEMENT AGREEMENTS PACKETS**

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Eunice Haas | 9/21/11 | Deceased | | |
| Frank Bower | 9/21/11 | Deceased | 9/29/11 | c/o Dennis Bower<br>2935 96th Street<br>Sturtevant, WI 53177 |
| Theresa Hansen | 9/21/11 | Deceased | 9/29/11 | c/o Elizabeth Bartel<br>2612 Virginia St.<br>Racine, WI 53405 |
| Bernice Klinkhammer | 9/21/11 | Deceased | 9/29/11 | c/o Roger Klinkhammer<br>5201 E. Prairie View Dr.<br>Sturtevant, WI 53177 |
| Margaret Obuchowski | 9/21/11 | Deceased | 9/29/11 | c/o Ruth Rupar<br>1023 Fritzie Ave.<br>Apt. 6<br>Crivitz, WI 54114 |
| Robert Phipps | 9/21/11 | Deceased | 9/30/11 | c/o Renee Bangart<br>4909 W. Minnesota Ave.<br>Franklin, WI 53231 |
| Lillian Rutkowski | 9/21/11 | Deceased | 10/14/11 | c/o Charles Rutkowski<br>1401 N. 24th Street<br>Manitowoc, WI 54220 |
| Larry Shumaker | 9/21/11 | Deceased | | |
| Nile Cox | 9/22/11 | Deceased | | |
| Robert Kocol | 9/22/11 | Deceased | | |
| Edna Folk | 9/22/11 | Deceased | | |
| Viola Bielefeldt | 9/22/11 | Deceased | 10/14/11 | c/o Karen Rosier<br>515 Division Street<br>Mauston, WI 53948 |
| Carol Collins | 9/22/11 | Deceased | 9/29/11 | c/o Michael Obuchowski<br>1631 Kuiper Lane<br>Racine, WI 53406 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Avak Bogosian | 9/22/11 | Deceased | 10/28/11 | Rosemarie Bogosian 2410 N. Wisconsin St. Racine, WI 53402 |
| Clement DePeaux | 9/22/11 | Deceased | 9/29/11 | c/o Elaine Cottingham 7063 W. 30th Street New Lisbon, WI 53950 |
| Alice Fritch | 9/22/11 | Deceased | | |
| Eleanor Bock | 9/22/11 | Deceased | | |
| Milorad Kompirovic | 9/22/11 | Deceased | | |
| Pearl Berggren | 9/22/11 | Deceased | 10/14/11 | c/o Darleen Pattison 3641 Erie Street Racine, WI 53402 |
| Barbara Gerloff | 9/22/11 | Deceased | 10/14/11 | c/o Tim Confare 248 Steeple Pointe Cir. Delafield, WI 53081 |
| Virginia Groth | 9/22/11 | Deceased | 9/29/11 | c/o Alan Groth 2109 Dwight Ave. Racine, WI 53403 |
| Casimir Gryczkowski | 9/22/11 | Deceased | 9/29/11 | c/o Stanley Gryczkowski 3819 10th Avenue Kenosha, WI 53140 |
| Sara Cruz | 9/22/11 | Deceased | 9/29/11 | c/o Olga Olsen 4200 Olive Street Racine, WI 53405 |
| Joyce Berger | 9/22/11 | Deceased | 9/29/11 | c/o Mark Rossman 8910 Old Spring St. Racine, WI 53406 |
| Lorraine Foster | 9/22/11 | Deceased | 9/29/11 | c/o Bertina Jensen 3261 - 96th Street Sturtevant, WI 53177 |
| Gladys Walton | 9/22/11 | Deceased | 9/29/11 | c/o Shirley Driver 5101 Wright Ave., Apt. 102 Racine, WI 53406 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Wayne Stedman | 9/22/11 | Deceased | | |
| Daniel Owen | 9/22/11 | Deceased | | |
| Margaret Whisman | 9/22/11 | Deceased | | |
| Elizabeth McReynolds | 9/22/11 | Deceased | | |
| Mildred Sly | 9/22/11 | Deceased | | |
| Dora Strawhacker | 9/22/11 | Deceased | 9/26/11 | Mark L. Strawhacker 2517 K. Avenue Wapello, IA 52653-9567 |
| Ida Vigansky | 9/22/11 | Deceased | | |
| Mary Montgomery | 9/22/11 | Deceased | | |
| James Sheppard | 9/22/11 | Deceased | | |
| Barbara Murphy | 9/22/11 | Deceased | 10/13/11 | Donald Murphy, Jr. 7522 W. Osceola Road Kewanee, IL 61443 |
| Joseph Switalski | 9/22/11 | Deceased | 9/29/11 | c/o Jeanne Hendrix 6650 E. Calle Alegria, #A Tucson, AZ 85715 |
| Horace Payne | 9/22/11 | Deceased | | |
| Carl Sederberg | 9/22/11 | Deceased | 9/29/11 | c/o Carl L. Sederberg 2700 N. Main St. Racine, WI 53402 |
| Mary McClure | 9/22/11 | Deceased | 9/29/11 | c/o James McClure 7041 Mariner Drive Unit 104 Racine, WI 53406 |
| Jaan Saveljev | 9/22/11 | Deceased | | |
| Dorothy Petersen | 9/22/11 | Deceased | | |
| Marie Hellwig | 9/22/11 | Deceased | 9/29/11 | c/o John Hellwig 1023 Donna Drive Woodruff, WI 54568 |
| Isabella Pofahl | 9/22/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Arthur Haack | 9/22/11 | Deceased | 10/14/11 | c/o Gail Ford<br>2401 Kearney Avenue<br>Racine, WI 53403 |
| Louise Sandback | 9/23/11 | Deceased | | |
| Charles Ledbetter | 9/23/11 | Deceased | | |
| Jesse Root | 9/23/11 | Deceased | 9/26/11 | Gary Root<br>310 East Dixon<br>Stronghurst, Il 61480 |
| Ethel Linders<br>c/o R. Ottosen | 9/23/11 | Unable to Forward | 10/28/11 | c/o Eileen DeMain<br>2813 Washington St.<br>Wisconsin Rapids,WI 54494 |
