UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

        Plaintiffs,

                                        Case No. 02-CV-75164

v

                                        Patrick J. Duggan

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,                            **Class Action**

        Defendants.
_____/

**STIPULATED ORDER TO RELEASE $50,000 SECURITY BOND**

At a session of said Court
held in the United States Courthouse in
Detroit, Michigan on December 6, 2011.

1.      In its December 31, 2003 Decision, the Court required Plaintiffs to post a security bond in the amount of $50,000 as a condition to obtaining the preliminary injunction.

2.      Plaintiffs posted the $50,000 security bond on March 12, 2004.

3.      On November 17, 2011, this Court approved the Settlement Agreement between Plaintiffs and El Paso Tennessee Pipeline Co. and entered its Final Judgment.

4.      The parties have stipulated that the $50,000 security bond can be released.

IT IS THEREFORE ORDERED that the $50,000 security bond posted by Plaintiffs on March 12, 2004 be and hereby is released.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: December 6, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, December 06, 2011, by electronic and or ordinary mail.

                     s/Marilyn Orem
                     Case Manager

So Stipulated:

| KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. | McDERMOTT WILL & EMERY LLP |
|---|---|
| By: /s/ with consent William B. Forrest III<br>William B. Forrest III (P60311)<br>280 North Old Woodward, Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 | By: /s/ with consent Bobby R. Burchfield<br>Bobby R. Burchfield<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 756-8000 |
| Attorneys for El Paso Tennessee Pipeline | Attorneys for CNH America LLC |

KLIMIST, McKNIGHT, SALE, McCLOW & CANZANO

By: /s/ Roger J. McClow
     Roger J. McClow (P27170)
     400 Galleria Officentre, Suite 117
     Southfield, MI 48034-8460
     (248) 354-9650

     Attorneys for Plaintiffs

Dated: December 5, 2011