UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on
behalf of themselves and a class of persons
similarly situated,

   Hon. Patrick J. Duggan

   Case No. 02-CV-75164

  Plaintiffs,   **CLASS ACTION**

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

  Defendants.
_____

| KLIMIST, McKNIGHT, SALE, | KIENBAUM OPPERWALL HARDY |
| McCLOW & CANZANO, P.C. | & PELTON, P.L.C. |
| By: Roger J. McClow (P27170) | By: Thomas G. Kienbaum (P15945) |
| Counsel for Plaintiffs |    William B. Forrest III (P60311) |
| 400 Galleria Officentre, Suite 117 | Counsel for Defendant El Paso Tennessee |
| Southfield, MI  48034 | 280 N. Old Woodward Avenue, Suite 400 |
| (248) 354-9650 | Birmingham, MI 48009 |
| rmcclow@kmsmc.com | (248) 645-0000 |
| | wforrest@kohp.com |

_____/

**STIPULATION FOR ENTRY OF CLAIMS ORDER**

  Plaintiffs and El Paso Tennessee Pipeline Co. ("El Paso Tennessee"), by their undersigned counsel, hereby stipulate and agree that the attached Claims Order may be entered by the Court. In support, Plaintiffs and El Paso Tennessee state:

  1.  On November 17, 2011, this Court entered a Final Judgment pursuant to an August 17, 2011 Settlement Agreement between Plaintiffs and El Paso Tennessee.  The Settlement Agreement provided that El Paso Tennessee would pay to Class Members an Authorized Claim Amount as determined pursuant to the Authorized Claims Procedure, which was attached to the Settlement Agreement as Exhibit A.

2. Under Paragraph 4.c of the Authorized Claim Procedure, El Paso Tennessee agreed to make an Early Claim Payment to any Class Member who accepted the amount set forth in the Damage Claim Form; who did not seek additional damages; and who signed a Release in the form of Exhibit 13 to the Authorized Claim Procedure.

3. Plaintiffs and El Paso Tennessee have now agreed to the early payment of the Authorized Claim Amounts of 2089 Class Members whose names, and the names of the Payees and the amounts of the Authorized Claim Amount for each Payee, are set forth in the El Paso Tennessee Pipeline Co Payee Report consisting of 354 pages, dated July 9, 2012, and filed with the Court.

4. Plaintiffs and El Paso Tennessee have also agreed that El Paso Tennessee will make an early payment of the Authorized Claim Amount to additional Class Members as described in the proposed Claims Order.

WHEREFORE, Plaintiffs and El Paso Tennessee Pipeline Co. respectfully request that this Honorable Court enter the attached Claims Order.

| | |
|---|---|
| KLIMIST, McKNIGHT, SALE, McCLOW & CANZANO, P.C. | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| By: /s/ Roger J. McClow<br>Roger J. McClow (P27170)<br>Counsel for Plaintiffs<br>400 Galleria Officentre, Suite 117<br>Southfield, MI  48034<br>(248) 354-9650<br>rmcclow@kmsmc.com | By: /s/ William B. Forrest III<br>William B. Forrest III (P60311)<br>Counsel for Defendant El Paso Tennessee<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>wforrest@kohp.com |

Dated: July 9, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on
behalf of themselves and a class of persons
similarly situated,

      Plaintiffs,
v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

      Defendants.

Hon. Patrick J. Duggan

Case No. 02-CV-75164

**CLASS ACTION**

_____

## CLAIMS ORDER

On November 17, 2011, the Court entered a Judgment approving the Settlement Agreement between Plaintiffs, on behalf of the certified class in this case, and Defendant El Paso Tennessee Pipeline Co. ("El Paso Tennessee").  As part of the Settlement Agreement, the Court approved an Authorized Claim Procedure under which the Authorized Claim Amount payable to each Class Member under the Settlement Agreement was determined.

Under the Authorized Claim Procedure, certain Class Members could elect to receive payment of their Authorized Claim Amount prior to entry of the Final Claims Order in exchange for signing and returning an individual Release of Claims.  An initial list of those Class Members who elected to receive early payment of the Authorized Claim Amount by signing and returning a Release of Claims, and for whom El Paso Tennessee has a Social Security Number, entitled El Paso Tennessee Pipeline Co. Payee Report, dated July 9, 2012 listing the names of 2089 Class Members and consisting of 354 pages (Payee Report) has been filed separately with the Court.

IT IS ORDERED that the payments identified in the Payee Report are hereby approved by the Court.

IT IS FURTHER ORDERED that within 60 days of entry of this Order, El Paso Tennessee shall deliver checks to Class Counsel made payable to the Class Members identified in the Payee Report in the amounts set forth in the Payee Report.

IT IS FURTHER ORDERED that within 21 days of receipt of the checks, Class Counsel shall distribute the checks to the Class Members identified in the Payee Report at their last known address by First Class Mail.

IT IS FURTHER ORDERED that Plaintiffs will have until thirty (30) days from the date of this Order to identify additional Class Members who are entitled to an early payment of the Authorized Claim Amount, that is, those Class Members for whom each Class Member or payee has provided: (1) appropriate documentation to support the Claim; and (2) both a Release of Claims and a Social Security Number.  El Paso Tennessee will then have fifteen (15) days to review this documentation and either approve the payment or specify why the payment is not approved.  Upon application of the parties, the Court will then enter a supplemental early Claims Order approving those additional Claims payments to which the parties have agreed are appropriate for an early payment.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 9, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, July 09, 2012, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager