Exhibit B to Supplemental Early Claims Order

# El Paso Tennessee Pipeline Co.
# Payee Report

| Class Member | Payee | | Relation | Address | Amount | Authorized Claim Amount |
|---|---|---|---|---|---|---|
| Helen Irene Bolinger | | | | | | $6,002.15 |
| | The Estate of | Helen I. Bolinger | Probate Estate | c/o Christina S. Orr   721 N. Watson   Sullivan, IN  47882 | $6,002.15 | |
| | SSN: | | | | | |
| | | | | Total: | $6,002.15 | |
| Lillian M. Gibbons | | | | | | $6,964.33 |
| | Annetta D. | Luckett | Grandchild | 202 Hunt Street   Bevier, MO  63532 | $435.27 | |
| | SSN: | | | | | |
| | Antony D. | Foster | Grandchild | 6140 Clovergreen Place   St. Louis, MO  63129 | $435.27 | |
| | SSN: Redacted | | | | | |
| | Doris Y. | Gladhill | Daughter | 507 Cohl   Macon, MO  63552 | $1,741.08 | |
| | SSN: Redacted | | | | | |
| | Jackie L. | Foster | Grandchild | 302 NW School Street   Leon, IA  50144 | $435.27 | |
| | SSN: Redacted | | | | | |
| | Jerry D. | Foster | Grandchild | 2375 Ole Murfreesboro Road   Lebanon, TN 37090 | $435.27 | |
| | SSN: | | | | | |
| | Laura L. | Downer | Daughter | 633 Beachview Drive   Iowa City, IA  52446-5899 | $1,741.08 | |
| | SSN: Redacted | | | | | |
| | Shirley A. | Daniel | Daughter | 3806 SW Deer Trail Drive   Topeka, KS  66610 | $1,741.09 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $6,964.33 | |
| Albert J. Goebel, Jr. | | | | | | $6,002.15 |
| | Albert J. Goebel | Revocable Trust | Trust | c/o Debbie Biondi   2450 Catherine Drive   Racine, WI  53402 | $6,002.15 | |
| | SSN: | | | | | |
| | | | | Total: | $6,002.15 | |

# El Paso Tennessee Pipeline Co.
# Payee Report

| Class Member | Payee | | Relation | Address | Amount | Authorized Claim Amount |
|---|---|---|---|---|---|---|
| Shirley L. Hilliard | | | | | | $4,319.00 |
| | Arhtur C. | Whisenhunt | Son | 227 Nebraska Ave.   Henderson, NV  89015 | $539.87 | |
| | SSN: Redacted | | | | | |
| | David L. | Hilliard | Son | 302 West 7th Street   Vermont, IL  61484 | $539.88 | |
| | SSN: Redacted | | | | | |
| | Dennis L. | Hilliard | Son | P.O. Box 278, 397 Oak Street   Dallas City, IL  62330 | $539.87 | |
| | SSN: | | | | | |
| | Lewis A. | Whisenhunt | Son | 1827 Burgaw Highway   Jacksonville, NC  25840 | $539.87 | |
| | SSN: Redacted | | | | | |
| | Merville J. | Hilliard | Son | 993 N. Rile Street   Bushnell, IL  61422 | $539.88 | |
| | SSN: Redacted | | | | | |
| | Phylis A. | Kreps | Daughter | 4501 E. Tator Holler Rd., Unit D   Avon, IL  61425 | $539.88 | |
| | SSN: Redacted | | | | | |
| | Richard | Hilliard | Son | 601 E. Osborne Street, Lot 9   Bushnell, IL  61422 | $539.88 | |
| | SSN: Redacted | | | | | |
| | Sandra M. | Wulf | Daughter | 2929 Fish Hatchery Rd. #120   Madison, WI  53713 | $539.87 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $4,319.00 | |
| Georgie C. Horvatin | | | | | | $6,964.33 |
| | The Estate of | George C. Horvati | Probate Estate | c/o Donna A. Monahan   25 Hunter's Trail   Warren, NJ  07059 | $6,964.33 | |
| | SSN: | | | | | |
| | | | | Total: | $6,964.33 | |
| Margaret E. Pritchard | | | | | | $812.00 |
| | Margaret E. | Pritchard | Self | 306 S. Market Street   Rockville, IN  47872 | $812.00 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $812.00 | |

# El Paso Tennessee Pipeline Co.
# Payee Report

| Class Member | Payee | | Relation | Address | Amount | Authorized Claim Amount |
|---|---|---|---|---|---|---|
| Larry T. Tucker | | | | | | $24,904.50 |
| | Wendy | Tucker | Beneficiary | 511 N. Pleasant Hill Avenue   New Hampton, IA  59659 | $24,904.50 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $24,904.50 | |
| Wilbur E. Witthoft | | | | | | $6,002.15 |
| | Carol | Stroyan | Spouse | 3520 Ridge Court   Davenport, IA  52806 | $6,002.15 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $6,002.15 | |
| Alice L. Wolff | | | | | | $6,002.15 |
| | Alice L. | Wolff | Self | c/o Patricia Shellabarger   2334 E. 29th Street   Davenport, IA  52803 | $6,002.15 | |
| | SSN: Redacted | | | | | |
| | | | | Total: | $6,002.15 | |
| | | | | Overall Totals: | $67,972.76 | $67,972.76 |