UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on
behalf of themselves and a class of persons
similarly situated,

      Plaintiffs,

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

      Defendants.

Hon. Patrick J. Duggan

Case No. 02-CV-75164

**CLASS ACTION**

_____

## THIRD SUPPLEMENTAL EARLY CLAIMS ORDER

On November 17, 2011, the Court entered a Judgment approving the Settlement Agreement between Plaintiffs, on behalf of the certified class in this case, and Defendant El Paso Tennessee Pipeline Co. ("El Paso Tennessee").  As part of the Settlement Agreement, the Court approved an Authorized Claim Procedure under which the Authorized Claim Amount payable to each Class Member under the Settlement Agreement was determined.

Under the Authorized Claim Procedure, certain Class Members could elect to receive payment of their Authorized Claim Amount prior to entry of the Final Claims Order in exchange for signing and returning an individual Release of Claims.

On July 9, 2012, this Court entered a Claims Order approving the early payment of 2089 Authorized Claim Amounts.

On September 11, 2012, this Court entered a Supplemental Early Claim Order approving the payment of an additional 245 Authorized Claim Amounts and an additional 9 Authorized Claim Amounts upon presentation of appropriate documentation, Releases and Social Security

Numbers.

On October 24, 2012, this Court entered a Second Supplemental Claims Order for the early payment of the Authorized Claim Amount of an additional 6 Class Members.

Plaintiffs and El Paso Tennessee have now agreed to the entry of this Third Supplemental Early Claims Order for the early payment of an additional 441 Class Members who (or whose Payees) have provided Plaintiffs and El Paso Tennessee with both a signed Release in a form approved by El Paso and a Social Security Number. The names of the Class Members and Payees, as well as the amounts of the Authorized Claim Amount, set forth in the Payee Report dated September 17, 2013, attached as Exhibit A to this Order.

IT IS ORDERED that the payment of the Authorized Claim Amounts of Class Members shown on Exhibit A are approved.

IT IS FURTHER ORDERED that within 60 days of entry of this Order, El Paso Tennessee shall deliver checks to Class Counsel made payable to the Class Members and Payees listed on Exhibit A in the amounts shown in that Exhibit.

IT IS FURTHER ORDERED that within 21 days of receipt of the checks, Class Counsel shall distribute the checks to the Class Members or Payees at their last known address by First Class Mail.

IT IS SO ORDERED.

                                           s/Patrick J. Duggan
                                           Patrick J. Duggan
                                           United States District Judge

Dated: September 18, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record onWednesday, September 18, 2013, by electronic and or ordinary mail.

                                           s/Marilyn Orem
                                           Case Manager