UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTEAD, on behalf
of themselves and a similarly situated class,

        Plaintiffs,

v

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

        Defendants.
_____/

Case No. 02-CV-75164

Patrick J. Duggan

**Class Action**

## STIPULATED ORDER APPROVING
## NOTICES OF AUTHORIZED CLAIM AMOUNT

At a session of said Court
held in the United States Courthouse in
Detroit, Michigan on August 12, 2014.

On November 19, 2011, this Court entered a Final Judgment pursuant to an August 17, 2011 Settlement Agreement. The Settlement Agreement provided that El Paso Tennessee Pipeline Co. would pay to Class Members an Authorized Claim Amount as determined pursuant to the Authorized Claims Procedure, which was attached to the Settlement Agreement as Exhibit A. Exhibits 10(a) and 10(b) to the Authorized Claims Procedure are proposed Notices of Authorized Claim Amount that, under the Settlement Agreement, were to be approved by the Court, entered by the Clerk and mailed to Class Members whose claims had not been paid under earlier Claim Orders. The Final Judgment also provided that this Court retained jurisdiction for the purpose of enforcing and administering the Settlement Agreement.

Plaintiffs and El Paso Tennessee Pipeline Co. have now submitted to the Court agreed upon Notices of Authorized Claim Amount and have asked this Court to approve the Notices, to have them entered by the Clerk and to require Class Counsel to mail the Notices to Class Members.

The Court has reviewed the Notices of Authorized Claim Amount attached as Exhibits A and B to this Order and finds that they comply with Settlement Agreement and are appropriate for advising Class Members whose claims have not yet been paid of proposed Authorized Claim Amount to be paid under the Final Claims Order pursuant to the Settlement Agreement and to advise them of the procedure for filing objections, if any, to the proposed Authorized Claim Amount.

The parties propose that Class Counsel send the Notices, by first class mail, to the remaining Class Members whose claims have not been paid, to their current or last known address.

Based on the foregoing findings and the stipulation of Plaintiffs and El Paso Tennessee Pipeline Co:

1. IT IS HEREBY ORDERED that the attached Notices of Authorized Claim Amount are hereby approved for entry by the Clerk.

2. IT IS FURTHER ORDERED that Class Counsel shall mail the appropriate Notice to each Class Member whose Claim has not been paid under earlier Claim Orders, to his or her current or last known address by first class mail on or before August 19, 2014.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 12, 2014
I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2014, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager

So Stipulated:

KIENBAUM OPPERWALL HARDY
    & PELTON, P.L.C.

By: /s/ with consent William B. Forrest III
    William B. Forrest III (P60311)
    280 North Old Woodward, Suite 400
    Birmingham, Michigan 48009
    (248) 645-0000

    Attorneys for El Paso Tennessee Pipeline

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By:    /s/ Roger J. McClow
    Roger J. McClow (P27170)
    400 Galleria Officentre, Suite 117
    Southfield, MI 48034-8460
    (248) 354-9650

    Attorneys for Plaintiffs

Dated: August 11, 2014