UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on                           Hon. Patrick J. Duggan
behalf of themselves and a class of persons
similarly situated,                                     Case No. 02-CV-75164

      Plaintiffs,                              **CLASS ACTION**

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

      Defendants.

_____

| | |
|---|---|
| McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C. | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| By:    Roger J. McClow (P27170) | By:    Thomas G. Kienbaum (P15945) |
| Counsel for Plaintiffs |         William B. Forrest III (P60311) |
| 400 Galleria Officentre, Suite 117 | Counsel for Defendant El Paso Tennessee |
| Southfield, MI   48034 | 280 N. Old Woodward Avenue, Suite 400 |
| (248) 354-9650 | Birmingham, MI 48009 |
| rmcclow@kmsmc.com | (248) 645-0000 |
| | wforrest@kohp.com |

_____/

### STIPULATION FOR ENTRY OF FINAL CLAIMS ORDER

Plaintiffs and El Paso Tennessee Pipeline Co. ("El Paso Tennessee"), by their undersigned counsel, hereby stipulate and agree that the attached Final Claims Order may be entered by the Court.   In support, Plaintiffs and El Paso Tennessee state:

1.      On November 17, 2011, this Court entered a Final Judgment pursuant to an August 17, 2011 Settlement Agreement between Plaintiffs and El Paso Tennessee.   The Settlement Agreement provided that El Paso Tennessee would pay to Class Members an Authorized Claim Amount as determined pursuant to the Authorized Claims Procedure, which was attached to the Settlement Agreement as Exhibit A.

2.      The Authorized Claim Procedure provided for the entry of a Final Claims Order, in the form of Exhibit 11 to the Authorized Claim Procedure, after the mailing of a Notice of Authorized Claim Amount to Class Members and the resolution of any objections to those Authorized Claim Amounts.

3.      On August 13 through August 15, 2014, a Notice of Authorized Claim Amount was mailed to all Class Members whose claim had not been previously approved for payment under earlier Claim Orders.  The Notice provided that any Class Member who objected to the Authorized Claim Amount had to file a written objection and established September 19, 2014 as the cutoff date for any objections.

4.      No written objections to the Authorized Claim Amounts were filed.

5.      The Authorized Claims Amounts to be paid under the Final Claims Order, and the names and addresses of the Payees of those Claims, are set forth on the Payee Report attached as Exhibit A to the attached, proposed Final Claims Order.

6.      Plaintiffs and El Paso Tennessee have agreed that El Paso Tennessee will pay the Authorized Claim Amounts as described in the proposed Final Claims Order.

WHEREFORE, Plaintiffs and El Paso Tennessee Pipeline Co. respectfully request that this Honorable Court enter the attached Final Claims Order.

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.
By:    /s/ Roger J. McClow
Roger J. McClow (P27170)
Counsel for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI   48034
(248) 354-9650
rmcclow@kmsmc.com

KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.
By:     /s/ William B. Forrest III
William B. Forrest III (P60311)
Counsel for Defendant El Paso Tennessee
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
wforrest@kohp.com

Dated: September 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLADYS YOLTON, WILBUR MONTGOMERY,
ELSIE TEAS, ROBERT BETKER, EDWARD
MAYNARD, and GARY HALSTED, on                          Hon. Patrick J. Duggan
behalf of themselves and a class of persons
similarly situated,                                    Case No. 02-CV-75164

                              Plaintiffs,              CLASS ACTION

v.

EL PASO TENNESSEE PIPELINE CO., and
CNH AMERICA, LLC,

                              Defendants.
_____

### FINAL CLAIMS ORDER

On November 17, 2011, the Court entered a Judgment approving the Settlement Agreement between Plaintiffs, on behalf of the certified class in this case, and Defendant El Paso Tennessee Pipeline Co. ("El Paso Tennessee"). As part of the Settlement Agreement, the Court approved an Authorized Claim Procedure under which the Authorized Claim Amount payable to each Class Member pursuant to the Settlement Agreement was determined.

The Court entered its initial Claims Order on July 9, 2012, and entered other supplemental early claim orders on September 11, 2012, October 24, 2012 and September 18, 2013, approving early payment of the Authorized Claim Amount to certain Class Members in exchange for signing and returning a Release of Claims, as provided in the Authorized Claim Procedure and the stipulation of the parties.

On August 13 through August 15, 2014, Class Counsel mailed the Notice of Authorized Claim Amount to the remaining Class Members. Pursuant to that Notice, Class Members had until September 19, 2014 to file written objections to their Authorized Claim Amount.

The Court received no written objections to the Authorized Claim Amounts.

IT IS HEREBY ORDERED that the Authorized Claim Amounts for Class Members identified in Exhibit A are approved by the Court.

IT IS FURTHER ORDERED that within 60 days after this Order becomes Final under the terms of the Settlement Agreement, El Paso Tennessee will deliver the Authorized Claim Amount checks to Class Counsel.

IT IS FURTHER ORDERED that within 21 days of receipt of the checks, Class Counsel shall distribute them to the Class Members identified in Exhibit A at their last known address by First Class Mail (the "Distribution Date"). Within 60 days of the Distribution Date, Class Counsel shall prepare and file a final accounting with the Court and send a copy to El Paso Tennessee's counsel.

IT IS FURTHER ORDERED that if there remains at the end of 180 days after the Distribution Date any uncashed or undeliverable Authorized Claim Amount checks, Class Counsel will return those checks to El Paso Tennessee's counsel and the money will revert to El Paso Tennessee.

IT IS SO ORDERED.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:   September 30, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2014, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager