UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS YOLTON, ET.AL,

    Plaintiffs,

                                Case No: 02-75164
                                HON. PATRICK J. DUGGAN

v.

EL PASO TENNESSEE PIPELINE CO.,, ET.AL

    Defendant(s).

_____

## ORDER TO STRIKE DOCUMENT(S) and
## REMOVE IMAGE

    **Upon** review the Court has determined that the exhibit filed on **September 30, 2014 (docket entry number 466)** was filed inadvertently.

    **THEREFORE,** the exhibit is stricken from the record and the Clerk of Court is directed **to remove the image(s) from the ECF system**.

                                S/Patrick J. Duggan
                                Patrick J. Duggan
                                United States District Judge

Dated:  September 30, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2014, by electronic and/or ordinary mail.

                                S/Marilyn Orem
                                Case Manager