| Thomas VanRixel | 9/23/11 | Unable to Forward | 9/23/11 | 452 County Road U<br>Marathon, WI 54448 |
| Audrey Larson | 9/23/11 | Unable to Forward | 9/23/11 | 5420 Cherry St, Apt. 1<br>Schofield, WI 54476 |
| Leonard Miles | 9/23/11 | Deceased | | |
| Kathryn Albeck | 9/23/11 | Deceased | 9/29/11 | Karen Albeck<br>4635 Limerick Lane<br>Racine, WI 53405 |
| Irene Folsom | 9/23/11 | Deceased | | |
| Mary Turner | 9/23/11 | Deceased | 9/30/11 | c/o Alice Darlene Turner<br>9800 D. Topanga Canyon<br>Blvd., Apt. 502<br>Chatsworth, CA 91311-4005 |
| Wilma Huffman | 9/23/11 | Deceased | 9/27/11 | c/o Bill Houser<br>30802 141st Ave. W<br>Illinois City, IL 61259 |
| Marie Andersenmcel | 9/23/11 | Deceased | 9/29/11 | c/o Gert Anderson<br>701 Kentucky Street<br>Racine, WI 53405 |
| Edward Gryczkowski | 9/23/11 | Deceased | 9/30/11 | c/o Ronald Gryczkowski<br>2312 Gilson Street<br>Racine, WI 53403 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Richard Kuster | 9/23/11 | Deceased | | |
| Wayne Horvath | 9/23/11 | Deceased | 9/29/11 | c/o Daniel Horvath 3204 Moorland Ave. Racine, WI 53405 |
| Harold Hansen | 9/23/11 | Deceased | | |
| Ruth Kopecky | 9/23/11 | Deceased | 10/28/11 | Barry Henkel 6540 Primrose Way Mt. Pleasant, WI 53406 |
| Stella Brunelle | 9/23/11 | Deceased | | |
| Vera Steffens | 9/23/11 | Deceased | 9/30/11 | c/o Sandra Quinn 334 Deep Water Trail Nekoosa, WI 54457 |
| Ruth Zikowski | 9/23/11 | Deceased | 9/29/11 | c/o Tom Zikowski 1538 Holmes Ave. Racine, WI 53405 |
| Dorothy McKinney | 9/23/11 | Deceased | 9/29/11 | c/o Lillian Boykin 1819 Howe Street Racine, WI 53403 |
| Raymond Anthony | 9/23/11 | Deceased | | |
| Mary Allen | 9/23/11 | Deceased | | |
| Shirley Hilliard | 9/23/11 | Deceased | | |
| Theresa Mueller | 9/23/11 | Deceased | | |
| Lucille Schram | 9/23/11 | Deceased | 9/30/11 | c/o Mary Ann Bayer 1729 Grand Avenue Racine, WI 53403 |
| Leroy Wensing | 9/23/11 | Deceased | 9/29/11 | c/o Dean Vetrock 303 Reynolds Ct. Naples, FL 34112 |
| Alfred Turner | 9/23/11 | Deceased | 9/29/11 | c/o Peter Turner 1144 Kentucky St. Racine, WI 53405 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Cara Chones | 9/23/11 | Deceased | 10/6/11 | c/o Vernita Abbott 2933 Sun Metal Court Delavan, WI 53115 |
| Susie Greco | 9/23/11 | Deceased | 9/29/11 | c/o Doreen Felbab S69 W32035 Whitetail Meadows Dr. Mukwonago, WI 53149 |
| Samuel Dumas | 9/23/11 | Deceased | 9/29/11 | c/o Mardella Dumas 11558 Dunes Way Dr. N Jacksonville, FL 32225 |
| Helen Hanko | 9/23/11 | Deceased | 9/29/11 | c/o Helen Schlig 1916 S. Wisconsin Ave. Apt. 251 Racine, WI 53403 |
| Mitchell Luka | 9/23/11 | Deceased | 9/30/11 | c/o John Spiglanin 2030 Carlisle Avenue Racine, WI 53404 |
| Helen Rudat | 9/23/11 | Deceased | 9/29/11 | c/o Jean Kumosz 1640 4 ½ Mile Road Racine, WI 53402 |
| Murella Trepanier | 9/23/11 | Deceased | 10/25/11 | c/o Joanne Edwards 3027 Meyer Court, Unit 7 Racine, WI 53406 |
| Lorraine Worden | 9/23/11 | Deceased | 10/28/11 | c/o Richard Worden 2736 Rosalind Ave. Racine, WI 53403 |
| Inez Schatzley | 9/23/11 | Deceased | 9/30/11 | c/o Donald Christiansen 2049 Kearney Avenue Racine, WI 53403 |
| Edith Rogers | 9/23/11 | Deceased | 9/29/11 | c/o Gloria Ambrose 11515 1st Street Lot #2 Sturtevant, WI 53177 |
| Dorothy Capps | 9/23/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Jeannette Johnson | 9/23/11 | Deceased | 9/29/11 | c/o William Johnson 5919 Greenleaf Blvd. Racine, WI 53406 |
| Maria Yakos | 9/23/11 | Deceased | 10/28/11 | c/o Anne Yakos 140 N. New Life Way Anaheim, CA 92801 |
| Maxine Johnson | 9/23/11 | Deceased | | |
| Ann Evreniadis | 9/23/11 | Deceased | 9/29/11 | c/o Sophia Porcaro 3500 Weymouth Place Racine, WI 53405 |
| Jennie Missurelli | 9/23/11 | Deceased | 9/30/11 | c/o Jeannine Woods 4015 Southbrook Road Franksville, WI 53126 |
| William F. Paxton | 9/24/11 | No Such Street | 9/26/11 | 2630 Carey Ave Davenport, IA 52803-1918 |
| William E. Palmer, Jr. | 9/24/11 | Not Deliverable as Addressed | 9/26/11 | Autumn Heights 2830 Winegard Drive, #212 Burlington, IA 52601-2056 |
| Julius Claeys | 9/24/11 | Addressee Not Listed on P.O. Box | 9/26/11 | Pamela Ralfs PO Box 2313 Davenport, IA 52809 |
| Carl R. Anderson | 9/24/2011 | Deceased | | |
| June B. Aringdale | 9/24/2011 | Deceased | 11/1/11 | c/o Sandra Newberry 1621 29½ Street Rock Island, IL 61201 |
| Mary K. Bassett | 9/24/2011 | Deceased | | |
| Marie L. Belongia | 9/24/2011 | Deceased | 9/27/11 | 131 NW Front St, #12 Peshtigo, WI 54157 |
| Larry D. Crimmins | 9/24/2011 | Deceased | | |
| Ellen M. Hallager | 9/24/2011 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Junior L. Heather | 9/24/2011 | Deceased | 11/14/11 | c/o Connie Hunter<br>1816 Dill<br>Burlington, IA 52601 |
| Francis L. Hornback | 9/24/2011 | Deceased | | |
| Jeanette H. Kelsey | 9/24/2011 | Deceased | 11/9/11 | c/o Patrick Kelsey<br>1323 Hickory Ridge Drive<br>Montgomery, IL  60538 |
| Donna J. Lievens | 9/24/2011 | Deceased | | |
| Mary K. Reeves | 9/24/2011 | Deceased | | |
| Pauline Sachleben | 9/24/2011 | Deceased | | |
| Eva J. Schafer | 9/24/2011 | Deceased | 11/14/11 | c/o Chris Howell<br>722 Belmont Drive<br>Columbus, MS 39702 |
| Leona M. Wilt | 9/24/2011 | Deceased | 11/14/11 | c/o James Wilt<br>401 E. Longmeadow<br>West Burlington, IA 52655 |
| William Nupp | 9/24/11 | Unable to Forward | 9/28/11 | 1536 4th Street Court E<br>Milan, IL 61264 |
| Arnulfo Rodriguez | 9/24/11 | Unable to Forward | 9/28/11 | 711 Salinas Ave. Apt. 2020<br>Laredo, TX 78040-4922 |
| Carol Anderson | 9/24/11 | Unable to Forward | 10/4/11 | 13039 West Junipero Drive<br>Sun City West, AZ 85375 |
| William Thorndyke | 9/24/11 | Forward Order Exp | 9/29/11 | 510 South 2nd Street<br>Wapello, IA 52653 |
| Gloria Acuff | 9/24/11 | Forward Order Exp | 9/29/11 | 101 W. 10th Street<br>Coal Valley, IL 61240 |
| Richard Stimpson | 9/27/11 | Deceased | 11/14/11 | c/o Kendall Hetrick<br>P.O. Box 253<br>Lomax, IL 61454 |
| Betty Marshall | 9/27/11 | Unable to Forward | 9/28/11 | 1204 13TH Street<br>Viola, IL 61286 |
| Wilma Hartman | 9/27/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Robert Frommelt | 9/27/11 | Deceased | | |
| Karen Timmerman | 9/27/11 | Unable to Forward | 9/28/11 | 46361 Beach Road<br>Harris, MN 55032-3841 |
| Irene Kolls | 9/27/11 | Unable to Forward | 9/30/11 | c/o Gary Kolls<br>703 2nd Avenue West<br>Andalusia, IL 61232 |
| Helen Wright | 9/27/11 | Unable to Forward | 9/28/11 | 7339 Northmoor Drive<br>St. Louis, MO 63105 |
| Opal Uerlings | 9/27/11 | Deceased | | |
| Melvyn Shannon | 9/27/11 | Unable to Forward | 9/29/11 | 304 SW 12th Street<br>Aledo, IL 61231 |
| Kenneth Moran | 9/27/11 | Unable to Forward | | |
| Mattie Johnson | 9/27/11 | Unable to Forward | 9/30/11 | 1674 Laurel Creek Cir<br>Lithonia, GA 30058-7822 |
| Jack Myers | 9/27/11 | Unable to Forward | 9/28/11 | 602 W. Mt Pleasant, Tr 39<br>W. Burlington, IA 52655 |
| Betty Jacobs | 9/27/11 | Unable to Forward | 9/27/11 | 2501 26th Avenue Ct. #D1<br>Rock Island, IL 61201 |
| Lisa Zosulis | 9/27/11 | Unable to Forward | 9/27/11 | 5434 Northwest Circle<br>Davenport, IA 52806 |
| Robert Hainline | 9/27/11 | Unable to Forward | 9/29/11 | c/o Mark Hainline<br>110 Marlynn St.<br>Princeville, IL 61559 |
| Dorothy Hook | 9/27/11 | Unable to Forward | 9/29/11 | 901 9th Street<br>Fulton, IL 61252 |
| Marvin Kuse | 9/27/11 | Unable to Forward | 9/29/11 | P.O. Box 184<br>Geneseo, IL 61254 |
| Phyllis Hoggatt | 9/27/11 | Unable to Forward | 9/29/11 | 1503 Houser Street, Apt 703<br>Muscatine, IA 52761 |
| Geraldine Heir | 9/27/11 | Unable to Forward | 9/29/11 | 2401 108th Lane NE #328<br>Minneapolis, MN 55449 |
| Lena Sirna | 9/27/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Della Monday | 9/27/11 | Deceased | | |
| Eula Crittenden | 9/27/11 | Deceased | | |
| Margaret Garland | 9/27/11 | Deceased | | |
| Raymond Smith | 9/27/11 | Deceased | 11/14/11 | c/o Ralph Smith 616 Court Street Burlington, IA 52601 |
| Truman Stottler | 9/27/11 | Deceased | 11/2/11 | c/o Cheryl Wadsworth 20290 Camp Winnebago Rd Caledonia, MN 55921 |
| Hazel Fell | 9/27/11 | Deceased | | |
| Wilton Houck | 9/27/11 | Deceased | | |
| Clifford Casteel | 9/27/11 | Deceased | | |
| Beverly Cary | 9/27/11 | Deceased | 9/29/11 | c/o Randy Cary 13745 Dodgeville Road Sperry, IA 52650 |
| Mildred Hoffman | 9/27/11 | Deceased | | |
| Ruth Munch | 9/27/11 | Deceased | | |
| James Plunkett | 9/27/11 | Deceased | | |
| Robert Majcen | 9/27/11 | Deceased | | |
| Mary Coleman | 9/27/11 | Deceased | 11/14/11 | c/o William Coleman 612 Sierra Drive Burlington, IA 52601 |
| Rosemarie Mertens | 9/27/11 | Deceased | | |
| Lillian Gibbons | 9/27/11 | Deceased | | |
| Hilda Mainland | 9/27/11 | Deceased | | |
| Malcolm Duncan, Jr. | 9/27/11 | Deceased | | |
| Irene Strand | 9/27/11 | Deceased | | |
| Victoria Jaeck | 9/27/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Joyce McCoy | 9/27/11 | Deceased | 11/14/11 | c/o Kelly Davis<br>2070 2100 Street<br>Atlanta, IL 61723 |
| Ethel Bednar | 9/27/11 | Deceased | | |
| Theodore Rice | 9/27/11 | Deceased | | |
| Robert Murray | 9/27/11 | Deceased | | |
| William Scanlan, Jr. | 9/27/11 | Deceased | | |
| Eugene Walters | 9/27/11 | Deceased | | |
| Evelyn Grohens | 9/27/11 | Deceased | | |
| Mary Alice Bennett | 9/27/11 | Deceased | | |
| Barbara Hinkle Clouse | 9/27/11 | Deceased | | |
| Lester Boyer | 9/27/11 | Deceased | 11/14/11 | c/o Sharon Nahorny<br>828 East Street<br>Burlington, IA 52601 |
| Marcella Gentry | 9/27/11 | Deceased | | |
| Alton Scott | 9/27/11 | Deceased | | |
| Stanley Ford | 9/27/11 | Deceased | | |
| Mary Buchanan | 9/27/11 | Forward Time Exp | 9/27/11 | 1027 15th Street<br>Silvis, IL 61282-2731 |
| Shirley Walker | 9/28/11 | Refused | | |
| Daniel Hood | 9/28/11 | Forward Time Exp | 9/28/11 | 1045 Market Street<br>Carlisle, IA 50047-9701 |
| Ramona Hoegerl | 9/28/11 | Forward Time Exp | 9/28/11 | 1900 3rd Avenue, apt. 810<br>Rock Island, IL 61201-8007 |
| Kathleen Boschee | 9/28/11 | Unable to Forward | 9/30/11 | c/o Kierah Boschee<br>9233 Hayvenhurst Avenue<br>North Hills, CA 91343 |
| Virginia Dahl | 9/28/11 | Unable to Forward | 9/30/11 | 2403 Jerome Blvd.<br>Racine, WI 53403 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Emily Carkhuff | 9/28/11 | Unable to Forward | 9/28/11 | 3507 Kimberly Downs Rd. Davenport, IA 52807 |
| Richard Gentry | 9/28/11 | Unable to Forward | 9/30/11 | 4689 Stone Cross Drive Olive Branch, MS 38654 |
| Susan Mullikin | 9/28/11 | Unable to Forward | 9/28/11 | 59318 Benhardt Ridge Road Lynxville, WI 54626-8105 |
| Phyllis Goldermann | 9/28/11 | Unable to Forward | 9/30/11 | c/o Pamela Ahrens 3538 Shady Ridge Ct. Davenport, IA 52806 |
| Wayne Thompson | 9/28/11 | Unable to Forward | 10/7/11 | 25297 E. Welches Rd Unit 7 Welches, OR 97067-9787 |
| Mary Teager | 9/28/11 | Unable to Forward | 9/30/11 | 23W545 James Way Naperville, IL 60540 |
| Ruth Johnson | 9/28/11 | Refused | 9/28/11 | Same Address |
| Patricia Guinn | 9/28/11 | Unable to Forward | 10/19/11 | 426 E. White Avenue Port Aransas, TX 78373 |
| Arthur Wilburn | 9/28/11 | Attempted not known | 9/28/11 | 261 N. Linwood Apt. 122 Galesburg, IL 61401 |
| Harlan Hanson | 9/28/11 | Deceased | | |
| Genevieve Epperson | 9/28/11 | Deceased | | |
| George Heath | 9/28/11 | Deceased | | |
| Beatrice Lock | 9/28/11 | Deceased | | |
| Robert Gross | 9/28/11 | Deceased | | |
| James Penrod | 9/28/11 | Deceased | 11/14/11 | c/o Chris Howell 722 Belmont Drive Columbus, MS 39702 |
| Luella Fahrenkrug | 9/28/11 | Deceased | | |
| Mary Chambers | 9/28/11 | Deceased | 11/14/11 | c/o Clifford Johnson R.R. 1 Biggsville, IL 61418 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Betty Anderson | 9/28/11 | Deceased | | |
| Helen Janecke | 9/28/11 | Deceased | | |
| Margaret Shannon | 9/28/11 | Deceased | | |
| Cheryl Cranmer | 9/28/11 | Deceased | | |
| Bruce Fenner | 9/28/11 | Deceased | | |
| Doris Mutchie | 9/28/11 | Deceased | | |
| Albert Crumbley | 9/28/11 | Deceased | | |
| Delores McManus | 9/28/11 | Deceased | | |
| Martin Srog | 9/28/11 | Deceased | | |
| Pauline Coghill | 9/28/11 | Deceased | | |
| Mary Decker | 9/28/11 | Deceased | 11/1/11 | c/o Roxanna Peyer 1900 North Shore Drive Moline, IL 61265 |
| Patricia Mayes | 9/28/11 | Deceased | | |
| Oliver Bixby | 9/28/11 | Deceased | 11/14/11 | c/o Shirley Ballinger 1802 S. 16th Street Burlington, IA 52601 |
| Ronald Schoedl | 9/28/11 | Deceased | | |
| Charles Davenport | 9/28/11 | Deceased | 10/5/11 | c/o Sheila Davenport 4702 7th Street, Apt. 9103 East Moline, IL 61244 |
| James Bundy | 9/28/11 | Deceased | | |
| Carol Sloat | 9/28/11 | Deceased | 11/14/11 | c/o Jean Thomas P.O. Box 56 Dallas City, IL 62330 |
| John Hopkins | 9/28/11 | Deceased | | |
| Almeta Mathes | 9/28/11 | Deceased | | |
| Richard Boyle | 9/28/11 | Deceased | | |
| Dorothy Dunn | 9/28/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Lynn Ruskey | 9/28/11 | Deceased | | |
| George Bissell | 9/28/11 | Deceased | | |
| Milda Rundle | 9/28/11 | Deceased | | |
| Manuel Salas | 9/28/11 | Deceased | | |
| Dale Sandberg | 9/28/11 | Deceased | | |
| Gladys Daum | 9/28/11 | Deceased | | |
| George Clark | 9/28/11 | Deceased | | |
| Mary Uppinghouse | 9/28/11 | Deceased | 11/14/11 | c/o Mary Weingart<br>721 Remick<br>Burlington, IA 52601 |
| Pearl Frank | 9/28/11 | Deceased | | |
| Jacqueline Fonk | 9/28/11 | Deceased | | |
| Chester Rounds | 9/28/11 | Deceased | | |
| Nellie Kinyon | 9/28/11 | Deceased | | |
| Jacob Eisel, Jr. | 9/28/11 | Deceased | | |
| Eugene Menke | 9/28/11 | Deceased | | |
| Ruth Moeller | 9/28/11 | Deceased | | |
| Robert Rusk | 9/28/11 | Deceased | | |
| Norbert Susmarski | 9/28/11 | Deceased | | |
| Stuart Steadman | 9/28/11 | Deceased | | |
| Mary McVey | 9/28/11 | Deceased | | |
| Florence Smith | 9/28/11 | Deceased | 11/14/11 | c/o Bonnie Bell<br>809 S. Starr<br>Burlington, IA 52601 |
| Juanita Swepston | 9/28/11 | Deceased | | |
| Betty Miller | 9/28/11 | Deceased | | |
| Lloyd Peterson | 9/28/11 | Deceased | | |
| Mary Holmes | 9/28/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Laverne Simonsen | 9/28/11 | Deceased | | |
| Joseph Rodriguez | 9/28/11 | Deceased | | |
| Donna Schwartz | 9/28/11 | Deceased | | |
| Loretta Ahrens | 9/30/11 | Forward Ord Exp | 9/30/11 | 3212 W. 46th Pl #127 Davenport, IA 52806 |
| Helen Croegaert | 9/30/11 | Forward Ord Exp | 9/30/11 | 632 S. Glen Avenue Morton, IL 61550 |
| Jacqueline Stotmeister | 9/30/11 | Forward Ord Exp | 9/30/11 | 17501 Hubbard Road East Moline, IL 61244 |
| Margaret Lessnau | 9/30/11 | Forward Ord Exp | 9/30/11 | 8226 Doe Glen Ct. Racine, WI 53406 |
| Joseph Westerdale | 9/30/11 | Forward Ord Exp | 9/30/11 | 1762 240th Street Reynolds, IL 61279 |
| William Lamb | 9/30/11 | Forward Ord Exp | 9/30/11 | 3060 Valley Farms Rd., Apt 344 Indianapolis, IN 46214 |
| Nancy Stuekerjuergen | 9/30/11 | Forward Ord Exp | 9/30/11 | 62 6th Street West Point, IA 52656 |
| Ronald Boyd | 9/30/11 | Forward Ord Exp | 9/30/11 | 11770 150th Street Burlington, IA 52601 |
| Rebecca Ledbetter | 9/30/11 | Forward Ord Exp | 9/30/11 | 214 Evergreen Lane Cambridge, IL 61238 |
| Richard Lee | 9/30/11 | Deceased | 9/30/11 | Shizue Lee 3813 Bald Eagle Lane Jacksonville, FL 32257 |
| Phyllis Matzke | 9/30/11 | Unable to Forward | 10/7/11 | 1104 Layton Blvd. Milwaukee, WI 53215 |
| Jack Head | 9/30/11 | Deceased | | |
| Maria Kennedy | 9/30/11 | Unable to Forward | 10/7/11 | 6131 Landsdowne Drive Fort Wayne, IN 46816-1154 |
| William Stearley | 9/30/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Irenia Garcia | 9/30/11 | Deceased | | |
| Joe Morrison | 9/30/11 | Unable to Forward | 10/7/11 | 4896 Bitterman Path Inver Grove Heights, MN 55076 |
| Estella Smith | 9/30/11 | Unable to Forward | 10/7/11 | 234 Dresier Square Terre Haute, IN 47807 |
| Margaret Pritchard | 9/30/11 | Unable to Forward | 10/4/11 | 306 S. Market Street Rockville, IN 47872 |
| Guy Carlson | 9/27/11 | Unable to Forward | 9/30/11 | 554 Avalon Drive Dyer, IN 46311 |
| Myong Denahey | 9/27/11 | Unable to Forward | 9/30/11 | 7501 Ulmerton Road, #912 Largo, FL 33771 |
| Jeanne Gunter | 9/27/11 | Unable to Forward | 9/30/11 | 3601 6th Avenue, Apt. 212 Moline, IL 61265 |
| Carlos Hernandez | 9/27/11 | Unable to Forward | 9/30/11 | P.O. Box 64139 Milwaukee, WI 53204 |
| Mary Lou Johnson | 9/27/11 | Unable to Forward | 9/30/11 | 213 W. Burnett Avenue Grantsburg, WI 54840 |
| Mary McElvain | 9/27/11 | Unable to Forward | 9/30/11 | 708 Pine Street Benton, KY 42025 |
| Dale McKahan | 9/27/11 | Unable to Forward | 9/30/11 | 430 30th Avenue East Moline, IL 61244 |
| Leonard Schnowske | 9/27/11 | Unable to Forward | 9/30/11 | 1608 N Western Ave. #17 Wenatchee, WA 98801 |
| Donna Stage | 9/27/11 | Unable to Forward | 9/30/11 | 1871 Highway F Friendship, WI 53934 |
| Kenneth Townsend | 9/27/11 | Unable to Forward | 9/30/11 | 3203 48th Avenue Moline, IL 61265 |
| Kate Wedeikes | 9/27/11 | Unable to Forward | 9/30/11 | 210 North Brushy Street Leander, TX 78641 |
| Mary Scott | 9/30/11 | Unable to Forward | 10/7/11 | 3542 Normandy Ave. Rockford, IL 61103-2131 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Mae Spencer | 9/30/11 | Attempted not known | 10/7/11 | 895 Reed Street New Albany, MS 38652 |
| James Winston | 9/30/11 | Forward Ord Exp | 11/2/11 | 1700 Maple Street Racine, WI 53404 |
| Mary Sullivan | 9/30/11 | No Mail Receptacle | 10/7/11 | 605 Hollis Street, Apt. 502 Kewanee, IL 61443 |
| James Muncie | 9/30/11 | Unable to Forward | 10/7/11 | 3461 St. Marys Road, #311 West Terre Haute, IN 47885 |
| Patricia Harkert | 9/30/11 | Unable to Forward | 10/7/11 | 1712 18th Avenue Viola, IL 61486 |
| Joseph Hodge | 9/30/11 | Unable to Forward | 10/7/11 | 1250 S. 5th Street Clinton, IN 47842 |
| Wesley Hartson | 9/30/11 | Unable to Forward (Deceased) | | |
| Adeline Rounds | 9/30/11 | Deceased | | |
| Barbara Blowers | 9/30/11 | Deceased | | |
| Paula Stouffer | 9/30/11 | Deceased | | |
| Thomas Holzem | 9/30/11 | Deceased | | |
| Twila Parsons | 9/30/11 | Deceased | 11/14/11 | c/o Gale Ferry 620 Morningside Drive Burlington, IA 52601 |
| Thomas Cudd | 9/30/11 | Deceased | 10/31/11 | c/o Cindy Haynes 1501 13th St. P.O. Box 151 Viola, IL 61486 |
| Nelda Porter | 9/30/11 | Deceased | | |
| Elaine Nelson | 9/30/11 | Deceased | | |
| Mildred Deno | 9/30/11 | Deceased | | |
| Lloyd Margan | 9/30/11 | Deceased | | |
| Thelma Finchum | 9/30/11 | Deceased | | |
| Louis Governatori | 9/30/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Raymond Hamilton | 9/30/11 | Deceased | | |
| Virginia Sweeney | 9/30/11 | Deceased | | |
| Edna Pischke | 9/30/11 | Deceased | | |
| David King | 9/30/11 | Deceased | | |
| Lloyd Smith | 10/3/11 | Deceased | | |
| Lucille Sweet | 10/3/11 | Deceased | | |
| Stephen Williams | 10/3/11 | Deceased | 11/14/11 | c/o Erek Williams 1924 Whittier Burlington, IA 52601 |
| Joyce Nitz | 10/3/11 | Deceased | | |
| Dorothy Searl | 10/3/11 | Deceased | | |
| Orville Macklin | 10/3/11 | Deceased | | |
| Calvin Leonhardt | 10/3/11 | Deceased | | |
| Frances Goodale | 10/3/11 | Deceased | | |
| Lillian Leibli | 10/3/11 | Deceased | | |
| Margaret Coney | 10/3/11 | Deceased | | |
| Anna Deheer | 10/3/11 | Deceased | | |
| Robert Ellsworth | 10/3/11 | Deceased | | |
| Elmer Glines | 10/3/11 | Deceased | | |
| Milo Allison | 10/3/11 | Deceased | | |
| Alma Armstrong | 10/3/11 | Deceased | | |
| Mildred Bozman | 10/3/11 | Deceased | 11/14/11 | c/o Carrie Wymore Box 111 Morning Sun, IA 52640 |
| Helen Claeys | 10/3/11 | Deceased | | |
| Margaret Clark | 10/3/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Julia Jorgensen | 10/3/11 | Unable to Forward | 10/4/11 | c/o Linda Olk<br>4002 W. Johnson Ave.<br>Racine, WI 53405 |
| Truman Fortune | 10/3/11 | Forward Time Exp | 10/4/11 | 16110 W. 133rd St., Apt 114<br>Olathe, KS 66062 |
| Kenneth Valentine | 10/3/11 | Unable to Forward | 10/7/11 | 2615 W. 70th Street<br>Davenport, IA 52806 |
| Juanita Smith | 10/3/11 | Unable to Forward | 10/7/11 | 201 N. Walnut, Apt. 5<br>West Liberty, IA 52776 |
| Harriett Kistler | 10/3/11 | Forward Order Exp | 10/7/11 | c/o Gary Kistler<br>16420 78th Avenue W<br>Taylor Ridge, IL 61284 |
| Charles Kelley | 10/3/11 | Forward Order Exp | 10/7/11 | 54 41st St., Apt. 311<br>East Moline, IL 61244 |
| Lorraine Gardner | 10/3/11 | Unable to Forward | 10/7/11 | 1403 Forrest Park Lane<br>Junction City, KS 66441 |
| Zoran Gajic | 10/3/11 | Attempted Not Known | 10/7/11 | 602 Bell Avenue<br>Inverness, FL 34452 |
| Georgia Fischer | 10/3/11 | Attempted Not Known | 10/7/11 | 11301 N. 99th Ave., #710<br>Peoria, AZ 85345 |
| Dorothy Arnold | 10/3/11 | Unable to Forward | 10/7/11 | 3525 Marquette St., #114<br>Davenport, IA 52806-5539 |
| Ruth Bergseth | 10/6/11 | Deceased | | |
| Mary Tripp | 10/6/11 | Deceased | | |
| Catherine Wodicka | 10/14/11 | Unable to Forward | 10/17/11 | 1916 Wisconsin Ave. #262<br>Racine, WI 53403-2781 |
| Clifton Reed | 10/14/11 | Unable to Forward | 10/17/11 | 3608 Douglas, Apt. 416<br>Racine, WI 53402 |
| Doris Turner | 10/14/11 | Unable to Forward | 10/17/11 | 205 Sawtooth Oak St., # 708<br>Hot Springs, AR 71901 |
| Pauline Dibble | 10/14/11 | Deceased | | |
| Emma Jaros | 10/14/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| John Gottfredsen | 10/14/11 | Deceased | | |
| Albert Green | 10/14/11 | Deceased | | |
| Coyne Lewis | 10/14/11 | Deceased | | |
| Chester Ludwig | 10/14/11 | Deceased | | |
| Rosine Harmon | 10/14/11 | Deceased | | |
| Marie Jones | 10/14/11 | Deceased | | |
| Willie Brown | 10/14/11 | Deceased | | |
| Luenetta Abbott | 10/14/11 | Deceased | | |
| Stella Abromaitis | 10/14/11 | Deceased | | |
| Lucy Azarian | 10/14/11 | Deceased | | |
| Ruth Hansen | 10/14/11 | Deceased | | |
| Myrtle Sackmaster | 10/14/11 | Deceased | | |
| Norma Tussler | 10/14/11 | Deceased | | |
| Frederick Briesch | 10/14/11 | Deceased | | |
| Opal Anderson | 10/14/11 | Deceased | | |
| Luella Anliker | 10/14/11 | Deceased | | |
| Frederich Rathman | 10/14/11 | Deceased | | |
| Richard Simon | 10/14/11 | Deceased | | |
| Betty Daye | 10/14/11 | Deceased | | |
| Merle Coulter | 10/14/11 | Deceased | | |
| Dolorez Caffery | 10/14/11 | Deceased | | |
| Thelma Moredock | 10/14/11 | Deceased | | |
| Elmer Diehl | 10/14/11 | Deceased | | |
| Ruth Riordan | 10/14/11 | Deceased | | |
| Roy Lindsey | 10/14/11 | Deceased | | |
| Mary Ann Allison | 10/14/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Wayne Nelson | 10/14/11 | Deceased | | |
| Vera Manuel | 10/14/11 | Deceased | | |
| Faye Campbell | 10/14/11 | Deceased | | |
| Helen Werderman | 10/14/11 | Deceased | | |
| David Jackson | 10/14/11 | Deceased | | |
| Duane Newberry | 10/14/11 | Deceased | | |
| Ruth Voight | 10/14/11 | Deceased | | |
| Lottie Lake | 10/14/11 | Deceased | | |
| Donald Larson | 10/14/11 | Deceased | | |
| Marjorie Craig | 10/14/11 | Deceased | | |
| Pauline Whitt | 10/14/11 | Deceased | 11/10/11 | c/o Kevin Whitt 8616 Camelot Trace Sturtevant, WI 53177 |
| Pearl Washam | 10/14/11 | Deceased | | |
| Terrell Jackson | 10/14/11 | Deceased | | |
| James Smith | 10/14/11 | Deceased | | |
| Wilma Osborne | 10/14/11 | Deceased | 10/17/11 | c/o Diane Ruzas 1033 N. Grace Avenue Kewanee, IL 61443 |
| Brenda McBroom | 10/14/11 | Deceased | | |
| Edith Brickey | 10/14/11 | Unable to Forward | 10/18/11 | 2208 Ashberry Circle Sarasota, FL 34234 |
| Evangelina Morones | 10/14/11 | Unable to Forward | 10/18/11 | 3602 Regency Drive Lower Floor Racine, WI 53402 |
| Paul Harding | 10/14/11 | Unable to Forward | 10/18/11 | 212 N. Fellows Avenue Ottumwa, IA 52501 |
| Nina Woods | 10/14/11 | Unable to Forward | 10/18/11 | 1318 Green Trails Drive Naperville, IL 60540 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|------|------|------|------|
| Joseph Spears | 10/14/11 | Unable to Forward | 10/18/11 | 1841 Roosevelt Ave., #3 Racine, WI 53406 |
| Pauline Andrew | 10/14/11 | Unable to Forward | 10/18/11 | 3441 60th Street, Apt. 1A Moline, IL 61265 |
| Ralph Voetberg | 10/14/11 | Unable to Forward | 10/18/11 | 235 Newman Road Racine, WI 53406 |
| Jacqueline Smith | 10/14/11 | Unable to Forward | 10/18/11 | P.O. Box 161 Preemption, IL 61276 |
| Joyce Baril | 10/14/11 | Unable to Forward | 10/18/11 | 2960 Silver Creek Road Lot 38 Bullhead City, AZ 86442 |
| Lendon Bell | 10/14/11 | Unable to Forward | 10/18/11 | 1513 South Street Racine, WI 53402 |
| Charles Hattix | 10/14/11 | Unable to Forward | 10/18/11 | 1608 12th Street Racine, WI 53403 |
| Frederick Bogard | 10/14/11 | Unable to Forward | 10/18/11 | 191 Bluebird Drive Cadiz, KY 42211 |
| Jeanette Fazendin | 10/14/11 | Unable to Forward | 10/18/11 | 6309 Burnham Circle, #203 Inver Grove Hts., MN 55076 |
| Ralph Tenhagen | 10/14/11 | Unable to Forward | 10/18/11 | 623 S. Browns Lake Drive #304 Burlington, WI 53105 |
| Donald Christensen | 10/14/11 | Unable to Forward | 10/18/11 | 5111 Wright Ave., #203 Racine, WI 53406 |
| Dolores Jorgenson | 10/14/11 | Unable to Forward | 10/18/11 | 5815 16th Street, #246 Racine, WI 53406 |
| Meredith Dobbs | 10/14/11 | Unable to Forward | 10/18/11 | 18344 Front Street Townsend, WI 54175 |
| Donna Stage | 10/14/11 | Unable to Forward | 10/18/11 | 1870 County Road F, Lot 63 Friendship, WI 53934 |
| Gene Hawkins | 10/14/11 | Unable to Forward | 10/18/11 | P.O. Box 122 Wapello, IA 52653 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|---|---|---|---|---|
| Ida Moore | 10/14/11 | Unable to Forward | 10/18/11 | 425 N. Dubuque St. #4 North Liberty, IA 52317 |
| Geneva Brown | 10/14/11 | Unable to Forward | 10/18/11 | 4506 N. Business 77, Lot 79 Harlingen, TX 78552 |
| Thomas Dykes | 10/14/11 | Deceased | | |
| Robert Abrahamsen | 10/14/11 | Deceased | | |
| Rita Radke | 10/14/11 | Deceased | | |
| Bernice Rasmussen | 10/14/11 | Deceased | | |
| Virginia Skovronski | 10/14/11 | Deceased | | |
| Constance Sund | 10/14/11 | Deceased | | |
| Shirley Lord | 10/14/11 | Deceased | | |
| Joan Erickson | 10/14/11 | Deceased | 10/18/11 | c/o Barry Erickson 4201 Jersey Ridge Road Davenport, IA 52807 |
| Amie Slye | 10/14/11 | Deceased | | |
| Adam Smagala | 10/14/11 | Deceased | | |
| Jean Patt | 10/14/11 | Deceased | | |
| Edwin Miller | 10/14/11 | Deceased | | |
| Helen Stewart | 10/14/11 | Deceased | | |
| Mary Moody | 10/14/11 | Deceased | | |
| Carol Carroll | 10/14/11 | Deceased | | |
| Deloris Stewart | 10/14/11 | Deceased | | |
| Duane McFarland | 10/14/11 | Deceased | | |
| Lucille Williams | 10/14/11 | Deceased | | |
| Edith Olson | 10/14/11 | Deceased | | |
| Marguerite Miller | 10/14/11 | Deceased | | |
| Phyllis Johnson | 10/14/11 | Deceased | | |
| Emma Lasch | 10/14/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Dolores Krossig | 10/14/11 | Deceased | | |
| Ione Weber | 10/14/11 | Deceased | | |
| Kenneth Valentine | 10/19/11 | Unable to Forward | 11/1/11 | P.O. Box 233 Pleasant Valley, IA 52767 |
| Robert Dains | 10/19/11 | Unable to Forward | 10/19/11 | 410 S. 9th Street Burlington, IA 52601 |
| Peggy Pfaff | 10/19/11 | Deceased | | |
| Charles Long, Jr. | 10/20/11 | Deceased | 11/14/11 | c/o Wesley Long, Jr. RR 1 Box 121 Stronghurst, IL 61480 |
| Mae Doss | 10/20/11 | Deceased | | |
| Viola Bielefeldt (dec) c/o Karen Rosier | 10/20/11 | Unable to Forward | | |
| Orvin Oesau | 10/20/11 | Unable to Forward | 11/2/11 | 1021 Prairie Drive, Unit 104 Racine, WI 53406 |
| Joann Troja | 10/20/11 | Unable to Forward | 11/1/11 | 3044 Westwood Drive Fort Madison, IA 52627 |
| Phyllis Matzke | 10/20/11 | Unable to Forward | | |
| Georgia Fischer | 10/20/11 | Unable to Forward | 11/1/11 | 11064 W. Canterbury Drive Sun City, AZ 85351 |
| John Booker | 10/20/11 | Unable to Forward (Deceased) | | |
| Earl Peterson | 10/21/11 | Deceased | | |
| Frank Fischer | 10/21/11 | Deceased | | |
| Arnulfo Rodriguez | 10/21/11 | No such Number | | |
| Lydia Escamilla | 10/24/11 | Deceased | | |
| Leo Jensen | 10/24/11 | Deceased | | |
| Bessie Johnson | 10/24/11 | Unable to Forward | 11/2/11 | 5601 Castle Court, Apt. 103 Racine, WI 53406 |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Eunice Carlson | 10/24/11 | Unable to Forward | 11/2/11 | 1100 Fountain Hills Dr Apt. 131-C Racine, WI 53406 |
| Kate Wedeikes | 10/24/11 | Unable to Forward | | |
| Donna Stage | 10/24/11 | Unable to Forward | | |
| Ralph Tenhagen | 10/24/11 | Undeliverable as addressed | 11/1/11 | 232 Bridges Street, Apt 439 Burlington, WI 53105 |
| Donald Willis | 10/26/11 | Unable to Forward | | |
| Irene Spranger | 10/27/11 | Deceased | | |
| Rosalio Munoz | 10/27/11 | Deceased | | |
| Bernice Owens | 10/27/11 | Attempted not known | 11/1/11 | 5407 8th Avenue Kenosha, WI 53140 |
| Donald Christensen | 10/27/11 | Unable to Forward | 11/1/11 | 2147 Ramada Drive Racine, WI 53406 |
| Jacqueline Smith | 10/28/11 | Unable to Forward | 11/1/11 | 710 West 16th Street Davenport, IA 52804 |
| Wilbert Saffell | 10/28/11 | Unable to Forward | 11/1/11 | P.O. Box 302 Lenoir City, TN 37771 |
| Marla Blair | 10/28/11 | Unable to Forward | 11/1/11 | 1228 280th Avenue West Point, IA 52656 |
| Gloria Hernandez | 10/28/11 | Unable to Forward | 11/1/11 | 1661 Illinois Street Racine, WI 53405 |
| Bessie Sorenson | 10/28/11 | Deceased | | |
| Charles Martin | 10/29/11 | Deceased | | |
| Louisa Larson | 10/29/11 | Unable to Forward | 11/1/11 | 1600 Ohio Street, Apt. 40 Racine, WI 53405 |
| Ruth Laws | 11/12/11 | Deceased | | |
| Paul Seyb | 11/12/11 | Deceased | | |
| Vernon Hansen | 11/12/11 | Deceased | | |

| Name | Date Returned | Reason Returned | Date Remailed | Remailed to Address |
|------|---------------|-----------------|---------------|---------------------|
| Georgia Fischer | 11/14/11 | Undeliverable as addressed | | |

P:\RHC Cases\Case Corp\Case - Yolton litigation\MISC\Ret Not and Sett Agr packets.wpd